# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

The Clerk of Court shall unseal this case. **SO ORDERED.**

*Loretta A. Presky*

Loretta A. Preska, U.S.D.J.
May 22, 2026

**UNDER SEAL**

May 15, 2026

Hon. Loretta A. Preska
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Benson, et al. v. Islamic Republic of Iran, et al.*, No. 26-cv-2327 (LAP)

Dear Judge Preska:

Plaintiffs respectfully submit this letter to advise the Court that, in Plaintiffs' view, this case should be unsealed.

Defendants have now been provided notice of Plaintiffs' Motion to Confirm the Order of Attachment pursuant to the Court's April 28 Order. Further, Plaintiffs have become aware that yesterday, in a separate case pending in this District, a different group of judgment creditors filed a turnover motion directed at the assets subject to the attachment granted in this action. *See Kim v. The Democratic People's Republic of Korea*, No. 25-mc-527 (S.D.N.Y. May 14, 2026), ECF No. 56. In light of these developments, Plaintiffs do not believe there is any further reason for this case to remain under seal.

Accordingly, Plaintiffs respectfully request that the Court direct the Clerk of Court to unseal the case.

Respectfully submitted,

Aaron E. Nathan

Michael J. Gottlieb
Willkie Farr & Gallagher LLP
2029 Century Park East
Los Angeles, CA 90067
(310) 855-3000
mgottlieb@willkie.com

BRUSSELS   CHICAGO   DALLAS   FRANKFURT   HAMBURG   HOUSTON   LONDON   LOS ANGELES
MILAN   MUNICH   NEW YORK   PALO ALTO   PARIS   ROME   SAN FRANCISCO   WASHINGTON

Nicholas Reddick (*pro hac vice* forthcoming)
Willkie Farr & Gallagher LLP
333 Bush St.
San Francisco, CA 94104
(415) 858-7400
nreddick@willkie.com

Lcc S. Wolosky
Aaron E. Nathan
Willkie Farr & Gallagher LLP
787 Seventh Ave
New York, NY 10019
(212) 728-8000
lwolosky@willkie.com
anathan@willkie.com

*Counsel for Plaintiffs*