# Exhibit 1

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| *Martino v. Islamic Republic of Iran,* No. 1:21-cv-01808-RDM (D.D.C. July 7, 2021) | Order, <br><br> Order & Judgement, Dkt. No. 72 (D.D.C. Feb. 25, 2025) <br><br> Order & Judgement, Dkt. No. 92 (D.D.C. May 7, 2025) <br><br> Order & Judgement, Dkt. No. 105 (D.D.C. Oct. 14, 2025) <br><br> Order & Judgment, Dkt. No. 140 (D.D.C. Mar. 5, 2026) | Rita Blodgett | $2,081,570,256 |
| | | Christina Linden | |
| | | Jason Rockholt | |
| | | Adam Kisielewski | |
| | | Rita Zoucha | |
| | | Brandon Clevenger | |
| | | Roger Kurtz | |
| | | Stephanie Kurtz | |
| | | Norma Estes | |
| | | Patricia Grassbaugh | |
| | | Michael Summers | |
| | | Nanette West | |
| | | Clark West | |
| | | Patty Jett | |
| | | Shelia Towns | |

1

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Martha Cabe | |
| | | Sarah Lambert | |
| | | Duane Pionk | |
| | | Jonathan Krause | |
| | | Gerald Krause | |
| | | Lisa Kaufman | |
| | | Alexandria Parks | |
| | | Felicia Bell Carter | |
| | | Michael Bell | |
| | | Milissa Wojtowicz | |
| | | Virginia Maitland | |
| | | Ashley LeGrand Rawlings | |
| | | Kelsie Mae Legrand | |
| | | Kelly Inman | |
| | | Natalie Jackson | |
| | | Andrew Marshall | |

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Sheila Marshall | |
| | | Brandi Yanez | |
| | | Tara Roberts | |
| | | Jacob Kosky | |
| | | Nancy Poulin | |
| | | Noe Orosco, Sr. | |
| | | Josef Pautsch | |
| | | Becky Johnson | |
| | | Marla Van Cannon | |
| | | Michael Van Cannon | |
| | | Richard Gervasi II | |
| | | Cheryl Felder | |
| | | Manaser Orton | |
| | | Alan Bean, Sr. | |
| | | Sarah Marie Lambert | |
| | | Nancy Kathleen Godwin | |

3

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | William Goode Godwin | |
| | | Anna Godwin | |
| | | Aaron William Godwin | |
| | | Rhonda Gail McCormick | |
| | | Larry McCormick | |
| | | Blake McCormick | |
| | | Debbee Way | |
| | | Richard Louis Gienau | |
| | | Maria Odilia Romero | |
| | | Juan Diego Romero | |
| | | Yajaira Romero | |
| | | Bernardo Romero | |
| | | Thomas Benjamin McElveen | |
| | | Maureen Walsh | |
| | | Patrick Thomas Walsh | |
| | | Joseph Michael Walsh | |

4

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Meghan Cathleen Turner | |
| | | Erin Marie Watson | |
| | | Jesse Vega | |
| | | Andrew Bisson | |
| | | Lauralee Bisson | |
| | | Richard Bisson | |
| | | Christopher Bisson | |
| | | Richard Witteveen | |
| | | Trent William Witteveen | |
| | | Heather Kaufman | |
| | | Robin Wallace | |
| | | Rickey Wallace | |
| | | Sarah Wallace | |
| | | Rachel Dawn Tucker | |
| | | Estefani Valdez | |
| | | Joan Marie Bekowsky | |

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Brian Glen Bekowsky | |
| | | Haley Shane White | |
| | | Zellene Allred | |
| | | Brett Allred | |
| | | Adam Raleigh Allred | |
| | | Vickey McCleary Chalumeau | |
| | | Erik John Gardner | |
| | | Marjorie Paul | |
| | | Andrew Soltau | |
| | | Desiree Soltau | |
| | | James Perry III | |
| | | Scott Perry | |
| | | Lakiesha Perry-Smith | |
| | | Rachele Palmer | |
| | | Brad Palmer | |
| | | Dustin Palmer | |

6

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Conner Walker | |
| | | James Walker | |
| | | Kasey Walker | |
| | | Kelly Walker Murray | |
| | | Iesha Ayro | |
| | | Christina Baker | |
| | | Eric Bell | |
| | | Debora Bell | |
| | | Carl Bradford | |
| | | Timothy Caffey | |
| | | Nicholas Caffey | |
| | | Chassadie Tunstall | |
| | | Nancy Jo Clevenger | |
| | | Joel Sexton-Craig | |
| | | Phyllis Craig | |
| | | Rachael Putman | |

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Menesia Spade | |
| | | Kelli Winkler | |
| | | Diane Salyers | |
| | | Rao Felder | |
| | | Stephanie Forrest | |
| | | Bradan Forrest | |
| | | J.F. | |
| | | Rachel Hall | |
| | | A.H. | |
| | | James Harlan | |
| | | Jacob Roberts | |
| | | April McCorkle | |
| | | Ronda Sexton | |
| | | Glenna LeGrand | |
| | | Moira LeGrand | |
| | | Laura McBride | |

8

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Marshall McBride | |
| | | Chassity McCandless | |
| | | Ronald Sumner | |
| | | Jacquelyne Pappin | |
| | | Margarita Orton | |
| | | David Orton | |
| | | Sandra Pionk | |
| | | Melanie Pionk | |
| | | Joshua Pionk | |
| | | Brandon Pionk | |
| | | Dillon Pionk | |
| | | Ashley Pionk | |
| | | Gale Light | |
| | | Lynn Poulin, Jr. | |
| | | Michael Poulin | |
| | | Estate of Sherry Kay Rockholt | |

9

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
|  |  | Kelli Anderson |  |
|  |  | Kara West |  |
|  |  | Carter West |  |
|  |  | Kristen Simon |  |
|  |  | Sherri Laska |  |
|  |  | Devan Eutin |  |
|  |  | Dale Johnston |  |
|  |  | Bruce Duane Squires |  |
|  |  | Gail Marie Williams |  |
|  |  | Allison Gail Murphy |  |
|  |  | Patricia Ann Jameson |  |
|  |  | Robert Jameson |  |
|  |  | Sara Lynn Duval |  |
|  |  | Larry Duvall |  |
|  |  | Matthew Stephen Reed |  |
|  |  | Jill Leigh Parmeter |  |

10

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Larry Large | |
| | | Carey Meissner | |
| | | Mark McVicker | |
| | | Irma McVicker | |
| | | Mollie Handy | |
| | | Edward Ricci | |
| | | Robert Roddy Jr. | |
| | | Ruth Anne Holler | |
| | | John Holler | |
| | | Joseph Aaron Holler | |
| | | Melissa Warner | |
| | | Scott Nicholas Warner | |
| | | Ashton Warner | |
| | | Violet Sue Kaylor | |
| | | Jim Anthony Kaylor | |
| | | Victoria Murano Strong | |

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Estate of Nathan Strong | |
| | | Malisa Linn | |
| | | Estate of Richard Jeffrey Linn | |
| | | Doris Pangelinan Kent | |
| | | Christopher Kent | |
| | | Jared John Santos | |
| | | April Hess | |
| | | Katherine Meeks | |
| | | Bradley Kryst | |
| *Cabrera v. Islamic Republic of Iran*, No. 1:19-cv-03835-JDB (D.D.C. Feb. 1, 2023) | Order, Dkt. No. 77 (D.D.C. July 19, 2022)<br><br>Judgment, Dkt. No. 83 (D.D.C. Aug. 3, 2022)<br><br>Judgment, Dkt. No. 84 (D.D.C. Aug. 3, 2022)<br><br>Judgment, Dkt. No. 85 (D.D.C. Aug. 3, 2022) | Jared Lemon | $7,929,548,537.15 |
| | | Kaelin E'mi Lemon | |
| | | Frank Lemon | |
| | | Jackie Lemon | |
| | | Benjamin Lemon | |
| | | Matthew Lemon | |
| | | Nathan Lemon | |

12

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | Judgment, Dkt. No. 86 (D.D.C. Aug. 3, 2022)<br><br>Judgment, Dkt. No. 87 (D.D.C. Aug. 3, 2022)<br><br>Judgment, Dkt. No. 88 (D.D.C. Aug. 3, 2022)<br><br>Judgment, Dkt. No. 89 (D.D.C. Aug. 3, 2022)<br><br>Judgment, Dkt. No. 90 (D.D.C. Aug. 3, 2022)<br><br>Judgment, Dkt. No. 91 (D.D.C. Aug. 3, 2022)<br><br>Judgment, Dkt. No. 92 (D.D.C. Aug. 3, 2022)<br><br>Judgment, Dkt. No. 93 (D.D.C. Aug. 3, 2022)<br><br>Judgment, Dkt. No. 94 (D.D.C. Aug. 3, 2022)<br><br>Judgment, Dkt. No. 95 (D.D.C. Aug. 3, 2022) | August Wildman<br><br>Corbin Cabrera<br><br>Gillian Cabrera<br><br>Maxwell Gavan Cabrera<br><br>Roanin Xander Cabrera<br><br>Robert Cabrera<br><br>Daniel Cabrera<br><br>Robert Hopkins<br><br>Susan Martinez<br><br>JD Prosser<br><br>Gloria Trelfa<br><br>Ryan Timoney<br><br>Diane Timoney<br><br>Gregory Timoney<br><br>Kevin King<br><br>Stephanie Miller | |

13

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | Judgment, Dkt. No. 96 (D.D.C. Aug. 3, 2022)<br><br>Judgment, Dkt. No. 97 (D.D.C. Aug. 3, 2022)<br><br>Judgment, Dkt. No. 98 (D.D.C. Aug. 3, 2022)<br><br>Judgment, Dkt. No. 99 (D.D.C. Aug. 3, 2022)<br><br>Judgment, Dkt. No. 100 (D.D.C. Aug. 3, 2022)<br><br>Judgment, Dkt. No. 101 (D.D.C. Aug. 3, 2022)<br><br>Judgment, Dkt. No. 102 (D.D.C. Aug. 3, 2022)<br><br>Judgment, Dkt. No. 103 (D.D.C. Aug. 3, 2022)<br><br>Judgment, Dkt. No. 104 (D.D.C. Aug. 3, 2022) | Jonathan Richard Colton Benton<br><br>Elizabeth Lindsey Benton<br><br>Sierra Benton<br><br>Gabriella Benton<br><br>Hayley Benton<br><br>Carlene Renee Cross<br><br>Michael Dean Bogar<br><br>Micael D. Gauger<br><br>Carise Renee Martindale<br><br>Mary Josephine Brostrom<br><br>David Brostrom<br><br>Jase David Brostrom<br><br>Blake D. Brostrom<br><br>Jeff Caron<br><br>Karen Caron<br><br>Cassandra Malene Caron | |

14

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | Judgment, Dkt. No. 105 (D.D.C. Aug. 3, 2022)<br><br>Order, Dkt. No. 127 (D.D.C. Dec. 13, 2022)<br><br>Order, Dkt. No. 138 (D.D.C. May 16, 2023)<br><br>Judgment, Dkt. 139 (D.D.C. May 2, 2023).<br><br>Judgment, Dkt. 140 (D.D.C. May 2, 2023)<br><br>Judgment, Dkt. 141 (D.D.C. May 2, 2023)<br><br>Judgment, Dkt. 142 (D.D.C. May 2, 2023)<br><br>Judgment, Dkt. 143 (D.D.C. May 2, 2023)<br><br>Judgment, Dkt. No. 144 (D.D.C. June 5, 2023) | Lesly Yohana Garcia | |
| | | Maricruz Garcia Velasquez | |
| | | Victor Garcia | |
| | | Ramsses Garcia | |
| | | Jenna Renae Vanosdale | |
| | | Eric M. Hunter | |
| | | Kenna Danielle Hunter | |
| | | Kensley Jade Hunter | |
| | | Jayce Wesley Hunter | |
| | | Betty Darlene Black | |
| | | Joey J. Hunter Sr. | |
| | | Joey J. Hunter II | |
| | | Nicholas Walter Robinson IV | |
| | | Renda Lynn Rainey Riggins | |
| | | Christopher Baldridge | |
| | | Jessie Baldridge | |

15

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | Judgment, Dkt. No. 145 (D.D.C. June 5, 2023) | E.B. | |
| | | L.B. | |
| | Judgment, Dkt. No. 146 (D.D.C. June 5, 2023) | S.B. | |
| | | Jasmin Bays | |
| | Judgment, Dkt. No. 147 (D.D.C. June 5, 2023) | April Angel Bays | |
| | | Timothy Lee Bays | |
| | Judgment, Dkt. No. 148 (D.D.C. June 5, 2023) | Brenda Lee Griner | |
| | | Lindsay Redoutey | |
| | Judgment, Dkt. No. 149 (D.D.C. June 5, 2023) | Robert Charles Darrough | |
| | | Judith Sarah Darrough | |
| | Judgment, Dkt. No. 150 (D.D.C. June 5, 2023) | Joelle Rene Ellis | |
| | | John Fitzgerald Ellis | |
| | Judgment, Dkt. No. 151 (D.D.C. June 5, 2023) | James Earl Ellis | |
| | | Amanda Jolynn Newman | |
| | | Donald Edward Newman Sr. | |
| | | Michelle Marie Zimmerman | |

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | Judgment, Dkt. No. 152 (D.D.C. June 5, 2023)<br><br>Judgment, Dkt. No. 153 (D.D.C. June 5, 2023)<br><br>Judgment, Dkt. No. 154 (D.D.C. June 5, 2023)<br><br>Judgment, Dkt. No. 155 (D.D.C. June 5, 2023)<br><br>Judgment, Dkt. No. 156 (D.D.C. June 5, 2023)<br><br>Judgment, Dkt. No. 157 (D.D.C. June 5, 2023)<br><br>Judgment, Dkt. No. 158 (D.D.C. June 5, 2023) | Chris Lee Zimmerman | |
| | | Baily Nichelle Zimmerman | |
| | | Beverly Ann Mills | |
| | | Frederick C. Benson | |
| | | Cynthia Carol Campbell | |
| | | Mary Roana Hammerbacher-Nichols | |
| | | Cynthia Marie Nichols | |
| | | Douglas Nichols | |
| | | Nicole Ann Robles | |
| | | Monte Douglas Nichols | |
| | | Brandon Lee Nichols | |
| | | Ida Belle Pittman | |
| | | John Terry Pittman Sr. | |
| | | Daniel Mark Robinson | |
| | | Donna Mae Roush | |
| | | Robert Graham Roush Jr. | |

17

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | Judgment, Dkt. No. 159 (D.D.C. June 5, 2023)<br><br>Judgment, Dkt. No. 160 (D.D.C. June 5, 2023)<br><br>Judgment, Dkt. No. 161 (D.D.C. June 5, 2023)<br><br>Judgment, Dkt. No. 162 (D.D.C. June 5, 2023)<br><br>Judgment, Dkt. No. 163 (D.D.C. June 5, 2023)<br><br>Judgment, Dkt. No. 164 (D.D.C. June 5, 2023)<br><br>Judgment, Dkt. No. 165 (D.D.C. June 5, 2023) | Robert Graham Roush III | |
| | | Annette Janine Spehar | |
| | | Patrick R. Spehar | |
| | | Marie Sentina Mielke | |
| | | Lisa Martinusen | |
| | | Luke Herbert Spehar | |
| | | Jacob Louis Spehar | |
| | | Charles Wesley Strange | |
| | | Katelyn Marie Strange | |
| | | Charles Wesley Strange III | |
| | | Carly Elizabeth Strange | |
| | | Catherine Kimberly Vaughn Kryzda | |
| | | C.C.V. | |
| | | R.C.V. | |
| | | Hortense Kainoa Wainani Vickers | |
| | | Kawailanamalie Mary Grace Vickers | |

18

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | Judgment, Dkt. No. 166 (D.D.C. June 5, 2023)<br><br>Judgment, Dkt. No. 167 (D.D.C. June 5, 2023)<br><br>Judgment, Dkt. No. 168 (D.D.C. June 5, 2023)<br><br>Judgment, Dkt. No. 169 (D.D.C. June 5, 2023)<br><br>Judgment, Dkt. No. 170 (D.D.C. June 5, 2023)<br><br>Judgment, Dkt. No. 171 (D.D.C. June 5, 2023)<br><br>Judgment, Dkt. No. 172 (D.D.C. June 5, 2023) | Kaiakaku'uikala'iokealoha Noah Vickers | |
| | | Mary Jane Vickers | |
| | | Estate of Robert Martin Kahokulani Vickers Sr. | |
| | | Michelle Joy Kapunaheleokalani Yarborough | |
| | | Robert Martin Kahokulani Vickers Jr. | |
| | | Mark Matthew Kaleinani Vickers | |
| | | Estate of Kurt E. Zwilling | |
| | | Alexander Edward Zwilling | |
| | | Harvey Lane Walls | |
| | | Mary Hilton | |
| | | Brent C. Robinson | |
| | | Jeanine Hilton | |
| | | Christopher Alexander Palmateer | |
| | | Marjorie Elizabeth Vail | |

19

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | Judgment, Dkt. No. 173 (D.D.C. June 5, 2023) | Crystal Dawn DeLeo | |
| | | Jessie Hernandez | |
| | Judgment, Dkt. No. 174 (D.D.C. June 5, 2023) | Cathy Ann Parsons | |
| | | Garland Richard Parsons | |
| | Judgment, Dkt. No. 175 (D.D.C. June 5, 2023) | Donna Jean Rimer | |
| | | James Howard Rimer | |
| | Judgment, Dkt. No. 176 (D.D.C. June 5, 2023) | Shannon Danielle Fenton | |
| | | Alejandro Olan Granado IV | |
| | Judgment, Dkt. No. 177 (D.D.C. June 5, 2023) | Hasson Ponce Granado | |
| | | Amanda Christine Granado | |
| | Judgment, Dkt. No. 178 (D.D.C. June 5, 2023) | Larissa Ann Barnhart | |
| | | Brittany Evans | |
| | Judgment, Dkt. No. 179 (D.D.C. June 5, 2023) | Crystal Nicole Evans | |
| | | Jonathan Dewayne Rogers | |
| | | Jerry Randall Evans Sr. | |
| | | Amy Lynette Allen | |

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | Judgment, Dkt. No. 180 (D.D.C. June 5, 2023) | Daniel Bruce Allen | |
| | | Rama Goodrich Allen | |
| | Judgment, Dkt. No. 181 (D.D.C. June 5, 2023) | Kim B. Cox | |
| | | Sharon J. Cox | |
| | Judgment, Dkt. No. 182 (D.D.C. June 5, 2023) | Shannon Butler | |
| | | Jamie Smith | |
| | Judgment, Dkt. No. 183 (D.D.C. June 5, 2023) | DeAnndrea Luney | |
| | | Deiontay Laundreek Welch | |
| | Judgment, Dkt. No. 184 (D.D.C. June 5, 2023) | Craig Anthony Smith | |
| | | Thelma Latrice Smith | |
| | Judgment, Dkt. No. 185 (D.D.C. June 5, 2023) | Steven Flowers Jr. | |
| | | Annette Parrish | |
| | Judgment, Dkt. No. 186 (D.D.C. June 5, 2023) | Jalane Adams | |
| | | Peter Adams | |
| | | Amanda Boone | |
| | | Antoinette Mary Francis Coffland | |

21

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | Judgment, Dkt. No. 187 (D.D.C. June 5, 2023) | David Lee Coffland Sr. | |
| | | Laurie Ann Bartlett | |
| | Judgment, Dkt. No. 188 (D.D.C. June 5, 2023) | Karen Ann Bresnahan | |
| | | Amber Jean Rogers | |
| | Judgment, Dkt. No. 189 (D.D.C. June 5, 2023) | G.J.C. | |
| | | Taylor McKenzie Christian | |
| | Judgment, Dkt. No. 190 (D.D.C. June 5, 2023) | Donna Ball | |
| | | Michael Christian | |
| | Judgment, Dkt. No. 191 (D.D.C. June 5, 2023) | James Franklin Ball | |
| | | Michael Aaron Christian | |
| | Judgment, Dkt. No. 192 (D.D.C. June 5, 2023) | Rose Ann Crossman | |
| | | Andrew Forester Slack | |
| | Judgment, Dkt. No. 193 (D.D.C. June 5, 2023) | Jesse Robert Slack | |
| | | Jonathan Hunter Slack | |
| | | Lauren Rachel Slack | |
| | | Jessica Jean Cook | |

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | Judgment, Dkt. No. 194 (D.D.C. June 5, 2023)<br><br>Judgment, Dkt. No. 195 (D.D.C. June 5, 2023)<br><br>Judgment, Dkt. No. 196 (D.D.C. June 5, 2023)<br><br>Judgment, Dkt. No. 197 (D.D.C. June 5, 2023)<br><br>Judgment, Dkt. No. 198 (D.D.C. June 5, 2023)<br><br>Judgment, Dkt. No. 199 (D.D.C. June 5, 2023)<br><br>Judgment, Dkt. No. 200 (D.D.C. June 5, 2023) | Aleksandr Cade Kisseloff | |
| | | Michael Ramos Kisseloff | |
| | | Milagros D. Kisseloff | |
| | | Leslie Rodriguez | |
| | | Raven George | |
| | | Martin E. Madden | |
| | | Pamela J. Madden | |
| | | Lindsey R. Madden | |
| | | Martin P. Madden | |
| | | Diedre Marie Spencer | |
| | | Heather L. Reed | |
| | | David Reed | |
| | | Tracy Bennedsen | |
| | | Scott Bennedsen | |
| | | Jamie Johanna Coates | |
| | | Veronica Marie Adkinson | |

23

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | Judgment, Dkt. No. 201 (D.D.C. June 5, 2023) | Alma Murphy | |
| | | Paul Murphy | |
| | Judgment, Dkt. No. 203 (D.D.C. June 5, 2023) | Tennyson Charles Harris | |
| | | Sorainya Harris | |
| | Judgment, Dkt. No. 204 (D.D.C. June 5, 2023) | Felicia Ann Harris | |
| | | Tiffany Dotson | |
| | Judgment, Dkt. No. 205 (D.D.C. June 5, 2023) | David L. Parker | |
| | | Ashley Michelle Harris | |
| | Judgment, Dkt. No. 206 (D.D.C. June 5, 2023) | Michael Rufus II | |
| | | Stephanie Rufus | |
| | Judgment, Dkt. No. 207 (D.D.C. June 5, 2023) | Alyson Overman Rodgers | |
| | | Thomas Pierce Mays | |
| | Judgment, Dkt. No. 208 (D.D.C. June 5, 2023) | Tammy Renee Mays | |
| | | Cody Cheyenne Mays | |
| | | Estate of Gladys Del Valle Montanez | |
| | | Renes Perez | |

24

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | Judgment, Dkt. No. 209 (D.D.C. June 6, 2023)<br><br>Judgment, Dkt. No. 210 (D.D.C. June 6, 2023)<br><br>Judgment, Dkt. No. 211 (D.D.C. June 6, 2023)<br><br>Judgment, Dkt. No. 212 (D.D.C. June 6, 2023)<br><br>Judgment, Dkt. No. 213 (D.D.C. June 6, 2023)<br><br>Judgment, Dkt. No. 214 (D.D.C. June 6, 2023)<br><br>Judgment, Dkt. No. 215 (D.D.C. June 6, 2023) | Kiara Crystal Perez Del Valle | |
| | | Georganne M. Siercks | |
| | | Gage Siercks | |
| | | G.S. | |
| | | Kimberly Metcalf | |
| | | Clarence Joseph Metcalf | |
| | | Mitchell L. Stambaugh | |
| | | Talisa Shervon Williams | |
| | | Clarence Williams Jr. | |
| | | Abrill Renee Williams | |
| | | Samantha Shervon Williams | |
| | | Randy Ristau | |
| | | Suzanne Ristau | |
| | | Christopher Powers | |
| | | Halie Ristau | |
| | | Songmi Kietzmann | |

25

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | Judgment, Dkt. No. 216 (D.D.C. June 6, 2023) | Benjamin Gabriel Horsley | |
| | | John Gregory Horsley | |
| | Judgment, Dkt. No. 217 (D.D.C. June 6, 2023) | Kirk Andrew Gollnitz | |
| | | Jan Marie Hurnblad Sparks | |
| | Judgment, Dkt. No. 218 (D.D.C. June 6, 2023) | Erik Lee Sparks | |
| | | Gary Lee Sparks | |
| | Judgment, Dkt. No. 219 (D.D.C. June 6, 2023) | Jane Gieselman Sparks | |
| | | Zachary Douglas Sparks | |
| | Judgment, Dkt. No. 220 (D.D.C. June 6, 2023) | Colleen Whipple | |
| | | Mary Beth Smedinghoff | |
| | Judgment, Dkt. No. 221 (D.D.C. June 6, 2023) | Thomas John Smedinghoff | |
| | | Mark T. Smedinghoff | |
| | Judgment, Dkt. No. 222 (D.D.C. June 6, 2023) | Bruce K. Nichols | |
| | | Jeanne M. Nichols | |
| | | M.G.N. | |
| | | Lorria Welch | |

26

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | Judgment, Dkt. No. 223 (D.D.C. June 6, 2023) | Barry Welch | |
| | | Zackary Welch | |
| | Judgment, Dkt. No. 224 (D.D.C. June 6, 2023) | Kathryn Mary Pucino | |
| | | Albert W. Pucino Jr. | |
| | Judgment, Dkt. No. 225 (D.D.C. June 6, 2023) | Lisa M. Haglof | |
| | | Melissa A. Pucino | |
| | Judgment, Dkt. No. 226 (D.D.C. June 6, 2023) | Sylvia McGee | |
| | | Thomas McGee | |
| | Judgment, Dkt. No. 227 (D.D.C. June 6, 2023) | Corey McGee | |
| | | Tracy Lee Carrico | |
| | Judgment, Dkt. No. 228 (D.D.C. June 6, 2023) | Timothy Davis | |
| | | Stephanie Frances Bova | |
| | Judgment, Dkt. No. 229 (D.D.C. June 6, 2023) | Billie Shotlow | |
| | | Michael Shotlow | |
| | | Wrenita Randall | |
| | | Ediena McGee | |

27

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | Order & Judgment, Dkt. No. 225 (D.D.C. Feb. 29, 2024)<br><br>Order & Judgment, Dkt. No. 264 (D.D.C. May 31, 2024)<br><br>Order & Judgment, Dkt. No. 273 (D.D.C. June 28, 2024)<br><br>Minute Order, (D.D.C. Sept. 11, 2024)<br><br>Order & Judgment, Dkt. No. 285 (D.D.C. Sept. 30, 2024)<br><br>Order & Judgment, Dkt. No. 286 (D.D.C. Oct. 1, 2024)<br><br>Order & Judgment, Dkt. No. 302 (D.D.C. May 12, 2025)<br><br>Order & Judgment, Dkt. No. 304 (D.D.C. May 16, 2025) | Robert A. Bird | |
| | | Charles Edward Blaney | |
| | | Dianne Belk Massey | |
| | | Carley Blaney | |
| | | Jane Berrettini | |
| | | Christopher Berrettini | |
| | | Vincent Berrettini | |
| | | Michael Bowen | |
| | | Lori Deysie | |
| | | Sidnee Deysie | |
| | | Nancy M. Trimble | |
| | | Timothy M. Trimble | |
| | | Holli Jean Jensen | |
| | | Lynne Farmer | |
| | | Joy L. Retmier | |
| | | Steven C. Retmier | |

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | Order & Judgment, Dkt. No. 314 (Jul. 15, 2025). | Mason D. Retmier | |
| | | Matthew S. Retmier | |
| | | Jose Antonio Vazquez Sr. | |
| | | Janice Vazquez | |
| | | Jose Vazquez Jr. | |
| | | Robert Watson Jr. | |
| | | Lisa Murowski-Dupont | |
| | | Mark P. Dupont | |
| | | Estate of Jonathan O'Neill | |
| | | Jacqueline O'Neill | |
| | | Robert O'Neill | |
| | | Brian O'Neill | |
| | | Kaitlyn O'Neill | |
| | | Matthew O'Neill | |
| | | Donna Blair | |
| | | Dallas Bryant | |

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Robert Andrews | |
| | | Sondra Andrews | |
| | | Gwendolyn French | |
| | | Laquitta French | |
| | | Gina Berisford | |
| | | M.B. | |
| | | Shelley Guthrie | |
| | | David Aaron Crow | |
| | | Evelyn Taylor | |
| | | Jose Aleman | |
| | | Stephanie Hager | |
| | | Sonja McDaniel | |
| | | Matthew McDaniel | |
| | | Charlette Gilbert | |
| | | Charmaine Renee Gilbert | |
| | | Jordan Gilbert | |

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Jasmine Thomas | |
| | | Thomas Priolo | |
| | | Estate of John Wayne Ewy | |
| | | Dennis John Elm | |
| | | Donna Lee Elm | |
| | | Catherine Elm Boatwright | |
| | | Margaret Elm Campbell | |
| | | Matthew Elm | |
| | | Christine Rangel | |
| | | Jeffrey White Sr. | |
| | | Paula White | |
| | | Kyle White | |
| | | Michael White | |
| | | Jonathan Cleary | |
| | | April Cleary | |
| | | C.F. | |

31

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Kellan Thomas Fogarty | |
| | | Stephanie Fisher | |
| | | Thomas Fogarty | |
| | | Brian Edward Ellis | |
| | | Julie Ann Sandifer | |
| | | Vanessa Marie Anzures | |
| | | Victor Raymond Ellis | |
| | | Brian Lambka | |
| | | Kristie Surprenant | |
| | | Bob Surprenant | |
| | | Jerry Hardison | |
| | | Justina Hardison | |
| | | Paul Elmer Jayne | |
| | | Sherry A. Skeens | |
| | | Kent Alan Skeens | |
| | | Adam Matthew Jayne | |

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Ayzia J. Jayne | |
| | | Garrett A. Skeens | |
| | | Trent Lorne Skeens | |
| | | Z.R.S. | |
| | | Cassie Marie Richardson | |
| | | Brandon Korona | |
| | | William Nevins | |
| | | Angela Kahler | |
| | | Amber Dawn Moreland | |
| | | Hallie May Combs | |
| | | Trenton Dean Combs | |
| | | Megan Stephens | |
| | | Sienna Marie Stephens | |
| | | Helen DePrimo | |
| | | Joseph DePrimo | |
| | | Jodi Calabro | |

33

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Danielle Fediw | |
| | | Almuth Cornelius Green Jr. | |
| | | Estate of Patricia Green | |
| | | Jesse Green | |
| | | Kimberley A. Whipple | |
| | | David Whipple | |
| | | Brian Clyburn | |
| | | Sean Whipple | |
| | | Ann L. Gould | |
| | | Estate of James A. Gould | |
| | | Mary Border | |
| | | Katherine Abreu-Border | |
| | | DeLaynie K. Peek | |
| | | Natalie Schmidt | |
| | | A.L.S. | |
| | | Lee Ann Schmidt | |

34

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Phillip J. Schmidt | |
| | | Brandon Tyler Schmidt | |
| | | William Michael Burley | |
| | | Tammy Olmstead | |
| | | Dan Olmstead | |
| | | Michael Collins | |
| | | Martha Carolina Smith | |
| | | Thomas Elmer Wickliff | |
| | | Michelle Carolina Rotelli | |
| | | Jeffrey Scott Kuykendall | |
| | | Larry Kuykendall | |
| | | K.L.F. | |
| | | Robert Lentz | |
| | | Ruth M. Harton | |
| | | Donald Day | |
| | | Kathy Day | |

35

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Michael Soufrine | |
| | | David Lau | |
| | | Hamide Lau | |
| | | K.L. | |
| | | Marigona Keilani Lau | |
| | | Vivian Perry | |
| | | Holly Abraham | |
| | | Leroy Lau Jr. | |
| | | Michelle Lee Rauschenberger | |
| | | Christopher Rosebrock | |
| | | Alex Jason Rozanski | |
| | | Richard Allen Cauley | |
| | | Clifford Taylor | |
| | | Kyle Taylor | |
| | | Mark Baker | |
| | | Rebecca E. Baker | |

36

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Mark David Baker | |
| | | Taylor Genovese | |
| | | Robin Hefner | |
| | | Brandon Dale Hefner | |
| | | Jessica Meagan Hefner | |
| | | Todd Taylor | |
| | | Stephanie Freeman | |
| | | Rosa Irma Halliday | |
| | | Brad Joseph Halliday | |
| | | Jon Centanni | |
| | | David Fingar | |
| | | Rhonda G. Fingar | |
| | | Buford Jeremiah Fingar | |
| | | Donald Joshua Fingar | |
| | | Craig Leicht | |
| | | Shirly A. Leicht | |

37

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Elizabeth C. Leicht | |
| | | Jesse H. Leicht | |
| | | Jonathan Leicht | |
| | | Mary Rose Leicht | |
| | | Sarah Grace Leicht | |
| | | Christen Holley | |
| | | Alyssa Sheridan | |
| | | Andrew Sheridan | |
| | | Charissa DelGiorno | |
| | | Dominic Giacchi | |
| | | Tamara Anne Boyett | |
| | | Terry Lynn Boyett | |
| | | Julia Ott | |
| | | Lacey Jordan | |
| | | T.J.J. | |
| | | Carmen Louise O'Leary | |

38

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Antoinette Drakulich | |
| | | Joseph Drakulich | |
| | | Thomas Drakulich | |
| | | Dana Drakulich King | |
| | | Michelle M. Nicholas | |
| | | Chrissy Prado | |
| | | Logan Southworth | |
| | | Owen Southworth | |
| | | Carly Sue Gonzalez | |
| | | Ally May Prado | |
| | | Kimberly Southworth | |
| | | Robert Southworth | |
| | | Michael Southworth | |
| | | Christina Southworth Guerrero | |
| | | David Shanfield | |
| | | Pamela Shanfield | |

39

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Sydney Shanfield | |
| | | Michaela J. Taylor | |
| | | Sarah Beth Miller Morgan | |
| | | Bart LaRue Howard | |
| | | Constance Louise Howard | |
| | | Alexander James Howard | |
| | | Olivia Marie Howard | |
| | | Duane Schultz | |
| | | Cameron West | |
| | | James Farris. Cullins Jr. | |
| | | Barbara Schilling | |
| | | Cooper Cullins | |
| | | Donavan Cullins | |
| | | Christopher Billmyer | |
| | | Cheryl Billmyer | |
| | | James Billmyer | |

40

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Don Hernandez | |
| | | James Reginal Campbell | |
| | | Cynthia Pyeatt | |
| | | Lon Scott Pyeatt | |
| | | Emily Smalley | |
| | | Teddi DeYoung | |
| | | Angela Rita Marie Rogers | |
| | | Katie C. Freeman | |
| | | K.M.F. | |
| | | W.D.F. | |
| | | Brian Freeman | |
| | | Joseph D. Garrison | |
| | | James Boucher Jr. | |
| | | James Boucher Sr. | |
| | | Kimberly Boucher | |
| | | Britany Boucher | |

41

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | James L. Daniels | |
| | | Heather Daniels | |
| | | Lucas Daniels | |
| | | Sophie Daniels | |
| | | Cynthia Richmond | |
| | | Robert L. Dunning | |
| | | Estate of Tomoe Dunning | |
| | | Joy Coy | |
| | | Anthony D'Augustine | |
| | | Patricia D'Augustine | |
| | | Nicole D'Augustine | |
| | | Michele Kulesa | |
| | | Bradley Ivanchan | |
| | | Christopher Van Etten | |
| | | Jonathan Ashley III | |
| | | Tammie Ashley | |

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Jonathan Ashley IV | |
| | | Jordan Ashley | |
| | | Sarah Peters Duarte | |
| | | Gina Duarte | |
| | | Joseph Duarte | |
| | | Helena Davis | |
| | | C.J.D. | |
| | | Nancy Rougle | |
| | | Ryan Newell | |
| | | Hannah Cox | |
| | | Eva Farr-Wallace | |
| | | Calvin D. Jamison | |
| | | Atarah Wright | |
| | | Dean Coleman | |
| | | Blaine A. Redding | |
| | | Glenda Willard | |

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Michelle Hock | |
| | | Ranee Massoni | |
| | | Jordan Plunk | |
| | | Justin T. Plunk | |
| | | Terry Mittler | |
| | | Joyce Turner | |
| | | Misty Barclay | |
| | | Marta Torres | |
| | | Jose Negron | |
| | | Maribel Negron | |
| | | Glenn Chisholm | |
| | | Linda Reynolds | |
| | | Karma Chisholm | |
| | | Bethany Ann Benton | |
| | | Dineen Snyder | |
| | | Edward Snyder | |

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Damien Edward Snyder | |
| | | Natasha Snyder | |
| | | Francisco Javier Briseño Gutierrez | |
| | | Luis Briseño Alvarez | |
| | | James Henderson | |
| | | Athena Gordon | |
| | | Patricia Elsner | |
| | | Mark Elsner | |
| | | Kelsey Thomas | |
| | | Jacqueline Allen | |
| | | Mark Anthony Elsner | |
| | | Estate of Michael K. Ingram Sr. | |
| | | Julie Ingram | |
| | | Cheryl Spivey | |
| | | Corbin Wayne Hunt | |
| | | Patricia A. Nicol | |

45

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Roland N. Nicol | |
| | | Alaina Nicol | |
| | | Roland J. Nicol | |
| | | Cheryl M. Culbreth | |
| | | Walter L. Culbreth | |
| | | Lauren Ashley Culbreth | |
| | | Melissa Rodriguez | |
| | | Derek Rodriguez | |
| | | Katelyn Rodriguez | |
| | | Rodolfo Rodriguez Sr. | |
| | | Keyko D. Clark | |
| | | Corteize Clark | |
| | | Precious Clark | |
| | | Kevin Trimble | |
| | | John L. Fant | |
| | | Andrea Kessler | |

46

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Jose Alberto Morgado | |
| | | Anna Banzer | |
| | | Sofia Kessler | |
| | | Eric Morgado | |
| | | Connor Alexian Pladeck-Morgado | |
| | | Adolf Olivas | |
| | | Bethany Wesley | |
| | | Samantha McNamara | |
| | | Brenda Daehling | |
| | | Kirk Daehling | |
| | | Adam Daehling | |
| | | Kayla Marie Daehling | |
| | | Joanna Gilbert | |
| | | Jessica Benson | |
| | | Adam Hartswick | |
| | | Sean Hartswick | |

47

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Morgen Hummel | |
| | | Nancy Mullen | |
| | | Miriam A. Mullen | |
| | | William J. Mullen | |
| | | Richard Brunkhorst | |
| | | Arthur Campbell | |
| | | Audrey Campbell | |
| | | Tina Marie Campbell | |
| | | Ramiro Cardoza Sr. | |
| | | Maria Cardoza | |
| | | Ramiro Cordoza, Jr. | |
| | | Patricia Dahl | |
| | | Angel Dahl | |
| | | Craig Lane Gross | |
| | | Natalie Anne Gross | |
| | | Jorge Fidencio Hidalgo | |

48

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Andrea Jean Hidalgo | |
| | | Larry Dean Horns | |
| | | Tamara Elaine Horns | |
| | | Tiffany Louise Horns | |
| | | Cheryl Brown | |
| | | Miranda Landrum | |
| | | Janet Landrum | |
| | | Gabriel Brandon Landrum | |
| | | Blakely Reagan Landrum | |
| | | Chet Paul Murach | |
| | | William Anthony Murach | |
| | | Hugh Dean Neenan | |
| | | Lesa Coon Neenan | |
| | | Nancy R. Wilson | |
| | | Ashley Peters | |
| | | Dennis W. Peters | |

49

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Deborah Jean Peters | |
| | | Gabriel Rian Peters | |
| | | Christine H. Phillips | |
| | | Sophia N. Phillips | |
| | | Janie Rabalaid Powell Goncalves | |
| | | Joseph William Prescott | |
| | | Aaron William Prescott | |
| | | Jacob Richard Prescott | |
| | | Joshua Michael Prescott | |
| | | Kim Smith | |
| | | Benjiman Smith | |
| | | Sarah Ngiraibiocel | |
| | | Larry Michael Solesbee | |
| | | Trina Solesbee | |
| | | John Anderson Hall | |
| | | Jill Myers | |

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Alyssa Marie Styer | |
| | | Donn Alden Weaver | |
| | | Jeanne Weaver | |
| | | Glenn Allen Weaver | |
| | | Adrianna Gretchen Vargo | |
| | | Kristia Nell Weaver | |
| | | John Melvin West | |
| | | Marcia Mary West | |
| | | Kristine Marie Willis | |
| | | Clint Coleman Wildes | |
| | | Jamie Elizabeth Surles | |
| | | Regina Michele Wright | |
| | | Samuel Boaz Brown | |
| | | Scott Brown | |
| | | Tanya Brown | |
| | | Molly Brown | |

51

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Andrew Brown | |
| | | Luke Brown | |
| | | Daus Isaiah Hempker | |
| | | Jesse Watson | |
| | | Robert Schulte | |
| | | Susie Schulte | |
| | | Todd Schulte | |
| | | Suzanna Ausborn | |
| | | Mitchell Maloy | |
| | | Summer Maloy | |
| | | Alice Faye Ausborn | |
| | | Susan Brodeur | |
| | | David Lawrence Brodeur Jr. | |
| | | Elizabeth L. Brodeur | |
| | | Joyce A. Brodeur | |
| | | Lawrence A. Brodeur | |

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Todd Brodeur | |
| | | Amanda Brodeur Brotherton | |
| | | Ernest Brown II | |
| | | Jim Arthur Jacobs | |
| | | Gladys Vereen | |
| | | Christopher Baptist | |
| | | LaGuanda Jacobs | |
| | | Janice Harriman Bryant | |
| | | S.L.B. | |
| | | Tammie Schoonhoven | |
| | | Anjelika Marie Schoonhoven | |
| | | A.R.S. | |
| | | Deborah Schoonhoven | |
| | | Patricia Goins | |
| | | Paul Edward Goins III | |
| | | Emmitt Dwayne Burns | |

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Janice Caruso | |
| | | Dana Rainey | |
| | | Kathleen Lynn Alexander | |
| | | Daniel Owen Hughes | |
| | | Patricia Hughes | |
| | | Kristine Anne Zitny | |
| | | Michelle Riley | |
| | | Rodney Riley | |
| | | Natasha Buchanan | |
| | | L.A.E.L.B. | |
| | | S.L.L.B. | |
| | | Douglas A. Landphair | |
| | | Jean S. Landphair | |
| | | Meredith Landphair | |
| | | Kelli-Jo Dodge | |
| | | B.C.D. | |

54

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Peyton Amani Dodge | |
| | | Kathleen McEvoy | |
| | | Michelle Rose McEvoy | |
| | | Patrick Charles McEvoy | |
| | | Janice H. Proctor | |
| | | Luann Varney | |
| | | Erin Goss | |
| | | Summer Sutton | |
| | | Harriet Sutton | |
| | | Trecia Brock Hood | |
| | | Wendy Shedd | |
| | | Freddie Sutton | |
| | | Kimberly Blamires | |
| | | D.L.B. | |
| | | Kalli Blamires | |

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Sandra Blamires | |
| | | Beau Blamires | |
| | | Eric Blamires | |
| | | Ethan Blamires | |
| | | Neil Blamires | |
| | | Julie McGraw | |
| | | Sarah Moschler Walton | |
| | | Reuben Eric Sharp | |
| | | Angela Preston | |
| | | Gus Preston | |
| | | Russell Glenn Yanney | |
| | | R.A.R. | |
| | | Christal A. Thomas-Kariker | |
| | | Edward Kariker | |
| | | Leon Williamson III | |
| | | Sybil B. Williamson | |

56

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Peggy Pagan | |
| | | Estate of Robert Pagan Sr. | |
| | | Robert Pagan Jr. | |
| | | Lowell Hanson Jr. | |
| | | Cynthia Hanson | |
| | | Megan Kathleen Dohn | |
| | | Judith Rowe Gentz | |
| | | Anthony Curtis White | |
| | | Anthony Evan White | |
| | | Laura White | |
| | | Zachary Luke White | |
| | | Beverly Wisniewski | |
| | | Chester Wisniewski Jr. | |
| | | Craig Stanley Wisniewski | |
| | | Matthew Walter Wisniewski | |
| | | Raul Olivares Jr. | |

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Lesley Olivares | |
| | | Dalylah Rubey Olivares Castillo | |
| | | Julie Magana | |
| | | Billy Michael Stout | |
| | | Melissa Keener | |
| | | Norman Karch | |
| | | Jordan Gage Allison | |
| | | Sherry Loan | |
| | | Linda Phaneuf | |
| | | Miracle Burton | |
| | | Damen Snow | |
| | | Richard Dennis | |
| | | Maria Mix | |
| | | Amanda Dennis-Silva | |
| | | Angelica Mix | |
| | | Virginia Newsom | |

58

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Kyle Balduf | |
| | | Gloria Hensley | |
| | | A.L.H. | |
| | | Ella Michelle Hensley | |
| | | Nora Rose Hensley | |
| | | Joan Thelma Hensley | |
| | | Terry L. Hensley | |
| | | Michaela Hensley | |
| | | Nicole Goldsmith | |
| | | Kristen A. Elwell | |
| | | Elise Marie Elwell | |
| | | Nickolas Brian Elwell | |
| | | Susan Burkhard | |
| | | SSG Darius Johnson | |
| | | Judy B. Cusack | |
| | | Kia Cusack | |

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Catherine Mullins | |
| | | Thomas Mullins | |
| | | Bethany Rose Mullins Randall | |
| | | Suni Chabrow | |
| | | Kristin Caracciolo | |
| | | Paige Erlanger | |
| | | Frederick Tolon | |
| | | James Bell | |
| | | London Jacinda Bell | |
| | | Andrea Roe | |
| | | Theresa Karlson | |
| | | Charles Essex | |
| | | Marion Ruth Hopkins | |
| | | Cheryl Atwell | |
| | | Erin Riedel | |
| | | Lona L. Gambone | |

60

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Cedric F. Gordon | |
| | | Conchetta Michell Diaz | |
| | | Cedric D. Gordon Sr. | |
| | | Adrian Kie-Alun Sherrod | |
| | | Esta Smith | |
| | | Joe Torian | |
| | | Estate of Jimmy Smith | |
| | | Emily Torian | |
| | | Nathan Ewell Torian | |
| | | Alexandra McClintock | |
| | | D.C.M. | |
| | | Joyce Patricia Paulsen | |
| | | Grace Kreischer | |
| | | Brianne Barlow | |
| | | Jason Barlow | |
| | | Sage River Saladin | |

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | ShuShawndra Gregoire | |
| | | John Gregoire Sr. | |
| | | John Damian Gregoire Jr. | |
| | | Gerald W. Finley | |
| | | Joshua M. Finley | |
| | | Jennifer M. LeFors | |
| | | Maria L. Avneri | |
| | | Jacob Avneri | |
| | | Eduardo G. Garcia | |
| | | Charlotte Allen | |
| | | Matthew Allen | |
| | | Austin Nelams | |
| | | Launa Lee Chavez | |
| | | Charles Lynn Stiles | |
| | | Cecilia Stiles | |
| | | Natalie Michelle Schoening | |

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Charles Stiles II | |
| | | Kenneth J. Stiles | |
| | | Abigail G. Steffey | |
| | | Dennis Steffey | |
| | | Rachel Humpf | |
| | | David Humpf | |
| | | Heather Jackson | |
| | | Holly Conrad | |
| | | B.C. | |
| | | Abby Knapp-Morris | |
| | | K.K. | |
| | | Elma Garza Palomarez | |
| | | Candido Palomarez III | |
| | | Omar Palomarez | |
| | | Rene Palomarez | |
| | | Linda K. Grieco | |

63

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Ralph Grieco | |
| | | Jennifer Grieco Burch | |
| | | Fredda Lynn Jones | |
| | | Jamerius Dewayne Jones | |
| | | Kenderrick Jones | |
| | | Marius Rashadd Washington | |
| | | I'Kemeyon Crow | |
| | | Sheila McCary | |
| | | Jasmine Jones | |
| | | Tristyn Anthony Vinson-Hosford | |
| | | Felicia Williams | |
| | | Derlysa Williams | |
| | | Victoria Boyd | |
| | | Vanecia Mitchell | |
| | | Lisa Lee Freeman | |
| | | Margaret Anderson | |

64

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Dennis Johnson | |
| | | Alexis JoLene Quisenberry | |
| | | James A. Grady | |
| | | James Michael Grady | |
| | | Kevin Grady | |
| | | Brian M. Martin | |
| | | Julie K. Martin | |
| | | Catherine G. Martin | |
| | | Elizabeth A. Martin | |
| | | Shelby Iubelt | |
| | | V.I. | |
| | | Charlotte Loquasto | |
| | | J.A.L. | |
| | | Julianne Good Perry | |
| | | G.W.P. | |
| | | L.R.P. | |

65

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Kathleen Perry | |
| | | Stewart Lamar Perry | |
| | | Anita Therese Perry | |
| | | Gail Provost | |
| | | Meghan Janet Hollingsworth | |
| | | Sarah Tiffany Peterson | |
| | | Brian Provost | |
| | | Spencer Dana Provost | |
| | | Gertrude Provost | |
| | | Judith L. Ashley | |
| | | Mary Jane G. Medeiros | |
| | | Paul Provost | |
| | | Scott Peter Provost | |
| | | Summer Dunn | |
| | | Hannah Mason | |
| | | Mallory Williams | |

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Charlotte Ann Reeves | |
| | | Victoria Jane Reeves | |
| | | Joyce Ann Tulloch | |
| | | Caitlin Elizabeth Anderson | |
| | | L.G.A. | |
| | | Estate of Bobby Gene Anderson | |
| | | Patricia Marlene Goodwin | |
| | | April Lynn Anderson | |
| | | Estate of Bobby Joe Anderson | |
| | | John David Anderson | |
| | | Lisa Murowski-Dupont | |
| | | John Wayne Goldsmith | |
| | | Lorie Goldsmith | |
| | | Brian Harper | |
| | | Angela Harper | |
| | | Holly Harper | |

67

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Joseph Hulsey Jr. | |
| | | Lisa Rowe Hicks | |
| | | Steven Walls Sr. | |
| | | George McClintock III | |
| | | Jonathan Zelko III | |
| | | John R. Zelko Jr. | |
| | | Karen Suzanne Zelko | |
| | | Jennifer Marie Zelko | |
| | | Trent Donald Zelko | |
| | | Georgia Priest | |
| | | Stephanie Hayhurst | |
| | | L.R.G. | |
| | | Estate of Clifford E. Ausborn | |
| | | Estate of Gabriel Negron | |
| | | Estate of Marvin Negron | |
| | | K.E.F.V. | |

68

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | A.M.P. | |
| | | S.G.C.H. | |
| | | C.L.K. | |
| | | Holly Amber Ingram | |
| | | C.A.I. | |
| | | Marc Dervaes | |
| | | Martha Looney | |
| | | Sheila G. Good | |
| | | Charles Everett Adkins | |
| | | Velvet Lee Adkins | |
| | | Carlos Benjamin Gross Rios Sr. | |
| | | Socorro Gross | |
| | | Carlos Benjamin Gross Paniagua | |
| | | Felicia Gross Paniagua | |
| | | Debra Ann Perez | |
| | | Adan Michael Perez | |

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Anthony Dean Perez | |
| | | Tracy Anne Herring | |
| | | Robin Elizabeth Akers | |
| | | Nicholas Francis Perez | |
| | | Carol Griffin | |
| | | Shawn Griffin | |
| | | Sheila Ristaino | |
| | | Daniel Griffin | |
| | | Matthew Griffin | |
| | | Leah A. Turner | |
| | | Lyda Nieshe | |
| | | Cesar G. Robles | |
| | | Chelsey Pellerin | |
| | | Collin Cleaver | |
| | | Aidan Cleaver | |
| | | Paula Betty Rich | |

70

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Regina Emma Brown | |
| | | Miriatliz Roberts | |
| | | Carlos Alcides Cruz | |
| | | Joel Cruz | |
| | | Carmelita D. Fernando | |
| | | Gustavo Alfonso Soltero Sr. | |
| | | Adrian Carrillo Soltero | |
| | | Estate of Becky S. Poock | |
| | | Roger Poock | |
| | | Betsy Reed Schultz | |
| | | Brittany Taylor Townsend | |
| | | Cynthia Lou Henderson | |
| | | Niki Martin | |
| | | Lavette Curry | |
| | | Armando Ochoa | |
| | | Eduardo Ochoa | |

71

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Andrea Dietz | |
| | | Cristinemae Barcel Mittler | |
| | | Alexander Mittler | |
| | | Jesus Infante | |
| | | Jessica Infante | |
| | | Juan Infante | |
| | | Braydon Tyler Nichols | |
| | | David Edward Bean | |
| | | Robert Rivera | |
| | | Alexander Lau | |
| | | Jammie Joann Smith | |
| | | Garrett Layne Funk | |
| | | Michael Iubelt | |
| | | Julie Marie Bessa | |
| | | Joel D. Bessa | |
| | | Bryana Elyse Bessa | |

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Kendra Pieper | |
| | | David Pieper | |
| | | Kaila Carrier | |
| | | Sherry Jean Pepper | |
| | | Paul William Gire | |
| | | Lawrence Stephen Marta | |
| | | Karin Sue Stone | |
| | | Taylor Stone Marta | |
| | | Thomas Schwallie | |
| | | Sarah Melinda Schwallie | |
| | | John M. Finley | |
| | | Virginia Lee Wiedower | |
| | | Landon Domino | |
| | | Estate of Martha Ann Evans | |
| | | Robert Earl Smith | |
| | | Andrea Elisabeth Steffey | |

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | David Lee Coffland Jr. | |
| | | Lynn Marie Coffland | |
| | | Dolores A. Reed | |
| | | Christopher Wayne Johnson | |
| | | Julianna Symkowiak | |
| | | Cordaro Devone Clark | |
| | | Joan Marie Smedinghoff | |
| | | Regina Catherine Smedinghoff | |
| | | Teresa Lynn Bernstein | |
| | | Wray Jean Carnes | |
| | | Amanda Nicole Manasra | |
| | | Ginger Kutschbach | |
| | | Bastian Taylor Kutschbach | |
| | | Maren Helsa | |
| | | Cindy Jeanne Lohman | |
| | | Gary Edward Lohman | |

74

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Nyzia Kimora Wilson | |
| | | Regina Byther | |
| | | Janice Cochran York | |
| | | Deborah Goins Young | |
| | | Michael Everett Stratton | |
| | | Franklin Kelly Little | |
| | | Steven Michael Stratton | |
| | | Susan K. Novak | |
| | | Jessica Novak Cruz | |
| | | Jacqueline B. Thompson | |
| | | Randolph D. Thompson | |
| | | Britteny Bullock | |
| | | Louella Elizabeth Frinson | |
| | | Todd McClain Henigan | |
| | | Alex Henigan | |
| | | Shannon K. McNulty | |

75

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Angel R. Roldan | |
| | | Samantha G. Roldan | |
| | | Matthias P. Roldan | |
| | | Alison R. Pohn | |
| | | John C. McCarthy | |
| | | Annie Louise McBride | |
| | | Chester Roy McBride Jr. | |
| | | Nicole Kamaleson | |
| | | Barclay Kamaleson | |
| | | Cedric Paul Kamaleson | |
| | | Cade Kamaleson | |
| | | Sunderraj Mark Kamaleson | |
| | | Gregory Stube | |
| | | Gregory Stube Jr. | |
| | | Estate of Robyn Young | |
| | | Denise Joanne Wilson | |

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Eric Allen Vietti | |
| | | Daniel Scott Vietti | |
| | | Mashelle Lynn Lembke | |
| | | Alexis Marie Lembke | |
| | | Thomas Nathaniel Lembke | |
| | | Estate of Robert Roland Lembke | |
| | | Enjolie Wallace Bates | |
| | | Rylie Nicole Bates | |
| | | B.H.B. | |
| | | Marline O'Briant Tully | |
| | | Dana Atlas | |
| | | Bruce Atlas | |
| | | Johannes Atlas | |
| | | Summer Annese Atlas | |
| | | Savannah Reign Atlas | |
| | | Aimee Elizabeth Wood | |

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | J.E.M. | |
| | | Barbara Jo Hanke | |
| | | Gregory Allan McLeod | |
| | | Jacqueline Ann McLeod | |
| | | Justin Allen McLeod | |
| | | Jack Pierce | |
| | | Karen Lynn Pierce | |
| | | W.P. | |
| | | Alexander Pierce | |
| | | Christine Anne Gravina | |
| | | Julie Schrock | |
| | | Chandler Schrock | |
| | | Ryan Donahue | |
| | | Taylor Schrock | |
| | | Sharon K. Zachringer | |
| | | Nicole R. Scott | |

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Sumer J. Roberts | |
| | | Scott Eugene Regelin | |
| | | Shirene Regelin | |
| | | Jeremy J. Metzger | |
| | | Brian Williams | |
| | | Lionel Williams | |
| | | Kevin Williams | |
| | | Mark K. Roland | |
| | | Barbara A. Roland | |
| | | Erica M. Roland | |
| | | Estate of Craig Allen Blamires | |
| | | Erisa Deysie | |
| | | Rosanna Antonia Timble | |
| | | Steffani Rose Trimble | |
| | | Micaela Marie Trimble | |
| | | Ronaldo De La Rosa | |

79

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Timothy F. Neenan | |
| | | Kathleen Marie Neenan | |
| | | Mark Anthony White | |
| | | Estate of Teri Johnson | |
| | | Michael David Stout | |
| | | Ginny Lamb | |
| | | Connie Dianne Beck Herzel | |
| | | Dennis Hempker | |
| | | Jewelyn Hempker | |
| | | Deloris Snow | |
| | | Dominic Arthur Jacobs | |
| | | Estate of Frank D. Bryant Sr. | |
| | | Patricia Lizetta Bryant | |
| | | James R. Landrum | |
| | | Maggie Bilyeu | |
| | | Estate of Louise Provost | |

80

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | John A. Provost | |
| *Neiberger v. Islamic Republic of Iran*, No.1:16-cv-02193-EGS-ZMF<br><br>(D.D.C. Nov. 2, 2016) | Order & Judgment, Dkt. No. 92 (D.D.C. Sept. 30, 2022) | Pamela Thrall | $227,608,683 |
| | | Kathleen Stephens | |
| | | Trent Stephens | |
| | | Summer Stephens | |
| | | Rhett Stephens | |
| | | Brittani Hobson | |
| | | Derek Stephens | |
| | | Estate of Chris Neiberger | |
| | | Mary Neiberger | |
| | | Richard Neiberger | |
| | | Ami Neiberger | |
| | | Robert Neiberger | |
| | | Eric Neiberger | |
| | | Estate of Joshua Reeves | |
| | | Leslie Hardcastle | |

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Joshua Jackson Reeves | |
| | | W. Jean Reeves | |
| | | James Reeves | |
| | | Jared Dillon Reeves | |
| | | Joni Ariel Reeves Little | |
| | | Sherri C. Hoilman | |
| | | Patrick Hanley | |
| | | Katherine Hanley | |
| | | Edward Hanley | |
| | | Cecelia Hanley | |
| | | Samuel Montalbano | |
| | | Deborah Wilson | |
| | | Obdulia Moncada | |
| | | Priscila Moncada | |
| | | Miriam Lopez | |
| | | Alexandra Aguilar | |

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Daniela Moncada | |
| | | Matthew Moncada | |
| | | Stephen Evans | |
| | | Guy L. Davis | |
| | | Teresita R. Davis | |
| | | Elizabeth Nicole Davis | |
| | | Ayla Davis | |
| | | Chris Davis | |
| *Adamkavicius v. Islamic Republic of Iran*, No. 1:23-cv-03571-ABJ (D.D.C. Nov. 30, 2023) | Order & Judgment, Dkt. No. 41 (D.D.C. July 30, 2025) | D.C. | $89,518,564 |
| | | M.C. | |
| | | Connor Larson | |
| | | Samantha Ulrich | |
| | | Sandra Lee Hackenberg | |
| | | Nancy Ann Morgado | |
| | | Letha Dodge | |
| | | Ronnie Dodge | |

83

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Hollie Towle | |
| | | Tammy Bowden | |
| | | Jennifer Mabus | |
| | | Monica Smith | |
| | | Deborah Trimble | |
| | | Anthony Trimble | |
| *Zambon v. Islamic Republic of Iran*, No. 1:18-cv-02065-JDB<br><br>(D.D.C. Aug. 31, 2018) | Order & Judgment, Dkt. No. 304 (D.D.C. Mar. 8, 2025)<br><br>Order & Judgment, Dkt. 321 (Sept. 11, 2025). | Desty Boatright | $170,418,552 |
| | | Christopher Craig | |
| | | Richard Robertson | |
| | | Hyesuk Jerak | |
| | | Jared Kriger | |
| | | Jessica Kriger | |
| | | James Amos | |
| | | Dennis Leonard | |
| | | Sheena McCloud | |
| | | Aidan McCloud | |

84

| Name of Case | Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| | | Landyn McCloud | |