# Exhibit 1

**Adam Zarazinski**
Adam@inca.digital

## Experience

**Inca Digital, Inc.**
*CEO*/Washington, DC/ March 2020 - Present

- Inca Digital is an intelligence company that provides data, analytics, and expertise to many of the world's leading exchanges, financial institutions, regulators, and government agencies. Inca Digital's clients use its unique and comprehensive intelligence to surveil financial markets and social media, fight crime, generate alpha, and more. Inca has a team of military-trained engineers, analysts, and security experts at your disposal.

**United States Air Force, Judge Advocate General**
*Reservist*/Homestead ARB/March 2020 – Present

- Legal advisor to the commander of Joint Base Langley-Eustis on issues including technology law, operational law, contract and fiscal law, and military justice.

*Chief of Operations Law*/Joint Base Andrews, MD/July 2017 – March 2020

- Chief legal adviser to the 320th Air Expeditionary Wing (320 AEW). The 320 AEW is the Air Force component to the Joint Task Force National Capital Region. Its mission is to activate during contingency operations to protect the NCR. Advise Air Force District of Washington (AFDW) A3/5 on operations policy, exercise planning and execution, and homeland defense and DSCA operations.

*Prosecutor*/Joint Base Andrews, MD/March 2014 – July 2017

- Co-led 14 attorneys and paralegals in one of the Air Force's largest offices, with a jurisdiction covering the National Capital Region and the Pentagon. Legal adviser on 50+ criminal investigations. Prosecutor on multiple courts-martial including rape, fraud, and theft.

*NATO Attorney-Advisor*/Camp Resolute Support, Kabul, Afghanistan/April 2016 – October 2016

- Legal advisor to NATO and United States Forces – Afghanistan on counter threat finance and intelligence operations. Advised two one-star general officers on targeting engagement authorities, rules of engagement, and Afghan law. Rated by Staff Judge Advocate as among top three O-3 JAGs in Afghanistan.

**World Health Organization**
*Consultant*/Amazon Jungle, Brazil & Colombia/September 2009 – September 2010

- Under a one year contract, designed and implemented a $2 million program to conduct field research on the spread of HIV and syphilis in remote communities in the Amazon Jungle. Developed strategies to implement an indigenous HIV/syphilis testing program with built-in monitoring and evaluation. Served as the lead author for the follow on report evaluating the program through a cost-effectiveness and best practice study.

**INTERPOL**
*Intelligence Fellow*/Lyon, France/January 2009 - July 2009

- Senior level management support as the speech writer and research lead to the Director of the Specialized Crime and Analysis Unit. Provided research and analysis for the Trafficking in Human Beings Sub-Directorate.

## Expert Witness and Prosecutorial Experience

***Thornhill v. Doe et al***
Case No. 2025-LA-27
Circuit Court of Franklin Count
Expert Witness/2025

***Douglas Bunker v. Ava Garcia et al.***
Case No. 2025 MR 000276
Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois
*Expert Witness/2025*

***Maimaitiyumaier v. Doe et al***
Case No. 25-CH-05863

Circuit Court of Cook County, Illinois
*Expert Witness/2025*

**Public Prosecution Service of Canada**
*Expert Witness*/2023-2025

- Served as an expert witness on a closed criminal case in Ontario, Canada where defendants charged with terrorism utilized Bitcoin and other cryptocurrencies to launder funds.

**Desolation Holdings LLC and Bittrex, Inc.**
*Expert Witness*/2023-2024

- Served as an expert witness in hearings on bankruptcy, provided data analytics to parties on market dynamics and pricing in cryptocurrency, and how blockchain and Bitcoin work. Both written and verbal testimony was provided, in addition to multiple depositions.

**House Financial Services Committee Hearing Entitled: *How America and Its Allies Can Stop Hamas, Hezbollah, and Iran from Evading Sanctions and Financing Terror***
*Expert Witness*/*October 25, 2023 2:00 PM in 2128 RHOB*

- Testified in front of the House Financial Services Committee on the use of cryptocurrency by Hamas, Hezbollah, and Iran to finance their operations.

**Delaware Attorney General - Crypto Fraud Administrative Action Hearing**
*Expert Witness*/2022

- Provided expertise in cryptocurrency data analytics to the Delaware Attorney General on cryptocurrency money laundering and frauds related to Delaware victims.

***US v. Zywusko***
*First Chair for the Government*/2015

- Special Court Martial in the United States Air Force for multiple specifications of larceny and narcotics use at Walter Reed Medical Center.

***US v. Eppes***
*Second Chair for the Government*/2015

- General Court Martial in the United States Air Force of an Air Force Office of Special Investigations for over thirty specifications of larceny and fraud.

***US v. Wright***
*Second Chair for the Government*/2014

- General Court Martial in the United States Air Force involving significant motions practice on privilege and unlawful command influence, in addition to the prosecution of an airman for sexual assault in Aviano, Italy.

## Education

**University of Michigan Law School**
Juris Doctor, Ann Arbor, Michigan - June 2013

- *Honors and activities*: Michigan Journal of International Law Associate-Editor, Pro-bono legal researcher for Public International Law and Policy Group, Student Funded Fellowship award winner.

**University of Nottingham**
Master of Arts in Human Rights and International Relations, Nottingham, England - September 2008

- *Honors and activities*: Graduated *With Highest Honors* (Top 5%), Rotary Ambassadorial Scholar 2007-2008: Received scholarship to cover tuition and all expenses for MA degree at the University of Nottingham. Held over thirty public speaking engagements as a RA Scholar in Egypt, England, and the U.S.

**DePaul University**
Bachelor of Arts in Political Science, Chicago, USA - June 2007

- *Honors and activities:* Graduated *Summa Cum Laude* (Top 5%)

Admissions – Secret security clearance (2012), Illinois Bar (2013), Court of Appeals for the Armed Forces & Air Force Court of Criminal Appeals (2014), Expert in Cryptocurrency for the Delaware Department of Justice

**Selected Articles, Citations, and Publications**

Zarazinski, Adam, and Bruno Faviero. "Swap Around and Find Out: The New Rules of International Digital Economic Warfare." *War on the Rocks*, August 15, 2025. https://warontherocks.com/2025/08/swap-around-and-find-out-the-new-rules-of-international-digital-economic-warfare/

Miller, H., & Shen, M. (2023, February 24). *Huobi, KuCoin are allowing sanctioned Russian banks access, report says. Bloomberg.com. Retrieved March 28, 2023, from https://www.bloomberg.com/news/articles/2023-02-24/huobi-kucoin-are-allowing-sanctioned-russian-banks-access-report-says?leadSource=uverify+wall*

*Two major crypto exchanges failed to block sanctioned Russians. POLITICO. (n.d.). Retrieved March 28, 2023, from https://www.politico.com/news/2023/02/24/two-major-crypto-exchanges-failed-to-block-sanctioned-russians-00084391*

*Crypto self-policing and Accountability*. Inca Digital. (n.d.). Retrieved January 31, 2023, from https://inca.digital/intelligence/crypto-self-policing-and-accountability/

Kubinec, J. (2022, July 28). *Crypto firms reckon with risk following collapse*. Blockworks. Retrieved January 31, 2023, from https://blockworks.co/news/crypto-firms-reckon-with-risk-following-collapse

Newmyer, T. (2022, September 23). *Pentagon launches effort to assess Crypto's threat to national security*. The Washington Post. Retrieved January 31, 2023, from https://www.washingtonpost.com/business/2022/09/23/darpa-crypto-national-security/

Ryan, A. (2022, April 27). *Inca digital CEO on the wave of crypto hacks*. The Information. Retrieved January 31, 2023, from https://www.theinformation.com/articles/inca-digital-ceo-on-the-wave-of-crypto-hacks

Strack, B. (2022, July 22). *Latest in crypto hiring: Social Digital Asset Platform Nabs OK Group exec*. Blockworks. Retrieved January 31, 2023, from https://blockworks.co/news/latest-in-crypto-hiring-social-digital-asset-platform-nabs-ok-group-exec

Zarazinski, A. (2022, March 8). *National Security at stake with Biden's Crypto Executive Order*. CoinDesk Latest Headlines RSS. Retrieved January 31, 2023, from https://www.coindesk.com/layer2/2022/03/08/national-security-at-stake-with-bidens-crypto-executive-order/