# Exhibit 6

News station

# Launching Iran's largest farm in Rafsanjan with Chinese investment

103 Last updated: July 23, 2022 December 12, 2019 • Sanaz Mousavi

Study time: 2



According to Fars News Agency, yesterday, in the presence of the presidential advisor and provincial officials, the data center and cryptocurrency mining center in the Rafsanjan Special Economic Zone officially began operating. Majid Kahnooji, CEO of the Rafsanjan Special Economic Zone, stated at the opening ceremony of the center that the area has provided employment for 1,000 people and 2.7 trillion tomans of capital has been attracted. He called for support for the special economic zones and considered it necessary to pay special attention to the problems of these areas and their shareholders.

Mohammad Ali Dehghan, Deputy for Coordination of Economic Affairs of the Governor of Kerman, also expressed his happiness that the cryptocurrency farm will be opened in Rafsanjan and stated:

> "In fact, we are creating a type of electricity export. When electricity is converted into foreign currency, and in conditions of sanctions and problems with the sale of oil and other products that have marketing problems due to sanctions, the cost of transferring foreign currency is a problem, this industry is a work-saving one."

He continued:

> "We are demanding that the electricity tariff for these devices be reduced to help investors in this industry. With this tariff, investors will receive a 20 to 30 percent profit, while a large investment has been made."




Ahmad Anarki Mohammadi, a representative of the people of Rafsanjan and Anar in the Islamic Consultative Assembly, described mining as a new project that has been reviewed by the Economic Commission of the Assembly and

its activities are legal, and continued: "This industry should be helped in the electricity tariff debate."

He stated:

> "Using digital currency is most effective during times of sanctions."

"Oh", Director of the Iran-China Development and Investment Group, stated:

> "I am grateful that we have been able to bring the investment to the implementation stage so far and that the data center is being launched so quickly. I would like to point out that the data center project is not only about cryptocurrencies, but can also help Iran in the field of technology and the Internet."

The Chinese investor continued:

> "Many countries have made blockchain a core strategy. Recently, the Iranian Ministry of Energy has set an electricity fee for mining, which has a negative impact on investment and worries us. If

this is the case, it will not be possible to continue investing and it will lose its benefits."

Oh noted that Iran currently needs to attract foreign capital and specialists in various professions for its development. He expressed hope that the Iranian government will increase the attractiveness of investment with the laws it enacts to attract foreign investment.

Image & Source

Copy short link of the articlehttps://coiniran.com/?p=35408