# Exhibit 10

Learn more about LSEG

Reuters

Subscribe

# Exclusive: Iran's surging crypto activity draws US scrutiny

By Elizabeth Howcroft and Tommy Reggiori Wilkes

February 3, 2026 5:03 AM PST · Updated February 3, 2026

Aa

Iran's crypto usage is near impossible, and estimates of the split between state-linked and retail volumes vary significantly.

01:21 / 02:16

Feedback

Summary Companies

Iran's crypto activity grows amid sanctions and currency devaluation

U.S. Treasury examining whether crypto platforms facilitate sanctions evasion-TRM Labs

Iranians moving crypto off local exchanges during instability-researchers

PARIS/LONDON, Feb 3 (Reuters) - U.S. investigators are examining whether specific crypto platforms have facilitated sanctions evasion by Iranian officials, a blockchain researcher told Reuters, as cryptocurrency activity booms in the Islamic Republic.

Iran's crypto transaction volumes hit an estimated $8-10 billion last year as both state-linked groups and retail investors have turned to digital currencies, according to estimates from TRM Labs and Chainalysis.

The Week in Breakingviews newsletter offers insights and ideas from Reuters' global financial commentary team. Sign up here.

Advertisement · Scroll to continue

The U.S. Treasury is now looking at whether crypto platforms have enabled state-linked players to evade sanctions when seeking to move money abroad, access hard currency or procure goods, said Ari Redbord, global head of policy at U.S.-based blockchain analysis company TRM Labs, who said he had direct knowledge of the Treasury's concerns.

A Treasury spokesperson referred Reuters to a September statement announcing measures the department was taking against "shadow banking" networks supporting Iran, including those it said used crypto to skirt sanctions.

Advertisement · Scroll to continue

Feedback

Redbord did not identify any cryptocurrency platforms being probed or where they were based.

TRM Labs estimates there was around $10 billion of crypto activity in Iran last year, against $11.4 billion in 2024. Chainalysis, another U.S.-based blockchain analysis company, said Iranian wallets received a record $7.8 billion in 2025, up from $7.4 billion in 2024 and $3.17 billion in 2023.

Iran's mission at the United Nations did not respond to emailed requests for comment for this article.

Advertisement · Scroll to continue

Cryptocurrencies remain a small part of the global financial system, but their use is expected to grow in emerging markets with weak currencies, the International Monetary Fund has said. Iran has been effectively severed from the dollar-based system and has seen a rapid devaluation of its rial currency. Oil revenues remain by far its largest source of foreign currency, hitting $53 billion in 2023, according to the latest estimates from the U.S. government's Energy Information Administration.

"The harder one squeezes the Iranian economy, the more one better be ready to deal with the consequences, one of which is the expanding use of crypto," said Tom Keatinge, director of the Centre for Finance and Security at UK think-tank the Royal United Services Institute.

Iran has also faced a series of crises over the past year, including the 12-day war with Israel as well as American strikes on its nuclear facilities. A recent wave of anti-government protests and the Tehran government's deadly crackdown have prompted threats of further military action from U.S. President Donald Trump as well as fresh scrutiny of Iranian finances.

Washington imposed new sanctions on Iran last month, including on 18 people it accused of being part of shadow-banking networks of sanctioned Iranian financial institutions.

**IRAN'S REVOLUTIONARY GUARDS**

Crypto wallet addresses are pseudonymous - recorded on the blockchain as a string of letters and numbers - making it difficult to establish who is behind transactions or their locations. Researchers estimate crypto activity using data sources including web traffic and wallet addresses identified by countries including the U.S. and Israel as linked to sanctioned entities.

Gaining a complete picture of Iran's crypto usage is near-impossible, the researchers said. Indeed, estimates of the split between state-linked and retail volumes vary significantly.

Chainalysis estimates that 50% of Iran's volumes last year were linked to the Islamic Revolutionary Guard Corps (IRGC), a powerful political, military and economic force with close ties to Supreme Leader Ayatollah Ali Khamenei.

Feedback




Representation of cryptocurrencies are seen in this illustration taken September 10, 2025. REUTERS/Dado Ruvic/Illustration Purchase Licensing Rights

By contrast, TRM Labs estimates that 95% of Iran-linked flows come from retail investors. Still, the company says it has identified more than 5,000 addresses it labels as IRGC-linked and estimates the Guards have moved $3 billion worth of crypto since 2023.

British blockchain research company Elliptic said last month that the Central Bank of Iran, which like the IRGC is subject to international economic sanctions, had acquired at least $507 million worth of the stablecoin USDT in 2025, in what Elliptic called a "sophisticated strategy to bypass the global banking system."

Feedback

Iran's U.N. mission didn't respond to questions on the IRGC's or the central bank's alleged use of crypto. Reuters couldn't independently verify the findings of Elliptic and other blockchain researchers.

Tether, which issues USDT, said it maintained a "zero-tolerance policy toward the criminal use of our tokens", and that it worked closely with law enforcement agencies to identify and freeze assets linked to illegal activity.

Andrew Fierman, Chainalysis' head of national security intelligence, said that when a crypto wallet is publicly identified or sanctioned, owners can easily create new ones to use instead, complicating the task of U.S. authorities.

RUSI's Keatinge said the scale of the challenge facing U.S. authorities was enormous.

"It requires significant resources to do the kind of blockchain tracing and so on, to issue the sanctions," he added. "It's the ultimate high-speed whack-a-mole game."

### 15 MILLION CRYPTO USERS IN IRAN

Ordinary Iranians, meanwhile, may be buying crypto because of the rapid rial devaluation, the researchers told Reuters. Crypto activity rose sharply during bouts of social and geopolitical instability last year including during the recent protests, until the government blocked the internet on January 8, the analysts added, citing activity on Iranian exchanges.

Nobitex, the largest of Iran's crypto exchanges, told Reuters that about 15 million people in Iran had some exposure or used crypto assets, based on industry estimates. It said it had 11 million customers, with the majority of activity from retail and smaller investors.

"For many users, crypto primarily functions as a store of value in response to the continued depreciation of the local currency," Nobitex said in an email.

Iranians can move money off local exchanges to wallets and platforms located elsewhere, blockchain researchers and finance experts say.

Singapore-based blockchain researchers Nansen said some Iranians had pulled funds from Nobitex in 2025, with balances of major cryptocurrencies having declined sharply from a mid-year peak. Nobitex was hit by an anti-Iranian hacking group in June last year.

Nansen said it had identified hundreds of thousands of dollars worth of crypto which were transferred from Nobitex to international cryptocurrency exchanges.

"These funds did not simply leave crypto. Instead, they increasingly moved to international exchanges," said analyst Nicolai Sondergaard. "Overall, the data suggests crypto in Iran acted as a slow, structural exit route throughout 2025."

Nobitex said some customers may use crypto to transfer funds internationally, but it did not track the destination or purpose of such transactions. The exchange said it safeguards user assets by robust monitoring of activity, including checks to identify potentially suspicious transactions. It said it was understandable that some users may have had concerns regarding asset safety following the June hack.

"In many cases, users transfer assets to self-custodied wallets (not other international exchanges) as a precautionary measure, allowing them time to assess the situation and determine whether to redeposit funds at a later time," Nobitex added.

Reporting by Elizabeth Howcroft and Tommy Reggiori Wilkes; Additional reporting by Tom Wilson and Parisa Hafezi; Editing by Pravin Char

Our Standards: The Thomson Reuters Trust Principles.

Suggested Topics:

Finance

Purchase Licensing Rights

Feedback



**Elizabeth Howcroft**
Thomson Reuters

Elizabeth Howcroft reports on finance and technology, including Europe's "fintech" industry and cryptocurrencies. She was part of the team which won a Loeb award and SABEW award for covering the collapse of crypto exchange FTX in 2022.

**Tommy Reggiori Wilkes**
Thomson Reuters

Tommy is Europe Finance Editor, helping lead Reuters coverage of banking, asset management, real estate and crypto across the region. Previously he covered climate finance, was India Correspondent in New Delhi and reported on the European hedge fund industry.

## Read Next

Sustainability
**Bank of America settles Epstein accusers' lawsuit**

12 hours ago

Finance

**Exclusive: US SEC's top cop resigns after just six months on the job**

March 16, 2026

Finance

**Unicredit should clarify intentions for Commerzbank, German state premier says**

1 hour ago

Legal

**U.S. Democratic lawmakers introduce bill to crack down on prediction markets**

2 hours ago

## Sponsored Content

Dianomi Advertise Here



**Schwab's Take on Market Volatility**

Sponsored by Charles Schwab



**Earnings Season: What to Watch**

Sponsored by Charles Schwab



**How to Freeze Your Credit—and Why It Matters**

Sponsored by Charles Schwab

Feedback

**Sponsored Content**

Dianomi Advertise Here

**Earnings Season: What to Watch**
Sponsored by Charles Schwab



**Schwab's Take on Market Volatility**
Sponsored by Charles Schwab



**Schwab's Market Update**
Sponsored by Charles Schwab



**Success stories from people behind the portfolio**
Sponsored by Capital Group



**7 Wealth Tips Once Your Portfolio Reaches $1 Million [Free Guide]**
Sponsored by Fisher Investments



**9 Things To Do If Your Full-Time Job Isn't Enough To Pay Off Debt**
Sponsored by FinanceBuzz




**Business >**

Feedback

## Nvidia sales opportunity for Blackwell, Rubin chips more than $1 trillion by 2027

Business · March 17, 2026 · 12:15 PM PDT · 24 mins ago

Nvidia CEO Jensen Huang said on Tuesday at a press conference that the revenue opportunity for the company's Blackwell and Rubin artificial intelligence chips is "likely to be larger than $1 trillion" by the end of 2027. The estimate does not include the company's networking chips and the new processors made with technology from the Groq licensing deal it signed in December.

Unilever considers separation of its food assets, Bloomberg News reports

39 mins ago

Jio may file IPO prospectus as early as March, Bloomberg News reports

44 mins ago

Business

Exclusive: Amazon CEO sees AI doubling prior AWS sales projections to $600 billion by 2036

51 mins ago

World

Elon Musk, US SEC in talks to settle lawsuit over Twitter disclosures

58 mins ago


## Sponsored Content

Dianomi Advertise Here



Charles Schwab

Washington: What to Watch Now



Capital Group

Success stories from people behind the portfolio




FinanceBuzz

9 Things To Do If Your Full-Time Job Isn't Enough To Pay Off Debt

Charles Schwab

Life Insurance: Do You Need It?



The Motley Fool

CEO's Bold Claim: This Tech Could Be Worth Trillions



Guardian Life

Working moms take care of a lot. Here are 3 tips to care for yourself.



Charles Schwab

3 Ways to Pass Down a Home



Homes.com

For your eyes only: 'Spy House' in Washington, DC, hits market for...



Profitable News

$6 AI firm holds 98 patents on cutting-edge tech top companies to use



Feedback

Latest

**Home**

**Authors**

**Topic Sitemap**

**Archive**

**Article Sitemap**

Media

**Videos**

**Pictures**

**Graphics**

**Podcasts**

Browse

**World**

**Business**

**Markets**

**Sustainability**

**Legal**

**Breakingviews**

**Technology**

**Investigations**

**Sports**

**Science**

**Lifestyle**

About Reuters

**About Reuters**

**Media Center**

**Advertise with Us**

**Careers**

**Reuters News Agency**

**Brand Attribution Guidelines**

**Reuters and AI**

**Reuters Leadership**

**Reuters Fact Check**

**Reuters Diversity Report**

**Commercial Disclosure (Japan)**

Stay Informed

**Download the App (iOS)**

**Download the App (Android)**

**Newsletters**

**Subscribe**

Feedback

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us