IH-32

UA

26 CV 02327 Rev. 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

---

#### Full Caption of Later Filed Case:

Frederick C. Benson, et al.

| Plaintiff | Case Number |
|---|---|
| vs. | 26-cv- 2327 |
| Islamic Republic of Iran, et al. | |
| Defendant | |

#### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

ABC

| Plaintiff | Case Number |
|---|---|
| vs. | 26-mc-119 |
| DEF | |
| Defendant | |

Page 1

IH-32                                                                                      Rev: 2014-1

Status of Earlier Filed Case:

☐    Closed          (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.)

☑    Open            (If so, set forth procedural status and summarize any court rulings.)

In 26-mc-119, Judge Preska (sitting in Part 1) has granted leave to file the the later-filed case under seal.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The earlier-filed case sought sealing of a proposed civil case fully under seal due to the extreme risk that publicizing the later-filed case, which seeks emergency ex parte attachment of cryptocurrency assets would result in dissipation of those assets. The cases involve the same parties, events, and facts. Further, in the later-filed case, Plaintiffs will imminently seek an ex parte order of attachment and related relief, for substantially the same reasons presented in the earlier filed case. Assigning the two cases to the same judge, who has already reviewed the similar application in the first case, may aid judicial efficiency, and minimize the risk of conflicting orders.

Signature:  _____          Date: 03/20/2026

Willkie Farr & Gallagher LLP

Firm:  _____

Page 2