UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| FREDERICK C. BENSON, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ISLAMIC REPUBLIC OF IRAN et al.,<br><br>　　　　　Defendants,<br>　　v.<br><br>TETHER INTERNATIONAL, S.A. de C.V.,<br><br><br>　　　　　Garnishees. | No. 26-cv-2327 (LAP)<br><br><br>**ORDER AUTHORIZING SERVICE OF<br>THE ORDER OF ATTACHMENT**<br><br><br>**UNDER SEAL** |

LORETTA A. PRESKA, Senior United States District Judge:

Plaintiffs move for an order authorizing and directing the Marshal for the Southern District of New York (the "Marshal") to effectuate service of the Order of Attachment on Garnishee Tether International, S.A. de C.V. ("Tether"), pursuant to Federal Rules of Civil Procedure 64 and 69, and CPLR 6214(a) and CPLR 311(b).

Upon consideration of Plaintiffs' motion and supporting documents, it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED as follows:

With respect to the Order of Attachment and any future orders or amended orders of attachment or other similar process, including writs of execution, the Marshal is respectfully authorized and directed to levy by service on Tether by:

(1) emailing a copy to any of Barry H. Berke (at BBerke@gibsondunn.com), Dani R. James (at DJames@gibsondunn.com), or Daniel M. Ketani (at DKetani@gibsondunn.com) or, if that method is not acceptable to the Marshal's office, by

(2) delivery to the Manhattan offices of Gibson Dunn & Crutcher LLP, 200 Park Avenue, New York, New York.

Either of the foregoing methods shall be deemed to constitute service "in the same manner as a summons" under CPLR 6214(a). The Clerk of Court shall restrict the viewing of this order to SEALED.

Dated:   April 24, 2026                                    SO ORDERED.

_____
Hon. Loretta A. Preska
United States District Judge

2