# Exhibit 1

| Name of Case and Underlying Judgments | Registered SDNY Judgments | Plaintiffs | Compensatory Damages Awarded |
|---|---|---|---|
| *Martino v. Islamic Republic of Iran*, No. 1:21-cv-01808-RDM (D.D.C. July 7, 2021)<br>---<br>Order & Judgement, Dkt. No. 72 (D.D.C. Feb. 25, 2025) | *Blodgett et al v. Iran*, No. 26-mc-00152 (S.D.N.Y. Apr. 16, 2026) | Rita Blodgett | $555,179,304 |
| | | Christina Linden | |
| | | Jason Rockholt | |
| | | Adam Kisielewski | |
| | | Rita Zoucha | |
| | | Brandon Clevenger | |
| | | Roger Kurtz | |
| | | Stephanie Kurtz | |
| | | Norma Estes | |
| | | Patricia Grassbaugh | |
| | | Michael Summers | |
| | | Nanette West | |
| | | Clark West | |
| | | Patty Jett | |
| | | Shelia Towns | |
| | | Sarah Lambert | |
| | | Martha Cabe | |
| | | Duane Pionk | |
| | | Jonathan Krause | |
| | | Gerald Krause | |
| | | Lisa Kaufman | |
| | | Alexandria Parks | |
| | | Felicia Bell Carter | |
| | | Michael Bell | |
| | | Milissa Wojtowicz | |
| | | Virginia Maitland | |
| | | Ashley LeGrand Rawlings | |
| | | Kelsie Mae Legrand | |
| | | Kelly Inman | |
| | | Natalie Jackson | |
| | | Andrew Marshall | |
| | | Sheila Marshall | |
| | | Brandi Yanez | |
| | | Tara Roberts | |
| | | Jacob Kosky | |
| | | Nancy Poulin | |
| | | Noe Orosco, Sr. | |
| | | Josef Pautsch | |
| | | Becky Johnson | |
| | | Marla Van Cannon | |
| | | Michael Van Cannon | |
| | | Richard Gervasi II | |
| | | Cheryl Felder Stuart | |
| | | Manaser Orton | |

| | | Alan Bean, Sr. | |
|---|---|---|---|
| *Martino v. Islamic Republic of Iran* , No. 1:21-cv-01808-RDM (D.D.C. July 7, 2021)<br>---<br>Order & Judgement, Dkt. No. 92 (D.D.C. May 7, 2025) | *Lambert et al v. Iran* , No. 26-mc-00154 (S.D.N.Y. Apr. 17, 2026) | Nancy Kathleen Godwin | $1,105,701,013.00 |
| | | Estate of William Goode Godwin | |
| | | Anna Godwin | |
| | | Aaron William Godwin | |
| | | Rhonda Gail McCormick | |
| | | Larry McCormick | |
| | | Blake McCormick | |
| | | Debbee Way | |
| | | Richard Louis Gienau | |
| | | Maria Odilia Romero | |
| | | Juan Diego Romero | |
| | | Yajaira Romero | |
| | | Bernardo Romero | |
| | | Thomas Benjamin McElveen | |
| | | Maureen Walsh | |
| | | Patrick Thomas Walsh | |
| | | Joseph Michael Walsh | |
| | | Meghan Cathleen Turner | |
| | | Erin Marie Watson | |
| | | Jesus Vega | |
| | | Andrew Bisson | |
| | | Lauralee Bisson | |
| | | Richard Bisson | |
| | | Christopher Bisson | |
| | | Richard Witteveen | |
| | | Trent William Witteveen | |
| | | Heather Kaufman | |
| | | Robin Wallace | |
| | | Rickey Wallace | |
| | | Sarah Wallace | |
| | | Rachel Dawn Tucker | |
| | | Estefani Valdez | |
| | | Joan Marie Bekowsky | |
| | | Brian Glen Bekowsky | |
| | | Haley Shane White | |
| | | Zellene Allred | |
| | | Brett Allred | |
| | | Adam Raleigh Allred | |
| | | Vickey McCleary Chalumeau | |
| | | Erik Jon Gardner | |
| | | Marjorie Paul | |
| | | Andrew Soltau | |
| | | Desiree Soltau | |
| | | James Perry III | |

| |
|---|
| Scott Perry |
| Lakiesha Perry-Smith |
| Rachele Palmer |
| Brad Palmer |
| Dustin Palmer |
| Estate of Conner Walker |
| James Walker |
| Kasey Walker |
| Kelly Walker Murray |
| Iesha Ayro |
| Christina Baker |
| Eric Bell |
| Debora Bell |
| Carl Bradford |
| Timothy Caffey |
| Nicholas Caffey |
| Chassadie Tunstall |
| Nancy Jo Clevenger |
| Joel Sexton-Craig |
| Phyllis Craig |
| Rachael Putman |
| Menesia Spade |
| Kelli Winkler |
| Diane Salyers |
| Rao Felder |
| Stephanie Forrest |
| Bradan Forrest |
| J.F. |
| Rachel Hall |
| Addison Hall |
| James Harlan |
| Jacob Roberts |
| April McCorkle |
| Ronda Sexton |
| Glenna LeGrand |
| Moira LeGrand |
| Laura McBride |
| Marshall McBride |
| Chassity McCandless |
| Ronald Sumner |
| Jacquelyne Pappin |
| Margarita Orton |
| David Orton |
| Sandra Pionk |
| Melanie Pionk |

3

| | | | |
|---|---|---|---|
| | | Joshua Pionk | |
| | | Brandon Pionk | |
| | | Dillon Pionk | |
| | | Ashley Pionk | |
| | | Gale Light | |
| | | Estate of Lynn Poulin, Jr. | |
| | | Michael Poulin | |
| | | Estate of Sherry Kay Rockholt | |
| | | Kelli Anderson | |
| | | Kara Belmarez | |
| | | Carter West | |
| | | Kristen Simon | |
| | | Sherri Laska | |
| *Martino v. Islamic Republic of Iran*, No. 1:21-cv-01808-RDM (D.D.C. July 7, 2021)<br>Order & Judgement, Dkt. No. 105 (D.D.C. Oct. 14, 2025)<br>Order & Judgment, Dkt. No. 140 (D.D.C. Mar. 5, 2026) | *Eutin et al v. Iran*, No. 26-mc-00153 (S.D.N.Y. Apr. 17, 2026) | Dale Johnston | $420,689,939.00 |
| | | Bruce Duane Squires | |
| | | Gail Marie Williams | |
| | | Allison Gail Murphy | |
| | | Patricia Ann Jameson | |
| | | Estate of Robert Jameson | |
| | | Sara Lynn Duvall | |
| | | Larry Duvall | |
| | | Matthew Stephen Reed | |
| | | Jill Leigh Parmeter | |
| | | Larry Large | |
| | | Carey Meissner | |
| | | Mark McVickers | |
| | | Irma McVicker | |
| | | Mollie Handy | |
| | | Edward Ricci | |
| | | Robert Roddy Jr. | |
| | | Ruth Ann Holler | |
| | | John Holler | |
| | | Joseph Aaron Holler | |
| | | Melissa Warner | |
| | | Scott Nicholas Warner | |
| | | Ashton Warner | |
| | | Violet Sue Loney | |
| | | Jim Anthony Kaylor | |
| | | Victoria Strong | |
| | | Estate of Nathan Strong | |
| | | Malisa Linn | |
| | | Estate of Richard Jeffrey Linn | |
| | | Doris Pangelinan Kent | |
| | | Christopher Kent | |
| | | Jared John Santos | |

4

| | | | |
|---|---|---|---|
| | | April Hess | |
| | | Katherine Meeks | |
| | | Bradley Kryst | |
| *Cabrera v. Islamic Republic of Iran*, No. 1:19-cv-03835-JDB (D.D.C. Feb. 1, 2023)<br><br>---<br>Order, Dkt. No. 77 (D.D.C. July 19, 2022)<br>Judgment, Dkt. No. 83 (D.D.C. Aug. 3, 2022)<br>Judgment, Dkt. No. 84 (D.D.C. Aug. 3, 2022)<br>Judgment, Dkt. No. 85 (D.D.C. Aug. 3, 2022)<br>Judgment, Dkt. No. 86 (D.D.C. Aug. 3, 2022)<br>Judgment, Dkt. No. 87 (D.D.C. Aug. 3, 2022)<br>Judgment, Dkt. No. 88 (D.D.C. Aug. 3, 2022)<br>Judgment, Dkt. No. 89 (D.D.C. Aug. 3, 2022)<br>Judgment, Dkt. No. 90 (D.D.C. Aug. 3, 2022)<br>Judgment, Dkt. No. 91 (D.D.C. Aug. 3, 2022)<br>Judgment, Dkt. No. 92 (D.D.C. Aug. 3, 2022)<br>Judgment, Dkt. No. 93 (D.D.C. Aug. 3, 2022)<br>Judgment, Dkt. No. 94 (D.D.C. Aug. 3, 2022)<br>Judgment, Dkt. No. 95 (D.D.C. Aug. 3, 2022)<br>Judgment, Dkt. No. 96 (D.D.C. Aug. 3, 2022)<br>Judgment, Dkt. No. 97 (D.D.C. Aug. 3, 2022)<br>Judgment, Dkt. No. 98 (D.D.C. Aug. 3, 2022)<br>Judgment, Dkt. No. 99 (D.D.C. Aug. 3, 2022)<br>Judgment, Dkt. No. 100 (D.D.C. Aug. 3, 2022)<br>Judgment, Dkt. No. 101 (D.D.C. Aug. 3, 2022)<br>Judgment, Dkt. No. 102 (D.D.C. Aug. 3, 2022)<br>Judgment, Dkt. No. 103 (D.D.C. Aug. 3, 2022)<br>Judgment, Dkt. No. 104 (D.D.C. Aug. 3, 2022)<br>Judgment, Dkt. No. 105 (D.D.C. Aug. 3, 2022)<br>Order, Dkt. No. 127 (D.D.C. Dec. 13, 2022)<br>Order, Dkt. No. 138 (D.D.C. May 16, 2023)<br>Judgment, Dkt. 139 (D.D.C. May 2, 2023).<br>Judgment, Dkt. 140 (D.D.C. May 2, 2023)<br>Judgment, Dkt. 141 (D.D.C. May 2, 2023)<br>Judgment, Dkt. 142 (D.D.C. May 2, 2023)<br>Judgment, Dkt. 143 (D.D.C. May 2, 2023)<br>Judgment, Dkt. No. 144 (D.D.C. June 5, 2023)<br>Judgment, Dkt. No. 145 (D.D.C. June 5, 2023)<br>Judgment, Dkt. No. 146 (D.D.C. June 5, 2023)<br>Judgment, Dkt. No. 147 (D.D.C. June 5, 2023)<br>Judgment, Dkt. No. 148 (D.D.C. June 5, 2023)<br>Judgment, Dkt. No. 149 (D.D.C. June 5, 2023)<br>Judgment, Dkt. No. 150 (D.D.C. June 5, 2023)<br>Judgment, Dkt. No. 151 (D.D.C. June 5, 2023)<br>Judgment, Dkt. No. 152 (D.D.C. June 5, 2023)<br>Judgment, Dkt. No. 153 (D.D.C. June 5, 2023) | *Cabrera v. Islamic Republic of Iran*, No. 26-mc-00160 (S.D.N.Y. Apr. 20, 2026) | Jared Lemon<br>Kaelin E'mi Lemon<br>Frank Lemon<br>Jackie Lemon<br>Benjamin Lemon<br>Matthew Lemon<br>Nathan Lemon<br>August Wildman<br>Corbin Cabrera<br>Gillian Cabrera<br>Maxwell Gavan Cabrera<br>Roanin Xander Cabrera<br>Robert Cabrera<br>Daniel Cabrera<br>Suzanne Martinez<br>JD Prosser<br>Gloria Trelfa<br>Ryan Timoney<br>Diane Timoney<br>Gregory Timoney<br>Kevin King<br>Stephanie Miller<br>Jonathan Richard Colton Benton<br>Elizabeth Lindsey Benton<br>S.J.B.<br>G.S.B.<br>H.S.B.<br>Carlene Renee Cross<br>Michael Dean Bogar<br>Micael D. Gauger<br>Carise Renee Martindale<br>Mary Josephine Brostrom<br>David Brostrom<br>Jase David Brostrom<br>Blake D. Brostrom<br>Jeff Caron<br>Karen Lynn Dove<br>Cassandra Malene Caron<br>Lesly Yohana Garcia<br>Maricruz Garcia Velasquez<br>Victor Garcia<br>Ramsses Garcia | $7,891,987,512.79 |

5

| | |
|---|---|
| Judgment, Dkt. No. 153 (D.D.C. June 5, 2023) | Jenna Renae Vanosdale |
| Judgment, Dkt. No. 154 (D.D.C. June 5, 2023) | Eric M. Hunter |
| Judgment, Dkt. No. 155 (D.D.C. June 5, 2023) | Kenna Danielle Hunter |
| Judgment, Dkt. No. 156 (D.D.C. June 5, 2023) | Kensley Jade Hunter |
| Judgment, Dkt. No. 157 (D.D.C. June 5, 2023) | Jayce Wesley Hunter |
| Judgment, Dkt. No. 158 (D.D.C. June 5, 2023) | Betty Darlene Black |
| Judgment, Dkt. No. 159 (D.D.C. June 5, 2023) | Joey J. Hunter Sr. |
| Judgment, Dkt. No. 160 (D.D.C. June 5, 2023) | Joey J. Hunter II |
| Judgment, Dkt. No. 161 (D.D.C. June 5, 2023) | Nicholas Walter Robinson IV |
| Judgment, Dkt. No. 162 (D.D.C. June 5, 2023) | Renda Lynn Rainey Riggins |
| Judgment, Dkt. No. 163 (D.D.C. June 5, 2023) | Christopher Baldridge |
| Judgment, Dkt. No. 164 (D.D.C. June 5, 2023) | Jessie Baldridge |
| Judgment, Dkt. No. 165 (D.D.C. June 5, 2023) | E.B. |
| Judgment, Dkt. No. 166 (D.D.C. June 5, 2023) | L.B. |
| Judgment, Dkt. No. 167 (D.D.C. June 5, 2023) | S.B. |
| Judgment, Dkt. No. 168 (D.D.C. June 5, 2023) | Jasmin Bays |
| Judgment, Dkt. No. 169 (D.D.C. June 5, 2023) | April Angel Bays |
| Judgment, Dkt. No. 170 (D.D.C. June 5, 2023) | Timothy Lee Bays |
| Judgment, Dkt. No. 171 (D.D.C. June 5, 2023) | Brenda Lee Bays |
| Judgment, Dkt. No. 172 (D.D.C. June 5, 2023) | Lindsay Redoutey |
| Judgment, Dkt. No. 173 (D.D.C. June 5, 2023) | Robert Charles Darrough |
| Judgment, Dkt. No. 174 (D.D.C. June 5, 2023) | Judith Sarah Darrough |
| Judgment, Dkt. No. 175 (D.D.C. June 5, 2023) | Joelle Rene Ellis |
| Judgment, Dkt. No. 176 (D.D.C. June 5, 2023) | John Fitzgerald Ellis |
| Judgment, Dkt. No. 177 (D.D.C. June 5, 2023) | James Earl Ellis |
| Judgment, Dkt. No. 178 (D.D.C. June 5, 2023) | Amanda Jolynn Campbell |
| Judgment, Dkt. No. 179 (D.D.C. June 5, 2023) | Estate of Donald Edward Newman Sr. |
| Judgment, Dkt. No. 180 (D.D.C. June 5, 2023) | Michelle Marie Zimmerman |
| Judgment, Dkt. No. 181 (D.D.C. June 5, 2023) | Chris Lee Zimmerman |
| Judgment, Dkt. No. 182 (D.D.C. June 5, 2023) | Baily Nichelle Zimmerman-Poor |
| Judgment, Dkt. No. 183 (D.D.C. June 5, 2023) | Beverly Ann Mills |
| Judgment, Dkt. No. 184 (D.D.C. June 5, 2023) | Frederick C. Benson |
| Judgment, Dkt. No. 185 (D.D.C. June 5, 2023) | Cynthia Carol Campbell |
| Judgment, Dkt. No. 186 (D.D.C. June 5, 2023) | Mary Roana Hammerbacher-Nichols |
| Judgment, Dkt. No. 187 (D.D.C. June 5, 2023) | Cynthia Marie Nichols |
| Judgment, Dkt. No. 188 (D.D.C. June 5, 2023) | Douglas Nichols |
| Judgment, Dkt. No. 189 (D.D.C. June 5, 2023) | Nicole Ann Robles |
| Judgment, Dkt. No. 190 (D.D.C. June 5, 2023) | Monte Douglas Nichols |
| Judgment, Dkt. No. 191 (D.D.C. June 5, 2023) | Brandon Lee Nichols |
| Judgment, Dkt. No. 192 (D.D.C. June 5, 2023) | Ida Belle Pittman |
| Judgment, Dkt. No. 193 (D.D.C. June 5, 2023) | John Terry Pittman Sr. |
| Judgment, Dkt. No. 194 (D.D.C. June 5, 2023) | Daniel Mark Robinson |
| Judgment, Dkt. No. 195 (D.D.C. June 5, 2023) | Donna Mae Roush |
| Judgment, Dkt. No. 196 (D.D.C. June 5, 2023) | Robert Graham Roush Jr. |
| Judgment, Dkt. No. 197 (D.D.C. June 5, 2023) | Robert Graham Roush III |
| Judgment, Dkt. No. 198 (D.D.C. June 5, 2023) | |
| Judgment, Dkt. No. 199 (D.D.C. June 5, 2023) | |
| Judgment, Dkt. No. 200 (D.D.C. June 5, 2023) | |

6

Judgment, Dkt. No. 201 (D.D.C. June 5, 2023)
Judgment, Dkt. No. 203 (D.D.C. June 5, 2023)
Judgment, Dkt. No. 204 (D.D.C. June 5, 2023)
Judgment, Dkt. No. 205 (D.D.C. June 5, 2023)
Judgment, Dkt. No. 206 (D.D.C. June 5, 2023)
Judgment, Dkt. No. 207 (D.D.C. June 5, 2023)
Judgment, Dkt. No. 208 (D.D.C. June 5, 2023)
Judgment, Dkt. No. 209 (D.D.C. June 6, 2023)
Judgment, Dkt. No. 210 (D.D.C. June 6, 2023)
Judgment, Dkt. No. 211 (D.D.C. June 6, 2023)
Judgment, Dkt. No. 212 (D.D.C. June 6, 2023)
Judgment, Dkt. No. 213 (D.D.C. June 6, 2023)
Judgment, Dkt. No. 214 (D.D.C. June 6, 2023)
Judgment, Dkt. No. 215 (D.D.C. June 6, 2023)
Judgment, Dkt. No. 216 (D.D.C. June 6, 2023)
Judgment, Dkt. No. 217 (D.D.C. June 6, 2023)
Judgment, Dkt. No. 218 (D.D.C. June 6, 2023)
Judgment, Dkt. No. 219 (D.D.C. June 6, 2023)
Judgment, Dkt. No. 220 (D.D.C. June 6, 2023)
Judgment, Dkt. No. 221 (D.D.C. June 6, 2023)
Judgment, Dkt. No. 222 (D.D.C. June 6, 2023)
Judgment, Dkt. No. 223 (D.D.C. June 6, 2023)
Judgment, Dkt. No. 224 (D.D.C. June 6, 2023)
Judgment, Dkt. No. 225 (D.D.C. June 6, 2023)
Judgment, Dkt. No. 226 (D.D.C. June 6, 2023)
Judgment, Dkt. No. 227 (D.D.C. June 6, 2023)
Judgment, Dkt. No. 228 (D.D.C. June 6, 2023)
Judgment, Dkt. No. 229 (D.D.C. June 6, 2023)
Order & Judgment, Dkt. No. 225 (D.D.C. Feb. 29, 2024)
Order & Judgment, Dkt. No. 264  (D.D.C. May 31, 2024)
Order & Judgment, Dkt. No. 273  (D.D.C. June 28, 2024)
Minute Order, (D.D.C. Sept. 11, 2024)
Order & Judgment, Dkt. No. 285 (D.D.C. Sept. 30, 2024)
Order & Judgment, Dkt. No. 286 (D.D.C. Oct. 1, 2024)
Order & Judgment, Dkt. No. 302 (D.D.C. May 12, 2025)
Order & Judgment, Dkt. No. 304  (D.D.C. May 16, 2025)
Order & Judgment, Dkt. No. 314 (Jul. 15, 2025)
Order & Judgment, Dkt. 315 (Jul. 15, 2025)
Order & Jugment, Dkt. 325 (Apr. 6, 2026).

| |
|---|
| Annette Janine Spehar |
| Patrick R. Spehar |
| Marie Sentina Spehar |
| Lisa Martinusen |
| Luke Herbert Spehar |
| Jacob Louis Spehar |
| Charles Wesley Strange |
| Katelyn Marie Strange |
| Charles Wesley Strange III |
| Carly Elizabeth Strange |
| Catherine Kimberly Vaughn Kryzda |
| C.C.V. |
| R.C.V. |
| Hortense Kainoa Wainani Vickers |
| Kawailanamalie Mary Grace Vickers |
| Kaiakaku'uikala'iokealoha Noah Vickers |
| Mary Jane Vickers |
| Estate of Robert Martin Kahokulani Vickers Sr. |
| Michelle Joy Kapunaheleokalani Yarborough |
| Robert Martin Kahokulani Vickers Jr. |
| Mark Matthew Kaleinani Vickers |
| Estate of Kurt E. Zwilling |
| Alexander Edward Zwilling |
| Harvey Lane Walls |
| Mary Romano |
| Brent C. Robinson |
| Jeanine Hilton |
| Christopher Alexander Palmateer |
| Marjorie Elizabeth Vail |
| Crystal Dawn DeLeo |
| Jessie Hernandez |
| Cathy Ann Parsons |
| Garland Richard Parsons |
| Donna Jean Rimer |
| James Howard Rimer |
| Shannon Danielle Fenton |
| Alejandro Olan Granado IV |
| Hasson Ponce Granado |
| Amanda Christine Granado |
| Larissa Ann Barnhart |
| Brittany Evans |
| Crystal Nicole Evans |

7

| |
|---|
| Jonathan Dewayne Rogers |
| Jerry Randall Evans Sr. |
| Amy Lynette Allen |
| Daniel Bruce Allen |
| Rana Goodrich Allen |
| Kim B. Cox |
| Sharon J. Cox |
| Shannon Butler |
| Jamie Smith |
| DeAnndrea Luney |
| Deiontay Laundreek Welch |
| Craig Anthony Smith |
| Thelma Latrice Smith |
| Steven Flowers Jr. |
| Annette Parrish |
| Jalane Adams |
| Peter Adams |
| Amanda Boone |
| Antoinette Mary Francis Coffland |
| David Lee Coffland Sr. |
| Laurie Ann Bartlett |
| Karen Ann Bresnahan |
| Amber Jean Rogers |
| G.J.C. |
| Taylor McKenzie Christian |
| Donna Ball |
| Michael Christian |
| James Franklin Ball |
| Michael Aaron Christian |
| Rose Ann Crossman |
| Andrew Forester Slack |
| Jesse Robert Slack |
| Jonathan Hunter Slack |
| Lauren Rachel Slack |
| Jessica Jean Cook |
| Aleksandr Cade Kisseloff |
| Michael Ramos Kisseloff |
| Milagros D. Kisseloff |
| Leslie Rodriguez |
| Raven George |
| Martin E. Madden |
| Pamela J. Madden |
| Lindsey R. Madden |
| Martin P. Madden |
| Diedre Marie Spencer |

8

| |
|---|
| Heather L. Reed |
| David Reed |
| Tracy Bennedsen |
| Scott Bennedsen |
| Jamie Johanna Coates |
| Veronica Marie Adkinson |
| Alma Murphy |
| Paul Murphy |
| Tennyson Charles Harris |
| Sorainya Harris |
| Felicia Ann Harris |
| Tiffany Dotson |
| David L. Parker |
| Ashley Michelle Harris |
| Michael Rufus II |
| Stephanie Rufus |
| Alyson Overman Rodgers |
| Thomas Pierce Mays |
| Tammy Renee Mays |
| Cody Cheyenne Mays |
| Estate of Gladys Del Valle Montanez |
| Renes Perez |
| Kiara Crystal Perez Del Valle |
| Georganne M. Siercks |
| Gage Siercks |
| G.S. |
| Kimberly Metcalf |
| Clarence Joseph Metcalf |
| Mitchell L. Stambaugh |
| Talisa Shervon Williams |
| Clarence Williams Jr. |
| Abrill Renee Rayford |
| Samantha Shervon Williams |
| Randy Ristau |
| Suzanne Ristau |
| Christopher Powers |
| Halie Biver |
| Songmi Kietzmann |
| Benjamin Gabriel Horsley |
| John Gregory Horsley |
| Kirk Andrew Gollnitz |
| Jan Marie Hurnblad Sparks |
| Erik Lee Sparks |
| Garry Lee Sparks |
| Jane Gieselman Sparks |

9

| |
|---|
| Zachary Douglas Sparks |
| Colleen Whipple |
| Mary Beth Smedinghoff |
| Thomas John Smedinghoff |
| Mark T. Smedinghoff |
| Bruce K. Nichols |
| Jeanne M. Nichols |
| Molly G. Nichols |
| Lorria Welch |
| Barry Welch |
| Zackary Welch |
| Kathryn Mary Pucino |
| Albert W. Pucino Jr. |
| Lisa M. Haglof |
| Melissa A. Pucino |
| Sylvia McGee |
| Thomas McGee |
| Corey McGee |
| Tracy Lee Carrico |
| Timothy Davis |
| Stephanie Frances Bova |
| Billie Shotlow |
| Michael Shotlow |
| Wrenita Randall |
| Ediena McGee |
| Robert A. Bird |
| Charles Edward Blaney |
| Dianne Belk Massey |
| Carley Blaney |
| Jane Berrettini |
| Christopher Berrettini |
| Vincent Berrettini |
| Michael Bowen |
| Lori Deysie |
| Sidnee Deysie |
| Nancy M. Trimble |
| Timothy M. Trimble |
| Holli Jean Jensen |
| Lynne Farmer |
| Joy L. Retmier |
| Steven C. Retmier |
| Mason D. Retmier |
| Matthew S. Retmier |
| Jose Antonio Vazquez Sr. |
| Janice Vazquez |

10

| |
|---|
| Jose Vazquez Jr. |
| Robert Watson Jr. |
| Lisa Murawski-Dupont |
| Mark P. Dupont |
| Estate of Jonathan O'Neill |
| Jacqueline O'Neill |
| Robert O'Neill |
| Brian O'Neill |
| Kaitlyn O'Neill |
| Matthew O'Neill |
| Donna Blair |
| Dallas Bryant |
| Sondra Andrews |
| Gwendolyn French |
| Laquitta French |
| Gina Berisford |
| M.B. |
| Shelley Guthrie |
| David Aaron Crow |
| Evelyn Taylor |
| Jose Aleman |
| Stephanie Spillman |
| Sonja McDaniel |
| Matthew McDaniel |
| Charlette Gilbert |
| Charmaine Renee Gilbert |
| Jordan Gilbert |
| Jasmine Thomas |
| Thomas Priolo |
| Estate of John Wayne Ewy |
| Dennis John Elm |
| Donna Lee Elm |
| Catherine Elm Boatwright |
| Margaret Elm Campbell |
| Matthew Elm |
| Christine Rangel |
| Jeffrey White Sr. |
| Paula White |
| Kyle White |
| Estate of Michael White |
| Jonathan Cleary |
| April Cleary |
| C.F. |
| Kellan Thomas Fogarty |
| Stephanie Fisher |

11

| |
|---|
| Thomas Fogarty |
| Brian Edward Ellis |
| Julie Ann Sandifer |
| Vanessa Marie Anzures |
| Victor Raymond Ellis |
| Brian Lambka |
| Kristie Surprenant |
| Bob Surprenant |
| Jerry Hardison |
| Justina Gail Sanderson |
| Paul Elmer Jayne |
| Sherry A. Skeens |
| Kent Alan Skeens |
| Adam Matthew Jayne |
| Ayzia J. Jayne |
| Garrett A. Skeens |
| Trent Lorne Skeens |
| Z.R.S. |
| Cassie Marie Richardson |
| Brandon Korona |
| William Nevins |
| Angela Kahler |
| Amber Dawn Moreland |
| Hallie May Combs |
| Trenton Dean Combs |
| Megan Stephens |
| Sienna Marie Stephens |
| Helen DePrimo |
| Joseph DePrimo |
| Jodi Calabro |
| Danielle Fediw |
| Almuth Cornelius Green Jr. |
| Estate of Patricia Green |
| Jesse Green |
| Kimberley A. Whipple |
| David Whipple |
| Brian Clyburn |
| Sean Whipple |
| Ann L. Gould |
| Estate of James A. Gould |
| Mary Border |
| Katherine Abreu-Border |
| DeLaynie K. Peek |
| Natalie Schmidt |
| A.L.S. |

12

| |
|---|
| Lee Ann Schmidt |
| Phillip J. Schmidt |
| Brandon Tyler Schmidt |
| William Michael Burley |
| Tammy Olmstead |
| Daniel Olmstead |
| Michael Collins |
| Martha Carolina Smith |
| Thomas Elmer Wickliff |
| Michelle Carolina Rotelli |
| Jeffrey Scott Kuykendall |
| Larry Kuykendall |
| K.L.F. |
| Robert Lentz |
| Ruth M. Harton |
| Donald Day |
| Kathleen Ann Day |
| Michael Soufrine |
| David Lau |
| Hamide Lau |
| K.L. |
| Marigona Keilani Lau |
| Vivian Perry |
| Holly Abraham |
| Leroy Lau Jr. |
| Michelle Lee Rauschenberger |
| Christopher Rosebrock |
| Alex Jason Rozanski |
| Richard Allen Cauley |
| Clifford Taylor |
| Kyle Taylor |
| Mark Baker |
| Rebecca E. Baker |
| Mark David Baker |
| Taylor Genovese |
| Robin Hefner |
| Brandon Dale Hefner |
| Jessica Meagan Hefner |
| Todd Taylor |
| Stephanie Freeman |
| Rosa Irma Halliday |
| Brad Joseph Halliday |
| Jon Centanni |
| David Fingar |
| Rhonda G. Fingar |

13

| |
|---|
| Buford Jeremiah Fingar |
| Donald Joshua Fingar |
| Craig Leicht |
| Shirly A. Leicht |
| Elizabeth C. Leicht |
| Jesse H. Leicht |
| Jonathan Leicht |
| Mary Rose Leicht |
| Sarah Grace Ormand |
| Christen Holley |
| Alyssa Sheridan |
| Andrew Sheridan |
| Charissa DelGiorno |
| Dominic Giacchi |
| Tamara Anne Boyett |
| Terry Lynn Boyett |
| Julia Ott |
| Lacey Jordan |
| T.J.J. |
| Carmen Louise O'Leary |
| Antoinette Drakulich |
| Joseph Drakulich |
| Thomas Drakulich |
| Dana Renee Drakulich |
| Michelle M. Nicholas |
| Chrissy Prado |
| Logan Michael Prado |
| Owen Michael Prado |
| Carly Sue Gonzalez |
| Ally May Prado |
| Kimberly Southworth |
| Robert Southworth |
| Michael Southworth |
| Christina Nikole Guerrero |
| David Shanfield |
| Pamela Shanfield |
| Sydney Shanfield |
| Michaela J. Taylor |
| Sarah Beth Miller Morgan |
| Bart LaRue Howard |
| Constance Louise Howard |
| Alexander James Howard |
| Olivia Marie Howard |
| Duane Schultz |
| Cameron West |

14

| |
|---|
| James Farris Cullins Jr. |
| Barbara Schilling |
| Cooper Cullins |
| Donavan Cullins |
| Christopher Billmyer |
| Cheryl Billmyer |
| James Billmyer |
| Don Hernandez |
| James Reginald Campbell |
| Cynthia Pyeatt |
| Lon Scott Pyeatt |
| Emily Smalley |
| Teddi DeYoung |
| Angela Rita Marie Rogers |
| Katie C. Freeman |
| K.M.F. |
| W.D.F. |
| Brian Freeman |
| Joseph D. Garrison |
| James Boucher Jr. |
| James Boucher Sr. |
| Kimberly Boucher |
| Britany Boucher |
| James L. Daniels |
| Heather Daniels |
| Lucas Daniels |
| Sophie Daniels |
| Cynthia Richmond |
| Robert L. Dunning |
| Estate of Tomoe Dunning |
| Joy Coy |
| Anthony D'Augustine |
| Patricia D'Augustine |
| Nicole D'Augustine |
| Michele Kulesa |
| Bradley Ivanchan |
| Christopher Van Etten |
| Jonathan Ashley III |
| Tammie Ashley |
| Jonathan Ashley IV |
| Jordan Ashley |
| Sarah Peters Duarte |
| Gina Duarte |
| Joseph Duarte |
| Helena Davis |

15

| |
|---|
| C.J.D. |
| Nancy Rougle |
| Ryan Newell |
| Hannah Cox |
| Eva Farr-Wallace |
| Calvin D. Jamison |
| Atarah Wright |
| Dean Coleman |
| Blaine A. Redding |
| Glenda Willard |
| Michelle Hock |
| Ranee Massoni |
| Jordan Plunk |
| Justin T. Plunk |
| Terry Mittler |
| Joyce Turner |
| Misty Barclay |
| Marta Torres |
| Jose Negron |
| Maribel Negron |
| Glenn Chisholm |
| Linda Reynolds |
| Karma Chisholm |
| Bethany Ann Benton |
| Dineen Snyder |
| Edward Snyder |
| Damien Edward Snyder |
| Natasha Snyder |
| Francisco Javier Briseño Gutierrez |
| Luis Briseño Alvarez |
| James Henderson |
| Athena Gordon |
| Patricia Elsner |
| Mark Elsner |
| Kelsey Thomas |
| Jacqueline Allen |
| Mark Anthony Elsner |
| Estate of Michael K. Ingram Sr. |
| Julie Ingram |
| Cheryl Spivey |
| Corbin Wayne Hunt |
| Patricia A. Nicol |
| Roland N. Nicol |
| Alaina Nicol |
| Roland J. Nicol |

16

| |
|---|
| Cheryl M. Culbreth |
| Walter L. Culbreth |
| Lauren Ashley Culbreth |
| Melissa Rodriguez |
| Derek Rodriguez |
| Katelyn Rodriguez |
| Rodolfo Rodriguez Sr. |
| Keyko D. Clark |
| Corteize Clark |
| Precious Clark |
| Kevin Trimble |
| John L. Fant |
| Andrea Kessler |
| Jose Alberto Morgado |
| Anna Banzer |
| Sofia Kessler |
| Eric Morgado |
| Connor Alexian Morgado |
| Adolf Olivas |
| Bethany Rose Evans |
| Samantha McNamara |
| Brenda Daehling |
| Kirk Daehling |
| Adam Daehling |
| Kayla Marie Daehling |
| Joanna Gilbert |
| Jessica Benson |
| Adam Hartswick |
| Sean Hartswick |
| Morgen Hummel |
| Nancy Mullen |
| Miriam A. Mullen |
| William J. Mullen |
| Richard Brunkhorst |
| Arthur Campbell |
| Audrey Campbell |
| Tina Marie Campbell |
| Ramiro Cardoza Sr. |
| Maria Cardoza |
| Ramiro Cardoza, Jr. |
| Patricia Dahl |
| Angel Dahl |
| Craig Lane Gross |
| Natalie Anne Gross |
| Jorge Fidencio Hidalgo |

17

| |
|---|
| Andrea Jean Hidalgo |
| Larry Dean Horns |
| Tamara Elaine Horns |
| Tiffany Louise Horns |
| Cheryl Brown |
| Miranda Shae |
| Janet Landrum |
| G.B.L. |
| B.R.L. |
| Chester Paul Murach |
| William Anthony Murach |
| Hugh Dean Neenan |
| Lesa Coon Neenan |
| Nancy R. Wilson |
| Ashley Gerding |
| Dennis W. Peters |
| Deborah Jean Peters |
| G.R.P. |
| Christine H. Phillips |
| S.N.P. |
| Janie Rabalais Powell Goncalves |
| Joseph William Prescott |
| Aaron William Prescott |
| Jacob Richard Prescott |
| Joshua Michael Prescott |
| Kim Smith |
| Benjiman Smith |
| Sarah Ngiraibiochel |
| Larry Michael Solesbee |
| Trina Solesbee |
| John Anderson Hall |
| Jill Myers |
| Alyssa Marie Lowson |
| Donn Alden Weaver |
| Jeanne Weaver |
| Glenn Allen Weaver |
| Adrianna Gretchen Vargo |
| Kristia Nell Weaver |
| John Melvin West |
| Marcia Mary West |
| Kristine Marie Willis |
| Clint Coleman Wildes |
| Jamie Elizabeth Surles |
| Regina Michele Wright |
| Samuel Boaz Brown |

| |
|---|
| Scott Brown |
| Tanya Brown |
| Molly Brown |
| Andrew Brown |
| Luke Brown |
| Daus Isaiah Hempker |
| Jesse Watson |
| Robert Schulte |
| Susie Schulte |
| Todd Schulte |
| Suzanna Ausborn |
| Mitchell Maloy |
| Summer Maloy |
| Alice Faye Ausborn |
| Susan Brodeur |
| David Lawrence Brodeur Jr. |
| Elizabeth L. Brodeur |
| Joyce A. Brodeur |
| Lawrence A. Brodeur |
| Todd Brodeur |
| Amanda Brodeur Brotherton |
| Ernest Brown II |
| Jim Arthur Jacobs |
| Gladys Vereen |
| Christopher Baptist |
| LaGuanda Jacobs |
| Janice Harriman Bryant |
| S.L.B. |
| Tammie Schoonhoven |
| Anjelika Marie Schoonhoven |
| A.R.S. |
| Deborah Schoonhoven |
| Patricia Goins |
| Paul Edward Goins III |
| Emmitt Dwayne Burns |
| Janice Caruso |
| Dana Rainey |
| Kathleen Lynn Alexander |
| Daniel Owen Hughes |
| Patricia Hughes |
| Kristine Anne Zitny |
| Michelle Riley |
| Rodney Riley |
| Natasha Buchanan |
| L.A.E.L.B. |

19

| |
|---|
| S.L.L.B. |
| Douglas A. Landphair |
| Jean S. Landphair |
| Meredith League |
| Kelli-Jo Dodge |
| B.C.D. |
| Peyton Amani Dodge |
| Kathleen McEvoy |
| Michelle Rose McEvoy |
| Patrick Charles McEvoy |
| Janice H. Proctor |
| Luann Varney |
| Erin Madden |
| Summer Sutton |
| Harriet Sutton |
| Trecia Brock Hood |
| Wendy Shedd |
| Freddie Sutton |
| Kimberly Blamires |
| Danika Leah Blamires |
| Kalli Blamires |
| Sandra Blamires |
| Beau Blamires |
| Eric Blamires |
| Ethan Blamires |
| Neil Blamires |
| Julie McGraw |
| Sarah Moschler Walton |
| Reuben Eric Sharp |
| Angela Preston |
| Gus Preston |
| Russell Glenn Yanney |
| R.A.R. |
| Christal A. Thomas-Kariker |
| Edward Kariker |
| Leon Williamson III |
| Sybil B. Williamson |
| Peggy Pagan |
| Estate of Robert Pagan Sr. |
| Robert Pagan Jr. |
| Lowell Hanson Jr. |
| Cynthia Hanson |
| Megan Kathleen Dohn |
| Judith Rowe Gentz |
| Anthony Curtis White |

20

| |
|---|
| Anthony Evan White |
| Laura White |
| Zachary Luke White |
| Beverly Wisniewski |
| Chester Wisniewski Jr. |
| Craig Stanley Wisniewski |
| Matthew Walter Wisniewski |
| Raul Olivares Jr. |
| Lesley Olivares |
| Dalylah Rubey Olivares Castillo |
| Julie Magana |
| Billy Michael Stout |
| Melissa Keener |
| Norman Karch |
| Jordan Gage Allison |
| Sherry Loan |
| Linda Phaneuf |
| Miracle Burton |
| Damen Snow |
| Richard Dennis |
| Maria Mix |
| Amanda Dennis-Silva |
| Angelica Mix |
| Virginia Newsom |
| Kyle Balduf |
| Gloria Hensley |
| A.L.H. |
| Ella Michelle Hensley |
| Nora Rose Hensley |
| Joan Thelma Hensley |
| Terry L. Hensley |
| Michaela Hensley |
| Nicole Goldsmith |
| Kristen A. Elwell |
| Elise Marie Elwell |
| Nickolas Brian Elwell |
| Susan Burkhard |
| Darius Johnson |
| Judy B. Williams |
| Kia Cusack |
| Catherine Mullins |
| Thomas Mullins |
| Bethany Rose Mullins Randall |
| Suni Chabrow |
| Kristin Caracciolo |

21

| |
|---|
| Paige Erlanger |
| Frederick Tolon |
| James Bell |
| London Jacinda Bell |
| Theresa Karlson |
| Charles Essex |
| Marion Ruth Hopkins |
| Cheryl Atwell |
| Erin Riedel |
| Lona L. Gambone |
| Cedric F. Gordon |
| Conchetta Michell Diaz |
| Cedric D. Gordon Sr. |
| Adrian Kie-Alun Sherrod |
| Esta Smith |
| Joe Torian |
| Estate of Jimmy Smith |
| Emily Torian |
| Nathan Ewell Torian |
| Alexandra McClintock |
| D.C.M. |
| Joyce Patricia Paulsen |
| Grace Kreischer |
| Brianne Barlow |
| Jason Barlow |
| Sage River Saladin |
| ShuShawndra Gregoire |
| John Gregoire Sr. |
| John Damian Gregoire Jr. |
| Gerald W. Finley |
| Joshua M. Finley |
| Jennifer M. LeFors |
| Maria L. Avneri |
| Jacob Avneri |
| Eduardo G. Garcia |
| Charlotte Allen |
| Matthew Allen |
| Austin Nelams |
| Launa Lee Chavez |
| Charles Lynn Stiles |
| Maria Cecilia Stiles |
| Natalie Michelle Schoening |
| Charles Stiles II |
| Kenneth J. Stiles |
| Abigail G. Steffey |

| |
|---|
| Dennis Steffey |
| Rachel Humpf |
| David Humpf |
| Heather Jackson |
| Holly Conrad |
| B.C. |
| Abby Knapp-Morris |
| K.K. |
| Elma Garza Palomarez |
| Candido Palomarez III |
| Omar Palomarez |
| Rene Palomarez |
| Linda K. Grieco |
| Ralph Grieco |
| Jennifer Grieco Burch |
| Fredda Lynn Jones |
| Jamerius Dewayne Jones |
| Kenderrick Jones |
| Marius Rashadd Washington |
| I'Kemeyon Crow |
| Sheila McCary |
| Jasmine Hyatt |
| Tristyn Anthony Vinson-Hosford |
| Felicia Williams |
| Derlysa Williams |
| Victoria Tolbert |
| Vanecia Mitchell |
| Lisa Lee Freeman |
| Margaret Anderson |
| Dennis Johnson |
| Alexis JoLene Quisenberry |
| James A. Grady |
| James Michael Grady |
| Kevin Grady |
| Brian M. Martin |
| Julie K. Martin |
| Catherine G. Martin |
| Elizabeth A. Martin |
| Shelby Iubelt |
| V.I. |
| Charlotte Loquasto |
| J.A.L. |
| Julianne Good Perry |
| G.W.P. |
| L.R.P. |

23

| |
|---|
| Kathleen Perry |
| Stewart Lamar Perry |
| Anita Therese Perry |
| Gail Provost |
| Meghan Janet Hollingsworth |
| Sarah Tiffany Peterson |
| Brian Provost |
| Spencer Dana Provost |
| Estate of Gertrude Provost |
| Judith L. Ashley |
| Mary Jane G. Medeiros |
| Paul Provost |
| Scott Peter Provost |
| Summer Dunn |
| Hannah Mason |
| Mallory Williams |
| Charlotte Ann Reeves |
| Victoria Jane Reeves |
| Joyce Ann Tulloch |
| Caitlin Elizabeth Anderson |
| L.G.A. |
| Bobby Gene Anderson |
| Patricia Marlene Goodwin |
| April Lynn Anderson |
| Estate of Bobby Joe Anderson |
| John David Anderson |
| John Wayne Goldsmith |
| Lorie Goldsmith |
| Brian Harper |
| Angela Harper |
| Holly Harpe |
| Joseph Hulsey Jr. |
| Lisa Rowe Hicks |
| Steven Walls Sr. |
| George McClintock III |
| John Zelko III |
| John R. Zelko Jr. |
| Karen Suzanne Zelko |
| Jennifer Marie Zelko |
| Trent Donald Zelko |
| Georgia Priest |
| Stephanie Hayhurst |
| L.R.G. |
| Estate of Clifford E. Ausborn |
| Estate of Gabriel Negron |

24

| |
|---|
| Estate of Marvin Negron |
| K.E.F.V. |
| A.M.P. |
| S.G.C.H. |
| C.L.K. |
| Holly Amber Ingram |
| C.A.I. |
| Marc Dervaes |
| Martha Looney |
| Sheila G. Good |
| Charles Everett Adkins |
| Velvet Lee Adkins |
| Carlos Benjamin Gross Rios Sr. |
| Socorro Gross |
| Carlos Benjamin Gross Paniagua |
| Felicia Gross Paniagua |
| Debra Ann Perez |
| Adan Michael Perez |
| Anthony Dean Perez |
| Tracy Anne Herring |
| Robin Elizabeth Akers |
| Nicholas Francis Perez |
| Carol Griffin |
| Shawn Griffin |
| Sheila Ristaino |
| Daniel Griffin |
| Matthew Griffin |
| Leah A. Turner |
| Lyda Nieshe |
| Cesar G. Robles |
| Chelsey Jacklynn Michael |
| Collin Cleaver |
| Aidan Cleaver |
| Paula Betty Rich |
| Regina Emma Brown |
| Miriatliz Roberts |
| Carlos Alcides Cruz |
| Joel Cruz |
| Carmelita D. Fernando |
| Gustavo Alfonso Soltero Sr. |
| Adrian Carrillo Soltero |
| Estate of Becky S. Poock |
| Roger Poock |
| Betsy Reed Schultz |
| Brittany Taylor Garrison |

| |
|---|
| Cynthia Lou Henderson |
| Niki Martin |
| Lavette Curry |
| Armando Ochoa |
| Eduardo Ochoa |
| Andrea Dietz |
| Cristinemae Barcel Mittler |
| Alexander Mittler |
| Jesus Infante |
| Jessica Infante |
| Juan Infante |
| Braydon Tyler Nichols |
| David Edward Bean |
| Robert Rivera |
| Alexander Lau |
| Jammie Joann Smith |
| Garrett Layne Funk |
| Michael Iubelt |
| Julie Marie Bessa |
| Joel D. Bessa |
| Bryana Elyse Bessa |
| Kendra Pieper |
| David Pieper |
| Kaila Carrier |
| Sherry Jean Pepper |
| Paul William Gire |
| Lawrence Stephen Marta |
| Karin Sue Stone |
| Taylor Stone Marta |
| Thomas Schwallie |
| Sarah Melinda Cook |
| John M. Finley |
| Virginia Lee Wiedower |
| Landon Domino |
| Estate of Martha Ann Evans |
| Robert Earl Smith |
| Andrea Elisabeth Steffey |
| David Lee Coffland Jr. |
| Lynn Marie Coffland |
| Dolores A. Reed |
| Christopher Wayne Johnson |
| Julianna Symkowiak |
| Cordaro Devone Clark |
| Joan Marie Smedinghoff |
| Regina Catherine Smedinghoff |

26

| |
|---|
| Teresa Lynn Bernstein |
| WrayJean Carnes |
| Amanda Nicole Manasra |
| Ginger Kutschbach |
| Bastian Taylor Kutschbach |
| Maren Hesla |
| Cindy Jeanne Lohman |
| Gary Edward Lohman |
| Nyzia Kimora Wilson |
| Regina Byther |
| Janice Cochran York |
| Deborah Goins Young |
| Michael Everett Stratton |
| Franklin Kelly Little |
| Steven Michael Stratton |
| Susan K. Novak |
| Jessica Novak Cruz |
| Jacqueline B. Thompson |
| Randolph D. Thompson |
| Britteny Bullock |
| Louella Elizabeth Frison |
| Todd McClain Henigan |
| Alex Henigan |
| Shannon K. McNulty |
| Angel R. Roldan |
| Samantha G. Roldan |
| Matthias P. Roldan |
| Alison R. Pohn |
| John C. McCarthy |
| Annie Louise McBride |
| Chester Roy McBride Sr. |
| Nicole Kamaleson |
| Barclay Kamaleson |
| Cedric Paul Kamaleson |
| Cade Kamaleson |
| Sunderraj Mark Kamaleson |
| Gregory Stube |
| Gregory Stube Jr. |
| Estate of Robyn Young |
| Denise Joanne Wilson |
| Eric Allen Vietti |
| Daniel Scott Vietti |
| Mashelle Lynn Lembke |
| Alexis Marie Lembke |
| Thomas Nathaniel Lembke |

27

| |
|---|
| Estate of Robert Roland Lembke |
| Enjolie Wallace Bates |
| Rylie Nicole Bates |
| B.H.B. |
| Marline O'Briant Tully |
| Dana Atlas |
| Bruce Atlas |
| Johannes Atlas |
| Summer Annese Atlas |
| Savannah Reign Atlas |
| Aimee Elizabeth Wood |
| J.E.M. |
| Barbara Jo Hanke |
| Gregory Allan McLeod |
| Jacqueline Ann McLeod |
| Justin Allen McLeod |
| Jack Pierce |
| Karen Lynn Pierce |
| W.P. |
| Alexander Pierce |
| Christine Anne Gravina |
| Julie Schrock |
| Chandler Schrock |
| Ryan Donahue |
| Taylor Schrock |
| Sharon K. Zaehringer |
| Nicole R. Scott |
| Sumer J. Roberts |
| Scott Eugene Regelin |
| Shirene Regelin |
| Jeremy J. Metzger |
| Brian Williams |
| Estate of Lionel Williams |
| Kevin Williams |
| Mark K. Roland |
| Barbara A. Roland |
| Erica M. Roland |
| Estate of Craig Allen Blamires |
| Erisa Deysie |
| Rosanna Antonia Trimble |
| Steffani Rose Trimble |
| Micaela Marie Trimble |
| Ronaldo De La Rosa |
| Timothy F. Neenan |
| Kathleen Marie Neenan |

28

| | | | |
|---|---|---|---|
| | | Mark Anthony White | |
| | | Estate of Teri Johnson | |
| | | Michael David Stout | |
| | | Ginny Lamb | |
| | | Estate of Connie Dianne Beck Herzel | |
| | | Dennis Hempker | |
| | | Jewelyn Hempker | |
| | | Deloris Snow | |
| | | Dominic Arthur Jacobs | |
| | | Estate of Frank D. Bryant Sr. | |
| | | Patricia Lizetta Bryant | |
| | | James R. Landrum | |
| | | Maggie Bilyeu | |
| | | Estate of Louis Provost | |
| | | John A. Provost | |
| *Neiberger v. Islamic Republic of Iran* , No.1:16-cv-02193-EGS-ZMF (D.D.C. Nov. 2, 2016)<br><br>---<br><br>Order & Judgment, Dkt. No. 92 (D.D.C. Sept. 30, 2022) | *Neiberger et al v. Iran* , No. 26-mc-00151 (S.D.N.Y. Apr. 16, 2026) | Pamela Thrall | $227,608,683 |
| | | Kathleen Stephens | |
| | | Trent Stephens | |
| | | Summer Stephens | |
| | | Rhett Stephens | |
| | | Brittani Hobson | |
| | | Derek Stephens | |
| | | Estate of Chris Neiberger | |
| | | Mary Neiberger | |
| | | Richard Neiberger | |
| | | Ami Neiberger | |
| | | Robert Neiberger | |
| | | Eric Neiberger | |
| | | Estate of Joshua Reeves | |
| | | Leslie Hardcastle | |
| | | Joshua Jackson Reeves | |
| | | Wanda Jean Reeves | |
| | | James Reeves | |
| | | Jared Dillon Reeves | |
| | | Joni Ariel Reeves Little | |
| | | Sherri C. Hoilman | |
| | | Patrick Hanley | |
| | | Katherine Hanley | |
| | | Edward Hanley | |
| | | Cecelia Hanley | |
| | | Samuel Montalbano | |
| | | Deborah Wilson | |
| | | Obdulia Moncada | |
| | | Priscila Moncada | |
| | | Miriam Lopez | |

|  |  | Alexandra Aguilar |  |
|  |  | Daniela Moncada |  |
|  |  | Matthew Moncada |  |
|  |  | Stephen Evans |  |
|  |  | Guy L. Davis |  |
|  |  | Teresita R. Davis |  |
|  |  | Elizabeth Nicole Davis |  |
|  |  | Ayla Davis |  |
|  |  | Chris Davis |  |
| *Adamkavicius v. Islamic Republic of Iran*, No. 1:23-cv-03571-ABJ (D.D.C. Nov. 30, 2023) --- Order & Judgment, Dkt. No. 41 (D.D.C. July 30, 2025) | *Larson et al v. Iran*, No. 26-mc-00149 (S.D.N.Y Apr. 15, 2026) | D.C. | $89,518,564.35 |
|  |  | M.C. |  |
|  |  | Connor Larson |  |
|  |  | Samantha Ulrich |  |
|  |  | Sandra Lee Hackenberg |  |
|  |  | Nancy Ann Morgado |  |
|  |  | Letha Dodge |  |
|  |  | Ronnie Dodge |  |
|  |  | Hollie Towle |  |
|  |  | Tammy Bowden |  |
|  |  | Jennifer Mabus |  |
|  |  | Monica Smith |  |
|  |  | Deborah Trimble |  |
|  |  | Anthony Trimble |  |
| *Zambon v. Islamic Republic of Iran*, No. 1:18-cv-02065-JDB (D.D.C. Aug. 31, 2018) --- Order & Judgment, Dkt. No. 304 (D.D.C. Mar. 8, 2025) Order & Judgment, Dkt. 321 (Sept. 11, 2025). | *Boatright et al v. Iran*, No. 26-mc-00148 (S.D.N.Y. Apr. 15, 2026) | Desty Boatright | $170,418,552 |
|  |  | Christopher Craig |  |
|  |  | Richard Robertson |  |
|  |  | Hyesuk Jerak |  |
|  |  | Jared Kriger |  |
|  |  | Jessica Kriger |  |
|  |  | James Amos |  |
|  |  | Dennis Leonard |  |
|  |  | Sheena McCloud |  |
|  |  | Aidan McCloud |  |
|  |  | Landyn McCloud |  |