UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FREDERICK C. BENSON; DANIEL CABRERA; CORBIN CABRERA; GILLIAN CABRERA; MAXWELL GAVAN CABRERA; ROANIN XANDER CABRERA; ROBERT CABRERA; JARED LEMON; KAELIN E'MI LEMON; FRANK LEMON; JACKIE LEMON; BENJAMIN LEMON; MATTHEW LEMON; NATHAN LEMON; AUGUST WILDMAN; SUZANNE MARTINEZ; JD PROSSER; GLORIA TRELFA; RYAN TIMONEY; DIANE TIMONEY; GREGORY TIMONEY; KEVIN KING; STEPHANIE MILLER; JONATHAN RICHARD COLTON BENTON; ELIZABETH LINDSEY BENTON; S.J.B.; G.S.B.; H.S.B.; CARLENE RENEE CROSS; MICHAEL DEAN BOGAR; MICAEL D. GAUGER; CARISE RENEE MARTINDALE; MARY JOSEPHINE BROSTROM; DAVID BROSTROM; JASE DAVID BROSTROM; BLAKE D. BROSTROM; JEFF CARON; KAREN LYNN DOVE; CASSANDRA MALENE CARON; LESLY YOHANA GARCIA; MARICRUZ GARCIA VELASQUEZ; VICTOR GARCIA; RAMSSES GARCIA; JENNA RENAE VANOSDALE; ERIC M. HUNTER; KENNA DANIELLE HUNTER; KENSLEY JADE HUNTER; JAYCE WESLEY HUNTER; BETTY DARLENE BLACK; JOEY J. HUNTER SR.; JOEY J. HUNTER II; NICHOLAS WALTER ROBINSON IV; RENDA LYNN RAINEY RIGGINS; CHRISTOPHER BALDRIDGE; JESSIE BALDRIDGE; E.B.; L.B.; S.B.; JASMIN BAYS; APRIL ANGEL BAYS; TIMOTHY LEE BAYS; BRENDA LEE BAYS; LINDSAY REDOUTEY; ROBERT CHARLES DARROUGH; JUDITH SARAH DARROUGH; JOELLE RENE ELLIS; JOHN FITZGERALD ELLIS; JAMES EARL ELLIS; AMANDA JOLYNN CAMPBELL; ESTATE OF DONALD EDWARD NEWMAN SR.; MICHELLE MARIE ZIMMERMAN; CHRIS LEE ZIMMERMAN; BAILY NICHELLE ZIMMERMAN-POOR; BEVERLY ANN MILLS; CYNTHIA CAROL CAMPBELL; MARY ROANA HAMMERBACHER-NICHOLS; CYNTHIA | No. 26-cv-2327 (LAP) <br><br> **AMENDED ORDER OF ATTACHMENT AND ORDER AUTHORIZING ALTERNATIVE SERVICE** <br><br> **UNDER SEAL** |

1

MARIE NICHOLS; DOUGLAS NICHOLS; NICOLE ANN ROBLES; MONTE DOUGLAS NICHOLS; BRANDON LEE NICHOLS; IDA BELLE PITTMAN; JOHN TERRY PITTMAN SR.; DANIEL MARK ROBINSON; DONNA MAE ROUSH; ROBERT GRAHAM ROUSH JR.; ROBERT GRAHAM ROUSH III; ANNETTE JANINE SPEHAR; PATRICK R. SPEHAR; MARIE SENTINA SPEHAR; LISA MARTINUSEN; LUKE HERBERT SPEHAR; JACOB LOUIS SPEHAR; CHARLES WESLEY STRANGE; KATELYN MARIE STRANGE; CHARLES WESLEY STRANGE III; CARLY ELIZABETH STRANGE; CATHERINE KIMBERLY VAUGHN KRYZDA; C.C.V.; R.C.V.; HORTENSE KAINOA WAINANI VICKERS; KAWAILANAMALIE MARY GRACE VICKERS; KAIAKAKU'UIKALA'IOKEALOHA NOAH VICKERS; MARY JANE VICKERS; ESTATE OF ROBERT MARTIN KAHOKULANI VICKERS SR.; MICHELLE JOY KAPUNAHELEOKALANI YARBOROUGH; ROBERT MARTIN KAHOKULANI VICKERS JR.; MARK MATTHEW KALEINANI VICKERS; ESTATE OF KURT E. ZWILLING; ALEXANDER EDWARD ZWILLING; HARVEY LANE WALLS; MARY ROMANO; BRENT C. ROBINSON; JEANINE HILTON; CHRISTOPHER ALEXANDER PALMATEER; MARJORIE ELIZABETH VAIL; CRYSTAL DAWN DELEO; JESSIE HERNANDEZ; CATHY ANN PARSONS; GARLAND RICHARD PARSONS; DONNA JEAN RIMER; JAMES HOWARD RIMER; SHANNON DANIELLE FENTON; ALEJANDRO OLAN GRANADO IV; HASSON PONCE GRANADO; AMANDA CHRISTINE GRANADO; LARISSA ANN BARNHART; BRITTANY EVANS; CRYSTAL NICOLE EVANS; JONATHAN DEWAYNE ROGERS; JERRY RANDALL EVANS SR.; AMY LYNETTE ALLEN; DANIEL BRUCE ALLEN; RANA GOODRICH ALLEN; KIM B. COX; SHARON J. COX; SHANNON BUTLER; JAMIE SMITH; DEANNDREA LUNEY; DEIONTAY LAUNDREEK WELCH;

2

CRAIG ANTHONY SMITH; THELMA
LATRICE SMITH; STEVEN FLOWERS JR.;
ANNETTE PARRISH; JALANE ADAMS;
PETER ADAMS; AMANDA BOONE;
ANTOINETTE MARY FRANCIS COFFLAND;
DAVID LEE COFFLAND SR.; LAURIE ANN
BARTLETT; KAREN ANN BRESNAHAN;
AMBER JEAN ROGERS; G.J.C.; TAYLOR
MCKENZIE CHRISTIAN; DONNA BALL;
MICHAEL CHRISTIAN; JAMES FRANKLIN
BALL; MICHAEL AARON CHRISTIAN; ROSE
ANN CROSSMAN; ANDREW FORESTER
SLACK; JESSE ROBERT SLACK; JONATHAN
HUNTER SLACK; LAUREN RACHEL SLACK;
JESSICA JEAN COOK; ALEKSANDR CADE
KISSELOFF; MICHAEL RAMOS KISSELOFF;
MILAGROS D. KISSELOFF; LESLIE
RODRIGUEZ; RAVEN GEORGE; MARTIN E.
MADDEN; PAMELA J. MADDEN; LINDSEY
R. MADDEN; MARTIN P. MADDEN; DIEDRE
MARIE SPENCER; HEATHER L. REED;
DAVID REED; TRACY BENNEDSEN; SCOTT
BENNEDSEN; JAMIE JOHANNA COATES;
VERONICA MARIE ADKINSON; ALMA
MURPHY; PAUL MURPHY; TENNYSON
CHARLES HARRIS; SORAINYA HARRIS;
FELICIA ANN HARRIS; TIFFANY DOTSON;
DAVID L. PARKER; ASHLEY MICHELLE
HARRIS; MICHAEL RUFUS II; STEPHANIE
RUFUS; ALYSON OVERMAN RODGERS;
THOMAS PIERCE MAYS; TAMMY RENEE
MAYS; CODY CHEYENNE MAYS; ESTATE
OF GLADYS DEL VALLE MONTANEZ;
RENES PEREZ; KIARA CRYSTAL PEREZ DEL
VALLE; GEORGANNE M. SIERCKS; GAGE
SIERCKS; G.S.; KIMBERLY METCALF;
CLARENCE JOSEPH METCALF; MITCHELL
L. STAMBAUGH; TALISA SHERVON
WILLIAMS; CLARENCE WILLIAMS JR.;
ABRILL RENEE RAYFORD; SAMANTHA
SHERVON WILLIAMS; RANDY RISTAU;
SUZANNE RISTAU; CHRISTOPHER POWERS;
HALIE BIVER; SONGMI KIETZMANN;
BENJAMIN GABRIEL HORSLEY; JOHN
GREGORY HORSLEY; KIRK ANDREW
GOLLNITZ; JAN MARIE HURNBLAD

SPARKS; ERIK LEE SPARKS; GARRY LEE
SPARKS; JANE GIESELMAN SPARKS;
ZACHARY DOUGLAS SPARKS; COLLEEN
WHIPPLE; MARY BETH SMEDINGHOFF;
THOMAS JOHN SMEDINGHOFF; MARK T.
SMEDINGHOFF; BRUCE K. NICHOLS;
JEANNE M. NICHOLS; MOLLY G. NICHOLS;
LORRIA WELCH; BARRY WELCH;
ZACKARY WELCH; KATHRYN MARY
PUCINO; ALBERT W. PUCINO JR.; LISA M.
HAGLOF; MELISSA A. PUCINO; SYLVIA
MCGEE; THOMAS MCGEE; COREY MCGEE;
TRACY LEE CARRICO; TIMOTHY DAVIS;
STEPHANIE FRANCES BOVA; BILLIE
SHOTLOW; MICHAEL SHOTLOW; WRENITA
RANDALL; EDIENA MCGEE; ROBERT A.
BIRD; CHARLES EDWARD BLANEY;
DIANNE BELK MASSEY; CARLEY BLANEY;
JANE BERRETTINI; CHRISTOPHER
BERRETTINI; VINCENT BERRETTINI;
MICHAEL BOWEN; LORI DEYSIE; SIDNEE
DEYSIE; NANCY M. TRIMBLE; TIMOTHY M.
TRIMBLE; HOLLI JEAN JENSEN; LYNNE
FARMER; JOY L. RETMIER; STEVEN C.
RETMIER; MASON D. RETMIER; MATTHEW
S. RETMIER; JOSE ANTONIO VAZQUEZ SR.;
JANICE VAZQUEZ; JOSE VAZQUEZ JR.;
ROBERT WATSON JR.; LISA MURAWSKI-
DUPONT; MARK P. DUPONT; ESTATE OF
JONATHAN O'NEILL; JACQUELINE O'NEILL;
ROBERT O'NEILL; BRIAN O'NEILL;
KAITLYN O'NEILL; MATTHEW O'NEILL;
DONNA BLAIR; DALLAS BRYANT; SONDRA
ANDREWS; GWENDOLYN FRENCH;
LAQUITTA FRENCH; GINA BERISFORD;
M.B.; SHELLEY GUTHRIE; DAVID AARON
CROW; EVELYN TAYLOR; JOSE ALEMAN;
STEPHANIE SPILLMAN; SONJA MCDANIEL;
MATTHEW MCDANIEL; CHARLETTE
GILBERT; CHARMAINE RENEE GILBERT;
JORDAN GILBERT; JASMINE THOMAS;
THOMAS PRIOLO; ESTATE OF JOHN
WAYNE EWY; DENNIS JOHN ELM; DONNA
LEE ELM; CATHERINE ELM BOATWRIGHT;
MARGARET ELM CAMPBELL; MATTHEW
ELM; CHRISTINE RANGEL; JEFFREY WHITE

4

SR.; PAULA WHITE; KYLE WHITE; ESTATE OF MICHAEL WHITE; JONATHAN CLEARY; APRIL CLEARY; C.F.; KELLAN THOMAS FOGARTY; STEPHANIE FISHER; THOMAS FOGARTY; BRIAN EDWARD ELLIS; JULIE ANN SANDIFER; VANESSA MARIE ANZURES; VICTOR RAYMOND ELLIS; BRIAN LAMBKA; KRISTIE SURPRENANT; BOB SURPRENANT; JERRY HARDISON; JUSTINA GAIL SANDERSON; PAUL ELMER JAYNE; SHERRY A. SKEENS; KENT ALAN SKEENS; ADAM MATTHEW JAYNE; AYZIA J. JAYNE; GARRETT A. SKEENS; TRENT LORNE SKEENS; Z.R.S.; CASSIE MARIE RICHARDSON; BRANDON KORONA; WILLIAM NEVINS; ANGELA KAHLER; AMBER DAWN MORELAND; HALLIE MAY COMBS; TRENTON DEAN COMBS; MEGAN STEPHENS; SIENNA MARIE STEPHENS; HELEN DEPRIMO; JOSEPH DEPRIMO; JODI CALABRO; DANIELLE FEDIW; ALMUTH CORNELIUS GREEN JR.; ESTATE OF PATRICIA GREEN; JESSE GREEN; KIMBERLEY A. WHIPPLE; DAVID WHIPPLE; BRIAN CLYBURN; SEAN WHIPPLE; ANN L. GOULD; ESTATE OF JAMES A. GOULD; MARY BORDER; KATHERINE ABREU-BORDER; DELAYNIE K. PEEK; NATALIE SCHMIDT; A.L.S.; LEE ANN SCHMIDT; PHILLIP J. SCHMIDT; BRANDON TYLER SCHMIDT; WILLIAM MICHAEL BURLEY; TAMMY OLMSTEAD; DANIEL OLMSTEAD; MICHAEL COLLINS; MARTHA CAROLINA SMITH; THOMAS ELMER WICKLIFF; MICHELLE CAROLINA ROTELLI; JEFFREY SCOTT KUYKENDALL; LARRY KUYKENDALL; K.L.F.; ROBERT LENTZ; RUTH M. HARTON; DONALD DAY; KATHLEEN ANN DAY; MICHAEL SOUFRINE; DAVID LAU; HAMIDE LAU; K.L.; MARIGONA KEILANI LAU; VIVIAN PERRY; HOLLY ABRAHAM; LEROY LAU JR.; MICHELLE LEE RAUSCHENBERGER; CHRISTOPHER ROSEBROCK; ALEX JASON ROZANSKI; RICHARD ALLEN CAULEY; CLIFFORD TAYLOR; KYLE TAYLOR; MARK

5

BAKER; REBECCA E. BAKER; MARK DAVID BAKER; TAYLOR GENOVESE; ROBIN HEFNER; BRANDON DALE HEFNER; JESSICA MEAGAN HEFNER; TODD TAYLOR; STEPHANIE FREEMAN; ROSA IRMA HALLIDAY; BRAD JOSEPH HALLIDAY; JON CENTANNI; DAVID FINGAR; RHONDA G. FINGAR; BUFORD JEREMIAH FINGAR; DONALD JOSHUA FINGAR; CRAIG LEICHT; SHIRLY A. LEICHT; ELIZABETH C. LEICHT; JESSE H. LEICHT; JONATHAN LEICHT; MARY ROSE LEICHT; SARAH GRACE ORMAND; CHRISTEN HOLLEY; ALYSSA SHERIDAN; ANDREW SHERIDAN; CHARISSA DELGIORNO; DOMINIC GIACCHI; TAMARA ANNE BOYETT; TERRY LYNN BOYETT; JULIA OTT; LACEY JORDAN; T.J.J.; CARMEN LOUISE O'LEARY; ANTOINETTE DRAKULICH; JOSEPH DRAKULICH; THOMAS DRAKULICH; DANA RENEE DRAKULICH; MICHELLE M. NICHOLAS; CHRISSY PRADO; LOGAN MICHAEL PRADO; OWEN MICHAEL PRADO; CARLY SUE GONZALEZ; ALLY MAY PRADO; KIMBERLY SOUTHWORTH; ROBERT SOUTHWORTH; MICHAEL SOUTHWORTH; CHRISTINA NIKOLE GUERRERO; DAVID SHANFIELD; PAMELA SHANFIELD; SYDNEY SHANFIELD; MICHAELA J. TAYLOR; SARAH BETH MILLER MORGAN; BART LARUE HOWARD; CONSTANCE LOUISE HOWARD; ALEXANDER JAMES HOWARD; OLIVIA MARIE HOWARD; DUANE SCHULTZ; CAMERON WEST; JAMES FARRIS CULLINS JR.; BARBARA SCHILLING; COOPER CULLINS; DONAVAN CULLINS; CHRISTOPHER BILLMYER; CHERYL BILLMYER; JAMES BILLMYER; DON HERNANDEZ; JAMES REGINALD CAMPBELL; CYNTHIA PYEATT; LON SCOTT PYEATT; EMILY SMALLEY; TEDDI DEYOUNG; ANGELA RITA MARIE ROGERS; KATIE C. FREEMAN; K.M.F.; W.D.F.; BRIAN FREEMAN; JOSEPH D. GARRISON; JAMES BOUCHER JR.; JAMES BOUCHER SR.;

KIMBERLY BOUCHER; BRITANY
BOUCHER; JAMES L. DANIELS; HEATHER
DANIELS; LUCAS DANIELS; SOPHIE
DANIELS; CYNTHIA RICHMOND; ROBERT
L. DUNNING; ESTATE OF TOMOE
DUNNING; JOY COY; ANTHONY
D'AUGUSTINE; PATRICIA D'AUGUSTINE;
NICOLE D'AUGUSTINE; MICHELE KULESA;
BRADLEY IVANCHAN; CHRISTOPHER VAN
ETTEN; JONATHAN ASHLEY III; TAMMIE
ASHLEY; JONATHAN ASHLEY IV; JORDAN
ASHLEY; SARAH PETERS DUARTE; GINA
DUARTE; JOSEPH DUARTE; HELENA
DAVIS; C.J.D.; NANCY ROUGLE; RYAN
NEWELL; HANNAH COX; EVA FARR-
WALLACE; CALVIN D. JAMISON; ATARAH
WRIGHT; DEAN COLEMAN; BLAINE A.
REDDING; GLENDA WILLARD; MICHELLE
HOCK; RANEE MASSONI; JORDAN PLUNK;
JUSTIN T. PLUNK; TERRY MITTLER; JOYCE
TURNER; MISTY BARCLAY; MARTA
TORRES; JOSE NEGRON; MARIBEL
NEGRON; GLENN CHISHOLM; LINDA
REYNOLDS; KARMA CHISHOLM; BETHANY
ANN BENTON; DINEEN SNYDER; EDWARD
SNYDER; DAMIEN EDWARD SNYDER;
NATASHA SNYDER; FRANCISCO JAVIER
BRISEÑO GUTIERREZ; LUIS BRISEÑO
ALVAREZ; JAMES HENDERSON; ATHENA
GORDON; PATRICIA ELSNER; MARK
ELSNER; KELSEY THOMAS; JACQUELINE
ALLEN; MARK ANTHONY ELSNER; ESTATE
OF MICHAEL K. INGRAM SR.; JULIE
INGRAM; CHERYL SPIVEY; CORBIN
WAYNE HUNT; PATRICIA A. NICOL;
ROLAND N. NICOL; ALAINA NICOL;
ROLAND J. NICOL; CHERYL M. CULBRETH;
WALTER L. CULBRETH; LAUREN ASHLEY
CULBRETH; MELISSA RODRIGUEZ; DEREK
RODRIGUEZ; KATELYN RODRIGUEZ;
RODOLFO RODRIGUEZ SR.; KEYKO D.
CLARK; CORTEIZE CLARK; PRECIOUS
CLARK; KEVIN TRIMBLE; JOHN L. FANT;
ANDREA KESSLER; JOSE ALBERTO
MORGADO; ANNA BANZER; SOFIA
KESSLER; ERIC MORGADO; CONNOR

7

ALEXIAN MORGADO; ADOLF OLIVAS; BETHANY ROSE EVANS; SAMANTHA MCNAMARA; BRENDA DAEHLING; KIRK DAEHLING; ADAM DAEHLING; KAYLA MARIE DAEHLING; JOANNA GILBERT; JESSICA BENSON; ADAM HARTSWICK; SEAN HARTSWICK; MORGEN HUMMEL; NANCY MULLEN; MIRIAM A. MULLEN; WILLIAM J. MULLEN; RICHARD BRUNKHORST; ARTHUR CAMPBELL; AUDREY CAMPBELL; TINA MARIE CAMPBELL; RAMIRO CARDOZA SR.; MARIA CARDOZA; RAMIRO CARDOZA, JR.; PATRICIA DAHL; ANGEL DAHL; CRAIG LANE GROSS; NATALIE ANNE GROSS; JORGE FIDENCIO HIDALGO; ANDREA JEAN HIDALGO; LARRY DEAN HORNS; TAMARA ELAINE HORNS; TIFFANY LOUISE HORNS; CHERYL BROWN; MIRANDA SHAE; JANET LANDRUM; G.B.L.; B.R.L.; CHESTER PAUL MURACH; WILLIAM ANTHONY MURACH; HUGH DEAN NEENAN; LESA COON NEENAN; NANCY R. WILSON; ASHLEY GERDING; DENNIS W. PETERS; DEBORAH JEAN PETERS; G.R.P.; CHRISTINE H. PHILLIPS; S.N.P.; JANIE RABALAIS POWELL GONCALVES; JOSEPH WILLIAM PRESCOTT; AARON WILLIAM PRESCOTT; JACOB RICHARD PRESCOTT; JOSHUA MICHAEL PRESCOTT; KIM SMITH; BENJIMAN SMITH; SARAH NGIRAIBIOCHEL; LARRY MICHAEL SOLESBEE; TRINA SOLESBEE; JOHN ANDERSON HALL; JILL MYERS; ALYSSA MARIE LOWSON; DONN ALDEN WEAVER; JEANNE WEAVER; GLENN ALLEN WEAVER; ADRIANNA GRETCHEN VARGO; KRISTIA NELL WEAVER; JOHN MELVIN WEST; MARCIA MARY WEST; KRISTINE MARIE WILLIS; CLINT COLEMAN WILDES; JAMIE ELIZABETH SURLES; REGINA MICHELE WRIGHT; SAMUEL BOAZ BROWN; SCOTT BROWN; TANYA BROWN; MOLLY BROWN; ANDREW BROWN; LUKE BROWN; DAUS ISAIAH HEMPKER; JESSE WATSON; ROBERT SCHULTE; SUSIE SCHULTE; TODD SCHULTE; SUZANNA

8

AUSBORN; MITCHELL MALOY; SUMMER
MALOY; ALICE FAYE AUSBORN; SUSAN
BRODEUR; DAVID LAWRENCE BRODEUR
JR.; ELIZABETH L. BRODEUR; JOYCE A.
BRODEUR; LAWRENCE A. BRODEUR; TODD
BRODEUR; AMANDA BRODEUR
BROTHERTON; ERNEST BROWN II; JIM
ARTHUR JACOBS; GLADYS VEREEN;
CHRISTOPHER BAPTIST; LAGUANDA
JACOBS; JANICE HARRIMAN BRYANT;
S.L.B.; TAMMIE SCHOONHOVEN; ANJELIKA
MARIE SCHOONHOVEN; A.R.S.; DEBORAH
SCHOONHOVEN; PATRICIA GOINS; PAUL
EDWARD GOINS III; EMMITT DWAYNE
BURNS; JANICE CARUSO; DANA RAINEY;
KATHLEEN LYNN ALEXANDER; DANIEL
OWEN HUGHES; PATRICIA HUGHES;
KRISTINE ANNE ZITNY; MICHELLE RILEY;
RODNEY RILEY; NATASHA BUCHANAN;
L.A.E.L.B.; S.L.L.B.; DOUGLAS A.
LANDPHAIR; JEAN S. LANDPHAIR;
MEREDITH LEAGUE; KELLI-JO DODGE;
B.C.D.; PEYTON AMANI DODGE;
KATHLEEN MCEVOY; MICHELLE ROSE
MCEVOY; PATRICK CHARLES MCEVOY;
JANICE H. PROCTOR; LUANN VARNEY;
ERIN MADDEN; SUMMER SUTTON;
HARRIET SUTTON; TRECIA BROCK HOOD;
WENDY SHEDD; FREDDIE SUTTON;
KIMBERLY BLAMIRES; DANIKA LEAH
BLAMIRES; KALLI BLAMIRES; SANDRA
BLAMIRES; BEAU BLAMIRES; ERIC
BLAMIRES; ETHAN BLAMIRES; NEIL
BLAMIRES; JULIE MCGRAW; SARAH
MOSCHLER WALTON; REUBEN ERIC
SHARP; ANGELA PRESTON; GUS PRESTON;
RUSSELL GLENN YANNEY; R.A.R.;
CHRISTAL A. THOMAS-KARIKER; EDWARD
KARIKER; LEON WILLIAMSON III; SYBIL B.
WILLIAMSON; PEGGY PAGAN; ESTATE OF
ROBERT PAGAN SR.; ROBERT PAGAN JR.;
LOWELL HANSON JR.; CYNTHIA HANSON;
MEGAN KATHLEEN DOHN; JUDITH ROWE
GENTZ; ANTHONY CURTIS WHITE;
ANTHONY EVAN WHITE; LAURA WHITE;
ZACHARY LUKE WHITE; BEVERLY

9

WISNIEWSKI; CHESTER WISNIEWSKI JR.;
CRAIG STANLEY WISNIEWSKI; MATTHEW
WALTER WISNIEWSKI; RAUL OLIVARES
JR.; LESLEY OLIVARES; DALYLAH RUBEY
OLIVARES CASTILLO; JULIE MAGANA;
BILLY MICHAEL STOUT; MELISSA KEENER;
NORMAN KARCH; JORDAN GAGE
ALLISON; SHERRY LOAN; LINDA
PHANEUF; MIRACLE BURTON; DAMEN
SNOW; RICHARD DENNIS; MARIA MIX;
AMANDA DENNIS-SILVA; ANGELICA MIX;
VIRGINIA NEWSOM; KYLE BALDUF;
GLORIA HENSLEY; A.L.H.; ELLA MICHELLE
HENSLEY; NORA ROSE HENSLEY; JOAN
THELMA HENSLEY; TERRY L. HENSLEY;
MICHAELA HENSLEY; NICOLE
GOLDSMITH; KRISTEN A. ELWELL; ELISE
MARIE ELWELL; NICKOLAS BRIAN
ELWELL; SUSAN BURKHARD; DARIUS
JOHNSON; JUDY B. WILLIAMS; KIA
CUSACK; CATHERINE MULLINS; THOMAS
MULLINS; BETHANY ROSE MULLINS
RANDALL; SUNI CHABROW; KRISTIN
CARACCIOLO; PAIGE ERLANGER;
FREDERICK TOLON; JAMES BELL; LONDON
JACINDA BELL; THERESA KARLSON;
CHARLES ESSEX; MARION RUTH HOPKINS;
CHERYL ATWELL; ERIN RIEDEL; LONA L.
GAMBONE; CEDRIC F. GORDON;
CONCHETTA MICHELL DIAZ; CEDRIC D.
GORDON SR.; ADRIAN KIE-ALUN
SHERROD; ESTA SMITH; JOE TORIAN;
ESTATE OF JIMMY SMITH; EMILY TORIAN;
NATHAN EWELL TORIAN; ALEXANDRA
MCCLINTOCK; D.C.M.; JOYCE PATRICIA
PAULSEN; GRACE KREISCHER; BRIANNE
BARLOW; JASON BARLOW; SAGE RIVER
SALADIN; SHUSHAWNDRA GREGOIRE;
JOHN GREGOIRE SR.; JOHN DAMIAN
GREGOIRE JR.; GERALD W. FINLEY;
JOSHUA M. FINLEY; JENNIFER M. LEFORS;
MARIA L. AVNERI; JACOB AVNERI;
EDUARDO G. GARCIA; CHARLOTTE ALLEN;
MATTHEW ALLEN; AUSTIN NELAMS;
LAUNA LEE CHAVEZ; CHARLES LYNN
STILES; MARIA CECILIA STILES; NATALIE

MICHELLE SCHOENING; CHARLES STILES
II; KENNETH J. STILES; ABIGAIL G.
STEFFEY; DENNIS STEFFEY; RACHEL
HUMPF; DAVID HUMPF; HEATHER
JACKSON; HOLLY CONRAD; B.C.; ABBY
KNAPP-MORRIS; K.K.; ELMA GARZA
PALOMAREZ; CANDIDO PALOMAREZ III;
OMAR PALOMAREZ; RENE PALOMAREZ;
LINDA K. GRIECO; RALPH GRIECO;
JENNIFER GRIECO BURCH; FREDDA LYNN
JONES; JAMERIUS DEWAYNE JONES;
KENDERRICK JONES; MARIUS RASHADD
WASHINGTON; I'KEMEYON CROW; SHEILA
MCCARY; JASMINE HYATT; TRISTYN
ANTHONY VINSON-HOSFORD; FELICIA
WILLIAMS; DERLYSA WILLIAMS;
VICTORIA TOLBERT; VANECIA MITCHELL;
LISA LEE FREEMAN; MARGARET
ANDERSON; DENNIS JOHNSON; ALEXIS
JOLENE QUISENBERRY; JAMES A. GRADY;
JAMES MICHAEL GRADY; KEVIN GRADY;
BRIAN M. MARTIN; JULIE K. MARTIN;
CATHERINE G. MARTIN; ELIZABETH A.
MARTIN; SHELBY IUBELT; V.I.;
CHARLOTTE LOQUASTO; J.A.L.; JULIANNE
GOOD PERRY; G.W.P.; L.R.P.; KATHLEEN
PERRY; STEWART LAMAR PERRY; ANITA
THERESE PERRY; GAIL PROVOST;
MEGHAN JANET HOLLINGSWORTH;
SARAH TIFFANY PETERSON; BRIAN
PROVOST; SPENCER DANA PROVOST;
ESTATE OF GERTRUDE PROVOST; JUDITH
L. ASHLEY; MARY JANE G. MEDEIROS;
PAUL PROVOST; SCOTT PETER PROVOST;
SUMMER DUNN; HANNAH MASON;
MALLORY WILLIAMS; CHARLOTTE ANN
REEVES; VICTORIA JANE REEVES; JOYCE
ANN TULLOCH; CAITLIN ELIZABETH
ANDERSON; L.G.A.; BOBBY GENE
ANDERSON; PATRICIA MARLENE
GOODWIN; APRIL LYNN ANDERSON;
ESTATE OF BOBBY JOE ANDERSON; JOHN
DAVID ANDERSON; JOHN WAYNE
GOLDSMITH; LORIE GOLDSMITH; BRIAN
HARPER; ANGELA HARPER; HOLLY
HARPE; JOSEPH HULSEY JR.; LISA ROWE

11

HICKS; STEVEN WALLS SR.; GEORGE
MCCLINTOCK III; JOHN ZELKO III; JOHN R.
ZELKO JR.; KAREN SUZANNE ZELKO;
JENNIFER MARIE ZELKO; TRENT DONALD
ZELKO; GEORGIA PRIEST; STEPHANIE
HAYHURST; L.R.G.; ESTATE OF CLIFFORD
E. AUSBORN; ESTATE OF GABRIEL
NEGRON; ESTATE OF MARVIN NEGRON;
K.E.F.V.; A.M.P.; S.G.C.H.; C.L.K.; HOLLY
AMBER INGRAM; C.A.I.; MARC DERVAES;
MARTHA LOONEY; SHEILA G. GOOD;
CHARLES EVERETT ADKINS; VELVET LEE
ADKINS; CARLOS BENJAMIN GROSS RIOS
SR.; SOCORRO GROSS; CARLOS BENJAMIN
GROSS PANIAGUA; FELICIA GROSS
PANIAGUA; DEBRA ANN PEREZ; ADAN
MICHAEL PEREZ; ANTHONY DEAN PEREZ;
TRACY ANNE HERRING; ROBIN ELIZABETH
AKERS; NICHOLAS FRANCIS PEREZ;
CAROL GRIFFIN; SHAWN GRIFFIN; SHEILA
RISTAINO; DANIEL GRIFFIN; MATTHEW
GRIFFIN; LEAH A. TURNER; LYDA NIESHE;
CESAR G. ROBLES; CHELSEY JACKLYNN
MICHAEL; COLLIN CLEAVER; AIDAN
CLEAVER; PAULA BETTY RICH; REGINA
EMMA BROWN; MIRIATLIZ ROBERTS;
CARLOS ALCIDES CRUZ; JOEL CRUZ;
CARMELITA D. FERNANDO; GUSTAVO
ALFONSO SOLTERO SR.; ADRIAN
CARRILLO SOLTERO; ESTATE OF BECKY S.
POOCK; ROGER POOCK; BETSY REED
SCHULTZ; BRITTANY TAYLOR GARRISON;
CYNTHIA LOU HENDERSON; NIKI MARTIN;
LAVETTE CURRY; ARMANDO OCHOA;
EDUARDO OCHOA; ANDREA DIETZ;
CRISTINEMAE BARCEL MITTLER;
ALEXANDER MITTLER; JESUS INFANTE;
JESSICA INFANTE; JUAN INFANTE;
BRAYDON TYLER NICHOLS; DAVID
EDWARD BEAN; ROBERT RIVERA;
ALEXANDER LAU; JAMMIE JOANN SMITH;
GARRETT LAYNE FUNK; MICHAEL IUBELT;
JULIE MARIE BESSA; JOEL D. BESSA;
BRYANA ELYSE BESSA; KENDRA PIEPER;
DAVID PIEPER; KAILA CARRIER; SHERRY
JEAN PEPPER; PAUL WILLIAM GIRE;

12

LAWRENCE STEPHEN MARTA; KARIN SUE
STONE; TAYLOR STONE MARTA; THOMAS
SCHWALLIE; SARAH MELINDA COOK;
JOHN M. FINLEY; VIRGINIA LEE
WIEDOWER; LANDON DOMINO; ESTATE OF
MARTHA ANN EVANS; ROBERT EARL
SMITH; ANDREA ELISABETH STEFFEY;
DAVID LEE COFFLAND JR.; LYNN MARIE
COFFLAND; DOLORES A. REED;
CHRISTOPHER WAYNE JOHNSON;
JULIANNA SYMKOWIAK; CORDARO
DEVONE CLARK; JOAN MARIE
SMEDINGHOFF; REGINA CATHERINE
SMEDINGHOFF; TERESA LYNN BERNSTEIN;
WRAYJEAN CARNES; AMANDA NICOLE
MANASRA; GINGER KUTSCHBACH;
BASTIAN TAYLOR KUTSCHBACH; MAREN
HESLA; CINDY JEANNE LOHMAN; GARY
EDWARD LOHMAN; NYZIA KIMORA
WILSON; REGINA BYTHER; JANICE
COCHRAN YORK; DEBORAH GOINS
YOUNG; MICHAEL EVERETT STRATTON;
FRANKLIN KELLY LITTLE; STEVEN
MICHAEL STRATTON; SUSAN K. NOVAK;
JESSICA NOVAK CRUZ; JACQUELINE B.
THOMPSON; RANDOLPH D. THOMPSON;
BRITTENY BULLOCK; LOUELLA
ELIZABETH FRISON; TODD MCCLAIN
HENIGAN; ALEX HENIGAN; SHANNON K.
MCNULTY; ANGEL R. ROLDAN;
SAMANTHA G. ROLDAN; MATTHIAS P.
ROLDAN; ALISON R. POHN; JOHN C.
MCCARTHY; ANNIE LOUISE MCBRIDE;
CHESTER ROY MCBRIDE SR.; NICOLE
KAMALESON; BARCLAY KAMALESON;
CEDRIC PAUL KAMALESON; CADE
KAMALESON; SUNDERRAJ MARK
KAMALESON; GREGORY STUBE; GREGORY
STUBE JR.; ESTATE OF ROBYN YOUNG;
DENISE JOANNE WILSON; ERIC ALLEN
VIETTI; DANIEL SCOTT VIETTI; MASHELLE
LYNN LEMBKE; ALEXIS MARIE LEMBKE;
THOMAS NATHANIEL LEMBKE; ESTATE OF
ROBERT ROLAND LEMBKE; ENJOLIE
WALLACE BATES; RYLIE NICOLE BATES;
B.H.B.; MARLINE O'BRIANT TULLY; DANA

13

ATLAS; BRUCE ATLAS; JOHANNES ATLAS;
SUMMER ANNESE ATLAS; SAVANNAH
REIGN ATLAS; AIMEE ELIZABETH WOOD;
J.E.M.; BARBARA JO HANKE; GREGORY
ALLAN MCLEOD; JACQUELINE ANN
MCLEOD; JUSTIN ALLEN MCLEOD; JACK
PIERCE; KAREN LYNN PIERCE; W.P.;
ALEXANDER PIERCE; CHRISTINE ANNE
GRAVINA; JULIE SCHROCK; CHANDLER
SCHROCK; RYAN DONAHUE; TAYLOR
SCHROCK; SHARON K. ZAEHRINGER;
NICOLE R. SCOTT; SUMER J. ROBERTS;
SCOTT EUGENE REGELIN; SHIRENE
REGELIN; JEREMY J. METZGER; BRIAN
WILLIAMS; ESTATE OF LIONEL WILLIAMS;
KEVIN WILLIAMS; MARK K. ROLAND;
BARBARA A. ROLAND; ERICA M. ROLAND;
ESTATE OF CRAIG ALLEN BLAMIRES;
ERISA DEYSIE; ROSANNA ANTONIA
TRIMBLE; STEFFANI ROSE TRIMBLE;
MICAELA MARIE TRIMBLE; RONALDO DE
LA ROSA; TIMOTHY F. NEENAN;
KATHLEEN MARIE NEENAN; MARK
ANTHONY WHITE; ESTATE OF TERI
JOHNSON; MICHAEL DAVID STOUT; GINNY
LAMB; ESTATE OF CONNIE DIANNE BECK
HERZEL; DENNIS HEMPKER; JEWELYN
HEMPKER; DELORIS SNOW; DOMINIC
ARTHUR JACOBS; ESTATE OF FRANK D.
BRYANT SR.; PATRICIA LIZETTA BRYANT;
JAMES R. LANDRUM; MAGGIE BILYEU;
ESTATE OF LOUIS PROVOST; JOHN A.
PROVOST; RITA BLODGETT; CHRISTINA
LINDEN; JASON ROCKHOLT; ADAM
KISIELEWSKI; RITA ZOUCHA; BRANDON
CLEVENGER; ROGER KURTZ; STEPHANIE
KURTZ; NORMA ESTES; PATRICIA
GRASSBAUGH; MICHAEL SUMMERS;
NANETTE WEST; CLARK WEST; PATTY
JETT; SHELIA TOWNS; SARAH LAMBERT;
MARTHA CABE; DUANE PIONK; JONATHAN
KRAUSE; GERALD KRAUSE; LISA
KAUFMAN; ALEXANDRIA PARKS; FELICIA
BELL CARTER; MICHAEL BELL; MILISSA
WOJTOWICZ; VIRGINIA MAITLAND;
ASHLEY LEGRAND RAWLINGS; KELSIE

14

MAE LEGRAND; KELLY INMAN; NATALIE
JACKSON; ANDREW MARSHALL; SHEILA
MARSHALL; BRANDI YANEZ; TARA
ROBERTS; JACOB KOSKY; NANCY POULIN;
NOE OROSCO, SR.; JOSEF PAUTSCH; BECKY
JOHNSON; MARLA VAN CANNON;
MICHAEL VAN CANNON; RICHARD
GERVASI II; CHERYL FELDER STUART;
MANASER ORTON; ALAN BEAN, SR.;
NANCY KATHLEEN GODWIN; ESTATE OF
WILLIAM GOODE GODWIN; ANNA
GODWIN; AARON WILLIAM GODWIN;
RHONDA GAIL MCCORMICK; LARRY
MCCORMICK; BLAKE MCCORMICK;
DEBBEE WAY; RICHARD LOUIS GIENAU;
MARIA ODILIA ROMERO; JUAN DIEGO
ROMERO; YAJAIRA ROMERO; BERNARDO
ROMERO; THOMAS BENJAMIN MCELVEEN;
MAUREEN WALSH; PATRICK THOMAS
WALSH; JOSEPH MICHAEL WALSH;
MEGHAN CATHLEEN TURNER; ERIN MARIE
WATSON; JESUS VEGA; ANDREW BISSON;
LAURALEE BISSON; RICHARD BISSON;
CHRISTOPHER BISSON; RICHARD
WITTEVEEN; TRENT WILLIAM
WITTEVEEN; HEATHER KAUFMAN; ROBIN
WALLACE; RICKEY WALLACE; SARAH
WALLACE; RACHEL DAWN TUCKER;
ESTEFANI VALDEZ; JOAN MARIE
BEKOWSKY; BRIAN GLEN BEKOWSKY;
HALEY SHANE WHITE; ZELLENE ALLRED;
BRETT ALLRED; ADAM RALEIGH ALLRED;
VICKEY MCCLEARY CHALUMEAU; ERIK
JON GARDNER; MARJORIE PAUL; ANDREW
SOLTAU; DESIREE SOLTAU; JAMES PERRY
III; SCOTT PERRY; LAKIESHA PERRY-
SMITH; RACHELE PALMER; BRAD PALMER;
DUSTIN PALMER; ESTATE OF CONNER
WALKER; JAMES WALKER; KASEY
WALKER; KELLY WALKER MURRAY;
IESHA AYRO; CHRISTINA BAKER; ERIC
BELL; DEBORA BELL; CARL BRADFORD;
TIMOTHY CAFFEY; NICHOLAS CAFFEY;
CHASSADIE TUNSTALL; NANCY JO
CLEVENGER; JOEL SEXTON-CRAIG;
PHYLLIS CRAIG; RACHAEL PUTMAN;

15

MENESIA SPADE; KELLI WINKLER; DIANE SALYERS; RAO FELDER; STEPHANIE FORREST; BRADAN FORREST; J.F.; RACHEL HALL; ADDISON HALL; JAMES HARLAN; JACOB ROBERTS; APRIL MCCORKLE; RONDA SEXTON; GLENNA LEGRAND; MOIRA LEGRAND; LAURA MCBRIDE; MARSHALL MCBRIDE; CHASSITY MCCANDLESS; RONALD SUMNER; JACQUELYNE PAPPIN; MARGARITA ORTON; DAVID ORTON; SANDRA PIONK; MELANIE PIONK; JOSHUA PIONK; BRANDON PIONK; DILLON PIONK; ASHLEY PIONK; GALE LIGHT; ESTATE OF LYNN POULIN, JR.; MICHAEL POULIN; ESTATE OF SHERRY KAY ROCKHOLT; KELLI ANDERSON; KARA BELMAREZ; CARTER WEST; KRISTEN SIMON; SHERRI LASKA; DALE JOHNSTON; BRUCE DUANE SQUIRES; GAIL MARIE WILLIAMS; ALLISON GAIL MURPHY; PATRICIA ANN JAMESON; ESTATE OF ROBERT JAMESON; SARA LYNN DUVALL; LARRY DUVALL; MATTHEW STEPHEN REED; JILL LEIGH PARMETER; LARRY LARGE; CAREY MEISSNER; MARK MCVICKERS; IRMA MCVICKER; MOLLIE HANDY; EDWARD RICCI; ROBERT RODDY JR.; RUTH ANN HOLLER; JOHN HOLLER; JOSEPH AARON HOLLER; MELISSA WARNER; SCOTT NICHOLAS WARNER; ASHTON WARNER; VIOLET SUE LONEY; JIM ANTHONY KAYLOR; VICTORIA STRONG; ESTATE OF NATHAN STRONG; MALISA LINN; ESTATE OF RICHARD JEFFREY LINN; DORIS PANGELINAN KENT; CHRISTOPHER KENT; JARED JOHN SANTOS; APRIL HESS; KATHERINE MEEKS; BRADLEY KRYST; D.C.; M.C.; CONNOR LARSON; SAMANTHA ULRICH; SANDRA LEE HACKENBERG; NANCY ANN MORGADO; LETHA DODGE; RONNIE DODGE; HOLLIE TOWLE; TAMMY BOWDEN; JENNIFER MABUS; MONICA SMITH; DEBORAH TRIMBLE; ANTHONY TRIMBLE; ESTATE OF CHRIS NEIBERGER; MARY NEIBERGER; RICHARD NEIBERGER;

16

AMI NEIBERGER; ROBERT NEIBERGER;
ERIC NEIBERGER; PAMELA THRALL;
KATHLEEN STEPHENS; TRENT STEPHENS;
SUMMER STEPHENS; RHETT STEPHENS;
BRITTANI HOBSON; DEREK STEPHENS;
ESTATE OF JOSHUA REEVES; LESLIE
HARDCASTLE; JOSHUA JACKSON REEVES;
WANDA JEAN REEVES; JAMES REEVES;
JARED DILLON REEVES; JONI ARIEL
REEVES LITTLE; SHERRI C. HOILMAN;
PATRICK HANLEY; KATHERINE HANLEY;
EDWARD HANLEY; CECELIA HANLEY;
SAMUEL MONTALBANO; DEBORAH
WILSON; OBDULIA MONCADA; PRISCILA
MONCADA; MIRIAM LOPEZ; ALEXANDRA
AGUILAR; DANIELA MONCADA;
MATTHEW MONCADA; STEPHEN EVANS;
GUY L. DAVIS; TERESITA R. DAVIS;
ELIZABETH NICOLE DAVIS; AYLA DAVIS;
CHRIS DAVIS; DESTY BOATRIGHT;
CHRISTOPHER CRAIG; RICHARD
ROBERTSON; HYESUK JERAK; JARED
KRIGER; JESSICA KRIGER; JAMES AMOS;
DENNIS LEONARD; SHEENA MCCLOUD;
AIDAN MCCLOUD; LANDYN MCCLOUD,

Plaintiffs,

v.

JOHN DOE #1 (OWNER OF WALLET
TNiq9AXBp9EjUqhDhrwrfvAA8U3GUQZH81);
JOHN DOE #2 (OWNER OF WALLET
TTiDLWE6fZK8okMJv6ijg42yrH6W2pjSr9),

Defendants,

v.

TETHER INTERNATIONAL, S.A. de C.V..

Garnishee.

17

Plaintiffs have moved pursuant to Federal Rules of Civil Procedure 64 and 69, New York Civil Law and Practice Rules ("CPLR") 6201, 6211, and 6205, and Local Civil Rule 6.1(d) for an *ex parte* order granting an amended writ of attachment against property of Defendants John Doe #1 (Owner of Wallet TNiq9AXBp9EjUqhDhrwrfvAA8U3GUQZH81) and John Doe #2 (Owner of Wallet TTiDLWE6fZK8okMJv6ijg42yrH6W2pjSr9) (together, "Defendants"). Upon consideration of Plaintiffs' motion and supporting documents, it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that the Order of Attachment issued March 22, 2026 in this action (the "March 22 Order of Attachment") is hereby amended as provided herein. For the avoidance of doubt, in the event of any conflict between the terms of this Amended Order of Attachment and the March 22 Order, the terms of this Amended Order of Attachment shall govern.

It is further ORDERED that the March 22, 2026 Order of Attachment is vacated without prejudice solely with respect to the wallet addresses listed in Appendix A to that March 22 Order of Attachment, **except** wallet address TNiq9AXBp9EjUqhDhrwrfvAA8U3GUQZH81, as to which the March 22 Order of Attachment remains in full force and effect.[1]

It is further ORDERED that Paragraph 1(h) of the March 22 Order of Attachment is vacated without prejudice.

It is further ORDERED as follows:

1.    Plaintiffs are granted a writ of attachment pursuant to Federal Rule of Civil Procedure 64, N.Y. CPLR 6201(1), N.Y. CPLR 6205, and N.Y. CPLR 6211(a).

---

[1] For the avoidance of doubt, the March 22 Order of Attachment remains in effect as of the date it was issued, as amended by this Amended Order of Attachment, with respect to Defendant John Doe Owner of Wallet TNiq9AXBp9EjUqhDhrwrfvAA8U3GUQZH81 and the assets held in Wallet TNiq9AXBp9EjUqhDhrwrfvAA8U3GUQZH81 or any other wallet belonging to the John Doe Owner of Wallet TNiq9AXBp9EjUqhDhrwrfvAA8U3GUQZH81.

a.  The amount secured by this Amended Order of Attachment shall be $ $10,461,103,568.10, including prejudgment interest.

b.  The undertaking of $500 previously provided by Plaintiffs in connection with the March 22 Order of Attachment shall continue in effect and be deemed applicable to this Amended Order of Attachment.

c.  In addition to any other property of the Defendants that may be subject to levy within this jurisdiction, including all property in which Defendants are known or believed to have an interest now in and hereafter coming into the possession or custody of any person served with this Amended Order of Attachment, including all debts of such a person now due or thereafter coming due to the Defendants, this Amended Order of Attachment shall apply to any and all rights in property represented by the USDT held in the wallet addresses TNiq9AXBp9EjUqhDhrwrfvAA8U3GUQZH81 and TTiDLWE6fZK8okMJv6ijg42yrH6W2pjSr9 (together with the foregoing property described in this sentence, the "Attached Property"). The Marshal of the Southern District of New York is respectfully directed to levy by service of this Amended Order of Attachment, pursuant to CPLR 6214, upon the USDT stablecoins held at those wallet addresses and any such other Attached Property as will satisfy the aforementioned $ $10,461,103,568.10 by service on Garnishee Tether International, S.A. de C.V. ("Tether"). Except as otherwise provided in this Order, the Marshal shall hold and safely keep all such property and debts paid, delivered, transferred, or assigned to him or her or taken into his or her custody, to answer any judgment that may be obtained against the above-named defendant, in this action,

19

and that he or she proceed herein, otherwise, in the manner required by law. Notwithstanding the preceding sentence, the Marshal shall refrain from taking any property levied upon into his actual custody, pending further order of the court, and Garnishee shall retain such property subject to the terms of this Amended Order of Attachment to answer any judgment that may be obtained against Defendants.

d. The Marshal is respectfully directed to levy by service of this Amended Order of Attachment on Garnishee Tether pursuant to the methods specified in the Court's April 24, 2026 Order Authorizing Service of the Order of Attachment, to wit, by emailing a copy to any or all of Barry H. Berke (at Bberke@gibsondunn.com,), Dani R. James (at DJames@gibsondunn.com), or Daniel M. Ketani (at Dketani@gibsondunn.com) or, if that method is not acceptable to the Marshal's office, by delivery to the Manhattan offices of Gibson Dunn & Crutcher LLP, 200 Park Avenue, New York, New York.

e. All persons served with this Amended Order of Attachment shall be and hereby are forbidden to make or suffer any sale, assignment or transfer of, or any interference with any such property, or pay over or otherwise dispose of any such debt, to any person other than the Marshal, except upon direction of the Marshal or pursuant to this or other order of the Court, in the aforesaid sum of $10,461,103,568.10.

f. All garnishees upon whom a copy of this Amended Order of Attachment is served are directed to serve the statement required by CPLR 6219, by hand or overnight delivery upon the Marshal and Plaintiffs' counsel, (or via email if either party so consents), within 5 days after levy.

g. Plaintiffs shall move within 10 days after levy for an order confirming this Amended Order of Attachment, pursuant to CPLR 6211. Any response shall be due within 14 days of service of the motion pursuant to Paragraph 2 of this Order.

2. Within 10 days after levy, Plaintiffs are directed to provide notice of this Amended Order of Attachment and the motion to confirm this Amended Order of Attachment and supporting papers (the "Confirmation Papers") pursuant to CPLR 6211(b) as follows, such service to constitute sufficient notice under CPLR 6211(b) (both with respect to this Amended Order of Attachment and any similar filings with respect to the March 22 Order of Attachment):

a. On Defendants: Plaintiffs shall provide notice via a special-purpose token or tracking link (the "Service Token"), delivered or airdropped into each. The Service Token shall contain a hyperlink (the "Service Hyperlink") to a website Plaintiff's counsel will cause to be created, wherein Plaintiff's counsel shall publish the Confirmation Papers. The Service Hyperlink will include a mechanism to track when a person clicks on it. Notice shall be deemed effective on the date the Service Token is sent, and shall be effective whether or not the Service Hyperlink indicates that any Defendant has clicked on it.

c. On the Marshal: Plaintiffs shall provide notice by personal delivery or by electronic transmission to an email address provided by the Marshal's office for such purpose.

d. On Garnishee: Plaintiffs shall provide notice to Tether by any of the methods approved for service by the Marshal in the Court's April 24, 2026 Order Authorizing Alternative Service (except that Plaintiffs may employ such methods

21

directly, rather than via the Marshal's office, for this purpose), or by such other means as such Tether may consent to. The Clerk of Court shall limit the viewing of this order to SEALED.

Dated: _April 28, 2026_

SO ORDERED.

Hon. Loretta A. Preska
United States District Judge

Plaintiffs' Attorneys:

Michael J. Gottlieb
Willkie Farr & Gallagher LLP
2029 Century Park East
Los Angeles, CA 90067

Nicholas Reddick
Willkie Farr & Gallagher LLP
333 Bush St.
San Francisco, CA 94104

Lee S. Wolosky
Aaron E. Nathan
Willkie Farr & Gallagher LLP
787 Seventh Ave
New York, NY 10019

22