UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDERICK C. BENSON, et al.,

Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN, et al.,

Defendants.

No. 26-cv-2327 (LAP)

**[PROPOSED]**
**ORDER AUTHORIZING SERVICE OF THE SUMMONS AND COMPLAINT**

LORETTA A. PRESKA, Senior United States District Judge:

Plaintiffs move for an order authorizing service of the summonses and the Amended Complaint upon Defendant John Doe #1 (Owner of Wallet TNiq9AXBp9EjUqhDhrwrfvAA8U3GUQZH81) and Defendant John Doe #2 (Owner of Wallet TTiDLWE6fZK8okMJv6ijg42yrH6W2pjSr9) (collectively, "Defendants") pursuant to Federal Rules of Civil Procedure 4 and 28 U.S.C. § 1608(b)(3)(C).

Upon consideration of Plaintiffs' motion and supporting documents, it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED as follows:

With respect to the summonses and the Amended Complaint, the original complaint and any further amended complaints in this action, any default judgment required to be served under 28 U.S.C. § 1608(e), and any documents required to be served on Defendants under Fed. R. Civ. P. 5 prior to the Defendants appearing or defaulting by failing to appear, Plaintiffs are authorized to provide service upon Defendants pursuant to Fed. R. Civ. P. 4 and 28 U.S.C. § 1608(b)(3)(C) by transmitting a special-purpose token or tracking link (the "Service Token") to each Defendant's wallet address. The Service Token shall contain a hyperlink (the "Service Hyperlink") to a website

Plaintiffs' counsel will cause (or has caused) to be created, wherein Plaintiffs' counsel shall publish the relevant documents. Service shall be deemed effective on the date the Service Token is sent.

Dated:

SO ORDERED.

______________________________

Hon. Loretta A. Preska
United States District Judge