UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDERICK C. BENSON, et al.,

                Plaintiffs,

    v.

                                No. 26-cv-2327 (LAP)

ISLAMIC REPUBLIC OF IRAN, et al.

                Defendants.

### DECLARATION OF AARON E. NATHAN IN SUPPORT OF PLAINTIFFS' *EX PARTE* MOTION FOR ALTERNATIVE SERVICE

I, Aaron E. Nathan, declare pursuant to 28 U.S.C. § 1746 and Local Civil Rule 6.1(d):

1.      I am a member in good standing of the bars of the State of New York and the District of Columbia.  I am admitted to practice in the United States District Court for the Southern District of New York.  I am a partner at Willkie Farr & Gallagher LLP and am counsel for Plaintiffs in the above-captioned action. I respectfully submit this affidavit in support of Plaintiffs' *ex parte* motion for alternative service of the summons, complaint, and related documents on Defendants (the "Motion").

2.      Pursuant to Local Civil Rule 6.1(d), good and sufficient cause exists to grant this motion *ex parte*. *Ex parte* treatment of motions for alternative service is the norm, as frequently (as in this case) the defendant or party to be served has not appeared in the litigation and is difficult or impossible to reach through traditional means of service. *See*, *e.g.*, *Milwaukee Elec. Tool Corp. v. Individuals*, No. 1:25-CV-05294-LAP, 2025 WL 1904264, at *4 (S.D.N.Y. July 10, 2025); *Doe v. Hyassat*, 342 F.R.D. 53, 60 (S.D.N.Y. 2022); *Mattel, Inc. v. Animefun Store*, No. 18 CIV. 8824 (LAP), 2020 WL 2097624, at *2 (S.D.N.Y. May 1, 2020); *see also*, *e.g.*, CPLR 308(5) (authorizing alternative service "in such manner as the court, upon motion without notice, directs").

3. Transfers, transactions, and other activity occurring on the TNiq and TTiD Wallets can be viewed by (among other things) reviewing the publicly available crypto-wallet tracking website Tronscan.org ("TronScan"). TronScan is the most used blockchain explorer website for the TRON cryptocurrency network on which the TNiq and TTiD Wallets operate. TronScan allows anyone to view in real-time blockchain data including transactions, contracts, crypto-token balances, and a plethora of other activities involving cryptocurrency wallets, including the TNiq and TTiD Wallets. TronScan also allows users to view information, including the date, time, the quantity of a token or crypto-currency, and wallets involved with specific transactions and transfers.

4. Pursuant to the Court's Amended Order of Attachment and in connection with Plaintiffs' Motion to Confirm, on May 11, 2026 at 11:23 PM UTC (7:23 PM EDT), Plaintiffs caused to be transferred to each of the TNiq and TTiD Wallets an NFT token (the "NFT Service Tokens") containing a URL link to a website hosting copies of the relevant filings. Attached as Exhibit 1 is a true and correct copy of screenshot of the TronScan transaction page showing confirmation of this NFT Service Token transfer to the TNiq Wallet. Attached as Exhibit 2 is a true and correct copy of screenshot of the TronScan transaction page for the NFT Service Token transfer to the TTiD Wallet.

5. On May 19, 2026, the users of both the TNiq and TTiD Wallets attempted several transfers of USDT to several different wallets. Each transfer attempt failed.

6. In particular, on May 19, 2026, between 11:42 UTC and 11:52 UTC (i.e., between 7:42 AM and 7:52 AM EDT) the TNiq Wallet attempted to transfer 3 USDT to the wallet address TXFBqBbqJommqZf7BV8NNYzePh97UmJodJ, 12 USDT to the wallet address TXFBqBbqJommqZf7BV8NNYzePh97UmJodJ, 200 USDT to the wallet address

TRgTLJ5oVKp2r4qQccmoYaee8GP2Un2ZrY, and 3 million USDT to the wallet address TSSyXzXCLp7BbY59qwv2a71BuuGq83xE6E. Each transfer attempt failed. Attached as Exhibits 3–6 are true and correct copies of screenshots of the transaction pages for these failed transfer attempts by the TNiq Wallet.

7.      Also on May 19, 2026, between 11:56 UTC and 11:59 UTC (i.e., between 7:56 AM and 7:59 AM EDT), the TTiD Wallet attempted to transfer 10 USDT to the wallet address TCXfhTDMuS6pbfCEoACPcBf2EnnhMAAEWh and 2 million USDT to the wallet address TSSyXzXCLp7BbY59qwv2a71BuuGq83xE6E. Attached as Exhibits 7 and 8 are true and correct copies of screenshots of the transaction pages for these failed transfer attempts by the TTiD Wallet.

8.      Attached hereto as Exhibit 9 is a true and correct copy of the relevant provisions of Iran's Law on the Procedure of General and Revolutionary Courts (in Civil Matters), obtained through the Majlis Research Center, the official research arm of the Iranian Majlis (parliament), at https://rc.majlis.ir/fa/law/show/93305. Attached hereto as Exhibit 10 is a true and correct copy of a certified English translation of that document.

9.      Iran is not a party to the Hague Service Convention, and there is no other applicable convention for service in Iran. *See* Status Table, 14: Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, *available at* https://www.hcch.net/en/instruments/conventions/status-table/?cid=17.  Further, Plaintiffs are unaware of any individual or entity authorized by appointment or by law to receive service of process in the United States on behalf of the Central Bank of Iran. No special arrangement for service exists between Plaintiffs and the Central Bank of Iran.

10.     As of June 4, 2026, international mail and courier services have suspended shipments to Iran – including DHL, FedEx, UPS, and USPS.

3

11.     Attached hereto as Exhibit 11 is a true and correct screenshot of the DHL website, accessed June 4, 2026, showing a list of all countries DHL serves and not listing Iran.  *DHL Website* (last visited June 4, 2026), https://www.dhl.com/us-en/home/aviation-cargo/network-and-products/destinations-served.html.

12.     Attached hereto as Exhibit 12 is a true and correct screenshot of the DHL website, accessed June 4, 2026, showing that an attempted delivery of a package to Iran yields an error message stating "Restricted Country.  DHL Express does not ship to this country at this time. Please select a different country to continue."  *DHL Website* (last visited June 4, 2026), https://mydhl.express.dhl/ir/en/home.html#/createNewShipmentTab.

13.     Attached hereto as Exhibit 13 is a true and correct screenshot of the FedEx website, accessed June 4, 2026, listing Iran among a list of countries not currently served by FedEx.  *FedEx Website* (last visited June 4, 2026), https://www.fedex.com/en-jp/customer-support/faq/sending/what-goods-can-i-send/countries-not-served.html.

14.     Attached hereto as Exhibit 14 is a true and correct screenshot of the UPS website, accessed June 4, 2026, stating that there is "No Service Available" to Iran.  *UPS Website* (last visited June 4, 2026), https://www.ups.com/ga/CountryRegsPrint?loc=en_US&origcountry=US&destcountry=IR&cat=004002&PrintRegulations=PrintRegulations.

15.     Attached hereto as Exhibit 15 is a true and correct screenshot of the USPS website, accessed June 4, 2026, showing that USPS has a "Temporary Service Disruption" in Iran, stating that "The Postal Service™ has temporarily suspended acceptance of items destined to Iran due to logistics impacts resulting from the conflict in the Middle East."  *USPS Website* (last visited June 4, 2026), https://about.usps.com/newsroom/service-alerts/international/.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: June 4, 2026.

/s/ Aaron E. Nathan