# EXHIBIT 1



TRONSCAN

TRX: $0.3333 (-0.99%)

Home    Blockchain    Tokens    Data    Governance    TRON Ecosystem    Developers    More

Register | Log In    Connect Wallet

Search by Token / Account / Contract / Transaction / Block    All ˅

## Transaction Details  ‹ ›

⚠ This transaction involves suspicious tokens or accounts. Please be cautious!    ✕

TXKKZjuB2jiJxkVHhg9UaPa3RCzo8jAq8S  triggered the smart contract  SC  TLk3rbbTbatv8viseDcurdtYcjzvKgCkgw ⚠

| ? Hash: | 258233728f5c285e81611bb233e96dfc15e7e61accea1f5124b4425b9e3f6772 |
| ? Result: | ✅ SUCCESSFUL |
| ? Block & Time: | 82624100 | 22 days ago | 2026-05-11 23:04:00 (UTC) |
| ? Status: | CONFIRMED  Confirmed by over 200 blocks |
| ? Confirmed SRs: | 19  Luganodes  Kiln_Staking  Nansen_ai  Kraken ˅ |
| ? Resources Consumed & Fee:<br>Energy Fee Limit: 100 TRX | 🔥 14.2332 TRX ˅ |

**Overview**    Event Logs (2)

| ? Owner Address: | TXKKZjuB2jiJxkVHhg9UaPa3RCzo8jAq8S |
| ? Contract Address: | SC  TLk3rbbTbatv8viseDcurdtYcjzvKgCkgw ⚠ |
| ? Token Transfer: 1 | From  T9yD14Nj9j7xAB4dbGeiX9h8u... KHxuWwb  Black Hole Address(0)  To  TNiq9AXBp9EjUqhDhrwrfvAA8U3GUQZH81  1  Token* ⚠ (#2) |
| ? Amount: | 0 TRX |

? Method Called:    safeMint(address to, string uri, string notice)

| # | Name | Type | Data |
|---|------|------|------|
| 0 | to | address | TNiq9AXBp9EjUqhDhrwrfvAA8U3GUQZH81 |
| 1 | uri | string | https://data.ordertokenfiles.com/public/TNiq9AXBp9EjUqhDhrwrfvAA8U3GUQZH81_1778540631.json |
| 2 | notice | string | NOTICE: You have been served court documents. This token is non-transferable. If you are the address owner please view your documents via a TRC721 compatible viewer or by opening the document link within the URI JSON parameter. |

Switch Back