# EXHIBIT 2



TRONSCAN

TRX: $0.3339 (-0.79%)

Home    Blockchain    Tokens    Data    Governance    TRON Ecosystem    Developer    Register | Log In    Connect Wallet

Search by Token / Account / Contract / Transaction / Block                    All

## Transaction Details  ‹ ›

⚠ This transaction involves suspicious tokens or accounts. Please be cautious!                    ✕

TXKKZjuB2jiJxkVHhg9UaPa3RCzo8jAq8S  ⧉  triggered the smart contract  SC  TLk3rbbTbatv8viseDcurdtYcjzvKgCkgw ⧉ ⚠

| ? Hash: | 9c1ed6ce51e31485dab02ddee8ae01c57b0197d49af74e0ee658a4729425e7d3 ⧉ |
| ? Result: | ✓ SUCCESSFUL |
| ? Block & Time: | 82624098 ⧉ | 22 days ago | 2026-05-11 23:03:54 (UTC) ⊙ |
| ? Status: | CONFIRMED    Confirmed by over 200 blocks |
| ? Confirmed SRs: | 19    P2P.ORG    OKCoinJapan    Luganodes    Kiln_Staking  ⌄ |
| ? Resources Consumed & Fee:<br>Energy Fee Limit: 100 TRX | 🔥 15.7332 TRX  ⌄ |

**Overview**    Event Logs (2)

| ? Owner Address: | TXKKZjuB2jiJxkVHhg9UaPa3RCzo8jAq8S ⧉ |
| ? Contract Address: | SC  TLk3rbbTbatv8viseDcurdtYcjzvKgCkgw ⧉ ⚠ |
| ? Token Transfer: 1 | From  T9yD14Nj9j7xAB4dbGeiX9h8u... KHxuWwb  Black Hole Address(0) ⧉  To  TTiDLWE6fZK8okMJv6ijg42yrH6W2pjSr9 ⧉  1  ⚡ Token* ⚠ (#1) 🗒 |
| ? Amount: | 0 TRX |

? Method Called:    safeMint(address to, string uri, string notice)

| # | Name | Type | Data |
|---|------|------|------|
| 0 | to | address | TTiDLWE6fZK8okMJv6ijg42yrH6W2pjSr9 ⧉ |
| 1 | uri | string | https://data.ordertokenfiles.com/public/TTiDLWE6fZK8okMJv6ijg42yrH6W2pjSr9_1778540630.json |
| 2 | notice | string | NOTICE: You have been served court documents. This token is non-transferable. If you are the address owner please view your documents via a TRC721 compatible viewer or by opening the document link within the URI JSON parameter. |

Switch Back