Case 1:26-cv-02327-MMG    Document 58-3    Filed 06/04/26    Page 1 of 2

# EXHIBIT 3

