# EXHIBIT 4



TRONSCAN
TRX: $0.3331 (-1.86%)

Home    Blockchain    Tokens    Data    Governance    TRON Ecosystem    Developers NEW    More

Register | Log In    Connect Wallet

Search by Token / Account / Contract / Transaction / Block          All ∨

## Transaction Details ‹ ›

TNiq9AXBp9EjUqhDhrwrfvAA8U3GUQZH81  transferred  12 USDT  to  TXFBqBbqJommqZf7BV8NNYzePh97UmJodJ   Bitfinex  (Failed)

| ? Hash: | 9c0226470cf893ef24ef697c301a07ba2e79783b85053ec375ea43baecf9c1f7 |
|---|---|
| ? Result: | ⊗ FAILED -TRANSACTION REVERT> |
| ? Block & Time: | 82840860  |  15 days ago  |  2026-05-19 11:45:12 (UTC) |
| ? Status: | CONFIRMED   Confirmed by over 200 blocks |
| ? Confirmed SRs: | 19  ∟ Smart Consensus    BlockchainOrg    Chain Cloud    metaverse home ∨ |
| ? Resources Consumed & Fee: Energy Fee Limit: 40 TRX | 🔥 0.7916 TRX ∨ |

| ? Owner Address: | TNiq9AXBp9EjUqhDhrwrfvAA8U3GUQZH81 |
|---|---|
| ? Contract Address: | SC  TR7NHqjeKQxGTCi8q8ZY4pL8otSzgjLj6t   USDT Token |
| ? Amount: | 0 TRX |

? Method Called:

transfer(address _to, uint256 _value)

| # | Name | Type | Data |
|---|---|---|---|
| 0 | _to | address | TXFBqBbqJommqZf7BV8NNYzePh97UmJodJ |
| 1 | _value | uint256 | 12000000 |

Switch Back

? Private Note:     To access this feature, please Log In