# EXHIBIT 5

TRONSCAN
TRX: $0.3331 (-1.86%)

Home    Blockchain    Tokens    Data    Governance    TRON Ecosystem    Developers NEW    Mo...

Case 1:26-cv-02327-MMG    Document 58-5    Filed 06/04/26    Page 2 of 2

Register | Log In    Connect Wallet

Search by Token / Account / Contract / Transaction / Block    All ⌄

## Transaction Details ‹ ›

TNiq9AXBp9EjUqhDhrwrfvAA8U3GUQZH81 ⧉ transferred  200 🔴 USDT  to  TRgTLJ5oVKp2r4qQccmoYaee8GP2Un2ZrY ⧉ (Failed)

| | | |
|---|---|---|
| ? Hash: | 4e5928f42441d760f6b6aa84270aa6d68cbd1a64f10cb82e9c4ac3c65772c1f4 ⧉ | |
| ? Result: | ❌ FAILED -TRANSACTION REVERT> | |
| ? Block & Time: | 82840968 ⧉ | 15 days ago | 2026-05-19 11:50:36 (UTC) ⊕ | |
| ? Status: | CONFIRMED  Confirmed by over 200 blocks | |
| ? Confirmed SRs: | 19  ∟  Smart Consensus    BlockchainOrg    Chain Cloud    metaverse home  ⌄ | |
| ? Resources Consumed & Fee: Energy Fee Limit: 40 TRX | 🔥 0.7916 TRX  ⌄ | |

| | |
|---|---|
| ? Owner Address: | TNiq9AXBp9EjUqhDhrwrfvAA8U3GUQZH81 ⧉ |
| ? Contract Address: | SC TR7NHqjeKQxGTCi8q8ZY4pL8otSzgjLj6t  USDT Token ⧉ |
| ? Amount: | 0 TRX |

? Method Called:

transfer(address _to, uint256 _value)

| # | Name | Type | Data |
|---|---|---|---|
| 0 | _to | address | TRgTLJ5oVKp2r4qQccmoYaee8GP2Un2ZrY ⧉ |
| 1 | _value | uint256 | 200000000 |

[ Switch Back ]

? Private Note:    To access this feature, please Log In