# EXHIBIT 9

5/22/26, 1:48 PM
 Case 1:26-cv-02327-MMG   Document 58-9   Filed 06/04/26   Page 2 of 4
لوایح ها و طرح

تعیین و دستور ابلاغ دادخواست را صادر نماید. وقت جلسه باید طوری معین شود که فاصله بین ابلاغ وقت به اصحاب دعوا و روز جلسه کمتر از پنج روز نباشد.

درمواردی که نشانی طرفین دعوا یا یکی از آنها درخارج از کشور باشد فاصله بین ابلاغ وقت و روز جلسه کمتر از دوماه نخواهدبود.

ماده 65 - اگر به‌موجب یک دادخواست دعاوی متعددی اقامه شود که با یکدیگر ارتباط کامل نداشته باشند و دادگاه نتواند ضمن یک دادرسی‌به‌آنها رسیدگی کند، دعاوی اقامه شده را از یکدیگر تفکیک و به هریک درصورت صلاحیت جداگانه رسیدگی می‌کند و در غیر این‌صورت نسبت به‌آنچه‌صلاحیت ندارد با صدور قرار عدم صلاحیت، پرونده را به مراجع صالح ارسال می‌نماید.

ماده 66 - درصورتی که دادخواست ناقص باشد و دادگاه نتواند رسیدگی کند جهات نقص را قید نموده، پرونده را به دفتر اعاده می‌دهد. موارد نقص‌طی اخطاریه به خواهان ابلاغ می‌شود، خواهان مکلف است ظرف ده روز از تاریخ ابلاغ، نواقص اعلام شده را تکمیل نماید وگرنه دفتر دادگاه به‌موجب‌صدور قرار، دادخواست را رد خواهد کرد. این قرار ظرف ده روز از تاریخ ابلاغ قابل شکایت در همان دادگاه می‌باشد، رأی دادگاه دراین‌خصوص قطعی‌است.


مبحث دوم – ابلاغ

ماده 67 - پس از دستور دادگاه دایر به ابلاغ اوراق دعوا، مدیر دفتر یک نسخه از دادخواست و پیوستهای آنرا در پرونده بایگانی می کند و نسخه‌دیگر را با ضمایم آن و اخطاریه جهت ابلاغ و تسلیم به خوانده ارسال می‌دارد.

ماده 68 - مأمور ابلاغ مکلف است حداکثر ظرف دو روز اوراق را به شخص خوانده تسلیم کند و در برگ دیگر اخطاریه رسید بگیرد. درصورت‌امتناع خوانده از گرفتن اوراق، امتناع او را در برگ اخطاریه قید و اعاده می‌نماید.

تبصره 1 - ابلاغ اوراق در هریک از محل سکونت یا کار به‌عمل می‌آید. برای ابلاغ درمحل کار کارکنان دولت و موسسات مأمور به خدمات عمومی‌و شرکتها، اوراق به کارگزینی قسمت مربوط یا نزد رئیس کارمند مربوط ارسال می‌شود. اشخاص یادشده مسوول اجرای ابلاغ می‌باشند و باید حداکثربه‌مدت ده روز اوراق را اعاده نمایند، درغیراین صورت به مجازات مقرر در قانون رسیدگی به تخلفات اداری محکوم می‌گردند.

تبصره 2 - در مواردی که زن در منزل شوهر سکونت ندارد ابلاغ اوراق در محل سکونت یا محل کار او به‌عمل می‌آید.

ماده 69 - هرگاه مأمور ابلاغ نتواند اوراق را به شخص خوانده برساند باید در نشانی تعیین شده به یکی از‌بستگان یا خادمان او که سن و وضعیت‌ظاهری آنان برای تمیز اهمیت اوراق یادشده کافی باشد، ابلاغ نماید و نام و سمت گیرنده اخطاریه را در نسخه دوم قید و آنرا اعاده کند.

ماده 70 - چنانچه خوانده یا هریک از اشخاص یادشده در ماده قبل در محل نباشند یا از گرفتن برگهای اخطاریه استنکاف کنند، مأمور ابلاغ این‌موضوع را در نسخ اخطاریه قید نموده نسخه دوم را به نشانی تعیین شده الصاق می‌کند و برگ اول را با سایر اوراق دعوا عودت می‌دهد. دراین‌صورت‌خوانده می‌تواند تا جلسه رسیدگی به‌دفتر دادگاه مراجعه و با دادن رسید، اوراق مربوط را دریافت نماید.

ماده 71 - ابلاغ دادخواست درخارج از کشور به‌وسیله مأموران کنسولی یا سیاسی ایران

به‌عمل می‌آید. مأموران یادشده دادخواست و ضمایم آنراوسیله مأمورین سفارت یا هر وسیله‌ای که امکان داشته باشد برای خوانده می‌فرستند و مراتب را از طریق وزارت امور خارجه به‌اطلاع دادگاه می‌رسانند.درصورتی که در کشور محل اقامت خوانده، مأموران کنسولی یا سیاسی نباشند این اقدام را وزارت امورخارجه به‌طریقی که مقتضی بداند انجام می‌دهد.

ماده ۷۲ – هرگاه معلوم شود محلی را که خواهان در دادخواست معین کرده است نشانی خوانده نبوده یا قبل از ابلاغ تغییر کرده باشد و مأمور هم‌نتواند نشانی او را پیدا کند باید این نکته را در برگ دیگر اخطاریه قید کندو ظرف دو روز اوراق را عودت دهد. در این‌صورت برابر ماده (۵۴) رفتارخواهد شد مگر در مواردی‌که اقامتگاه خوانده برابر ماده (۱۰۱۰) قانون مدنی تعیین شده باشد که در همان محل ابلاغ خواهد شد.

ماده ۷۳ – درصورتی که خواهان نتواند نشانی خوانده را معین نماید یا در مورد ماده قبل پس از اخطار رفع نقص از تعیین نشانی اعلام ناتوانی کندبنابه درخواست خواهان و دستور دادگاه مفاد دادخواست یک نوبت در یکی از روزنامه‌های کثیرالانتشار به هزینه خواهان آگهی خواهد شد. تاریخ انتشارآگهی تا جلسه رسیدگی نباید کمتر از یک ماه باشد.

ماده ۷۴ – در دعاوی راجع به اهالی معین اعم از ده یا شهر یا بخشی از شهر که عده آنها غیر محصور است علاوه بر آگهی مفاد دادخواست به شرح‌ماده قبل، یک نسخه از دادخواست به شخص یا اشخاصی که خواهان آنها را معارض خود معرفی می‌کند ابلاغ می‌شود.

ماده ۷۵ – در دعاوی راجع به ادارات دولتی و سازمانهای وابسته به‌دولت و موسسات مأمور خدمات عمومی و شهرداریها و نیز موسساتی که تمام‌یا بخشی از سرمایه آنها متعلق به دولت است اوراق اخطاریه و ضمایم به رئیس دفتر مرجع مخاطب یا قائم مقام او ابلاغ و در نسخه اول رسید اخذمی‌شود. در صورت امتناع رئیس دفتر یا قائم‌مقام او از اخذ اوراق، مراتب در برگ اخطاریه قید و اوراق اعاده می‌شود. دراین مورد استنکاف از گرفتن‌اوراق اخطاریه و ضمایم و ندادن رسید تخلف از انجام وظیفه خواهد بود و به‌وسیله مدیر دفتر دادگاه به‌مراجع صالحه اعلام و به مجازات مقرر در قانون‌رسیدگی به تخلفات اداری محکوم خواهد شد.

تبصره – در دعاوی مربوط به شعب مراجع بالا یا وابسته به دولت به مسؤول دفتر شعبه مربوط یا قائم مقام او ابلاغ خواهد شد.

ماده ۷۶ – در دعاوی راجع به سایر اشخاص حقوقی دادخواست و ضمائم آن به مدیر یا قائم‌مقام او یا دارنده حق امضاء و در صورت عدم امکان به‌مسؤول دفتر مؤسسه با رعایت مقررات مواد (۶۸، ۶۹ و ۷۲) ابلاغ خواهد شد.

تبصره ۱ – در مورد این ماده هرگاه ابلاغ اوراق دعوا در محل تعیین شده ممکن نگردد، اوراق به آدرس آخرین محلی که به اداره ثبت شرکتها معرفی‌شده ابلاغ خواهد شد.

تبصره ۲ – در دعاوی مربوط به ورشکسته، دادخواست و ضمائم آن به اداره تصفیه امور ورشکستگی یا مدیر تصفیه ابلاغ خواهد شد.

تبصره ۳ – در دعاوی مربوط به شرکتهای منحل شده که دارای مدیر تصفیه نباشند، اوراق اخطاریه و ضمائم آن به آخرین مدیر قبل از انحلال درآخرین محلی که به اداره ثبت شرکتها معرفی شده است،ابلاغ خواهد شد.

ماده ۷۷ – اگر خوانده درحوزه دادگاه دیگری اقامت داشته باشد دادخواست و ضمائم آن

توسط دفتر آن دادگاه به‌هر وسیله‌ای که ممکن باشد ابلاغ‌می‌شود و اگر در محل اقامت خوانده دادگاهی نباشد توسط مأمورین انتظامی یا بخشداری یا شورای اسلامی محل یا با پست سفارشی دوقبضه ابلاغ‌می‌شود. اشخاص یادشده‌برابر مقررات، مسؤول اجرای صحیح امرابلاغ و اعاده اوراق خواهند بود. درصورتی که خوانده در بازداشتگاه یا زندان باشد، دادخواست و اوراق دعوا به‌وسیله اداره زندان به نامبرده ابلاغ خواهد شد.

ماده ۷۸ - هریک از اصحاب دعوا یا وکلای آنان می‌توانند محلی را برای ابلاغ اوراق اخطاریه و ضمایم آن در شهری که مقردادگاه است انتخاب‌نموده، به دفتر دادگاه اعلام کنند در این صورت کلیه برگهای راجع به دعوا در محل تعیین شده ابلاغ می‌گردد.

ماده ۷۹ - هرگاه یکی از طرفین دعوا محلی راکه اوراق اولیه در آن محل ابلاغ شده یا محلی راکه برای‌ابلاغ اوراق انتخاب‌کرده تغییر دهد و همچنین‌در صورتی که نشانی معین در دادخواست اشتباه باشد باید فوری محل جدید و مشخصات صحیح را به‌دفتر دادگاه اطلاع دهد. تاوقتی‌که به‌این ترتیب‌عمل نشده است، اوراق در همان محل سابق ابلاغ می‌شود.

ماده ۸۰ - هیچ‌یک از اصحاب دعوا و وکلای دادگستری نمی‌توانند مسافرتهای موقتی خود را تغییر محل اقامت حساب کرده، ابلاغ اوراق دعوای‌مربوط به خود را در محل نامبرده درخواست کنند. اعلام مربوط به تغییر محل اقامت وقتی پذیرفته می‌شود که محل اقامت برابر ماده (۱۰۰۴) قانون‌مدنی به طور واقعی تغییر یافته باشد. چنانچه بر دادگاه معلوم شود که اعلام تغییر محل اقامت برخلاف واقع بوده است اوراق به‌همان محل اولیه ابلاغ‌خواهد شد.

ماده ۸۱ - تاریخ و وقت جلسه به خواهان نیزبرابر مقررات این قانون ابلاغ می‌گردد.

تبصره - تاریخ امتناع خوانده از گرفتن اوراق یادشده در ماده (۶۷) و ندادن رسید به شرح مندرج در ماده (۶۸) ، تاریخ ابلاغ محسوب خواهد شد.

ماده ۸۲ - مأمور ابلاغ باید مراتب زیر را در نسخه اول و دوم ابلاغ‌نامه تصریح و امضاء نماید:

۱ - نام و مشخصات خود به‌طور روشن و خوانا.

۲ - نام کسی که دادخواست به‌او ابلاغ شده با تعیین این که چه سمتی نسبت به مخاطب اخطاریه دارد.

۳ - محل و تاریخ ابلاغ با تعیین روز، ماه و سال با تمام حروف.

ماده ۸۳ - در کلیه مواردی که به موجب مقررات این مبحث اوراق به غیر شخص مخاطب ابلاغ شود درصورتی دارای اعتبار است که برای دادگاه‌محرز شود که اوراق به اطلاع مخاطب رسیده است.

مبحث سوم - ایرادات و موانع رسیدگی

ماده ۸۴ - در موارد زیر خوانده می‌تواند ضمن پاسخ نسبت به ماهیت دعوا ایراد کند:

۱ - دادگاه صلاحیت نداشته باشد.

۲ - دعوا بین همان اشخاص در همان دادگاه یا دادگاه هم عرض دیگری قبلا" اقامه شده و تحت رسیدگی باشد و یا اگر همان دعوا نیست دعوایی‌باشد که با ادعای خواهان ارتباط کامل دارد.

۳ - خواهان به جهتی ازجهات قانونی از قبیل صغر، عدم رشد، جنون یا ممنوعیت از تصرف دراموال در نتیجه حکم ورشکستگی، اهلیت قانونی‌برای اقامه دعوا نداشته باشد.