# EXHIBIT 10

**Topic Two – Service of Process**

**Section 67 –** Upon the court's order directing service of the litigation papers, the clerk of the court shall retain one copy of the Complaint and its attachments in the case file, and shall send the other copy, together with its annexes and the Summons, for service and delivery to the defendant.

**Section 68 –** The process server shall be obligated to deliver the papers to the defendant personally within a maximum of two days and obtain an acknowledgment of receipt on the duplicate notice form. In the event the defendant refuses to accept the papers, such refusal shall be recorded on the notice form and the papers shall be returned.

**Subsection 1 –** Service of papers may be effected either at the place of residence or place of employment. For service at the workplace of government employees, employees of institutions entrusted with public services, and companies, the papers shall be delivered to the personnel department of the relevant division or to the immediate superior of the employee concerned. The aforementioned persons shall be responsible for effecting service and shall return the papers within a maximum period of ten days; otherwise, they shall be subject to the penalties prescribed by the Law on Administrative Violations.

**Subsection 2 –** In cases where a woman does not reside at her husband's residence, service of papers shall be effected at her residence or workplace.

**Section 69 –** If the process server is unable to deliver the papers personally to the defendant, service shall be effected at the specified address upon one of the defendant's relatives or servants, provided that, in view of their age and apparent condition, they are capable of understanding the importance of the said papers. The name and capacity of the recipient of the summons shall be stated on the duplicate copy and returned.

**Section 70 –** If the defendant or any of the persons referred to in the preceding Article are not present at the premises, or refuse to accept the summons papers, the process server shall record this matter on the copies of the summons, affix the duplicate copy at the designated address, and return the original copy together with the remaining litigation papers. In such case, the defendant may appear before the clerk's office of the court up to the hearing session and, upon acknowledgment of receipt, obtain the relevant papers.

**Section 71 –** Service of the complaint outside the country shall be effected through Iranian consular or diplomatic officers. The said officers shall transmit the complaint and its attachments to the defendant through embassy personnel or by any available means and shall inform the court thereof through the Ministry of Foreign Affairs. In the event there are no consular or diplomatic officers in the country of the defendant's residence, the Ministry of Foreign Affairs shall undertake such action in such manner as it deems appropriate.

**Section 72 –** Whenever it becomes known that the place designated by the plaintiff in the complaint is not the defendant's address, or that it had changed prior to service, and the process server is likewise unable to locate the defendant's address, the process server shall state this fact on the duplicate summons form and return the papers within two days. In such case, Section (54) shall apply, except where the defendant's domicile has been determined pursuant to Article (1010) of the Civil Code, in which case service shall be effected at the same location.

**Section 73 –** If the plaintiff is unable to specify the defendant's address, or, in the case referred to in the preceding Article, declares inability to provide an address after notice to cure deficiencies, then, upon the plaintiff's request and by order of the court, the contents of the complaint shall be published once in a widely circulated newspaper at the plaintiff's expense. The interval between the publication date and the hearing session shall not be less than one month.

**Section 74 –** In actions concerning an identifiable population, whether of a village, city, or district of a city, whose members are indefinite in number, in addition to publication of the contents of the complaint as provided in the preceding Article, one copy of the complaint shall be served upon the person or persons whom the plaintiff identifies as his adversaries.

**Section 75 –** In actions concerning government departments, government-affiliated organizations, institutions entrusted with public services, municipalities, and institutions whose capital is wholly or partially owned by the government, the notice papers and attachments shall be served upon the head clerk of the addressee authority or his deputy, and acknowledgment of receipt shall be obtained on the original copy. If the head clerk or his deputy refuses to accept the papers, such refusal shall be recorded on the notice form and the papers shall be returned. In such cases, refusal to accept the notice papers and attachments or failure to provide acknowledgment of receipt shall constitute dereliction of duty and shall be reported by the court clerk to the competent authorities, and the offender shall be subject to the penalties prescribed by the Law on Administrative Violations.

**Subsection –** In actions concerning branches of the aforementioned authorities or government-affiliated entities, service shall be effected upon the clerk responsible for the relevant branch or his deputy.

**Section 76 –** In actions concerning other legal persons, the complaint and its attachments shall be served upon the director, his deputy, or the authorized signatory, and if this is not possible, upon the office manager of the institution, in compliance with the provisions of Sections (68), (69), and (72).

**Subsection 1 –** Under this Article, whenever service of litigation papers at the designated location is not possible, the papers shall be served at the address most recently registered with the Companies Registration Office.

**Subsection 2 –** In actions concerning bankrupt persons, the petition and its attachments shall be served upon the Bankruptcy Administration Office or the bankruptcy trustee.

**Subsection 3 –** In actions concerning dissolved companies lacking a liquidator, the summons papers and their attachments shall be served upon the last director prior to dissolution at the last address registered with the Companies Registration Office.

**Section 77 –** If the defendant resides within the jurisdiction of another court, the complaint and its attachments shall be served by the clerk's office of that court by any available means. If there is no court at the defendant's place of residence, service shall be effected by law enforcement officers, the district authority, the local Islamic Council, or by registered mail with return receipt. The aforementioned persons shall, in accordance with the law, be responsible for the proper execution of service and return of the papers. If the defendant is detained or imprisoned, the complaint and litigation papers shall be served upon him through the prison administration.

**Section 78 –** Each of the parties to the action or their attorneys may designate a place within the city where the court is located for service of summons papers and attachments and notify the clerk's office thereof. In such case, all papers relating to the action shall be served at the designated location.

**Section 79 –** Whenever one of the parties changes the place where the initial papers were served, or the place designated for service of papers, or where the address specified in the complaint is incorrect, such party must immediately notify the clerk's office of the court of the new address and correct particulars. Until such notification is made, service shall continue to be effected at the former address.

**Section 80 –** None of the parties to the action or their attorneys may regard temporary travel as a change of domicile and request service of litigation papers at such temporary location. A declaration of change of domicile shall only be accepted where the domicile has genuinely changed in accordance with Section (1004) of the Civil Code. If the court determines that the declaration of change of domicile is contrary to fact, service shall be effected at the original address.

**Section 81 –** The date and time of the hearing session shall also be served upon the plaintiff in accordance with the provisions of this Law.

**Subsection –** The date on which the defendant refuses to accept the papers referred to in Section (67) and declines to provide acknowledgment of receipt, as provided in Section (68), shall be deemed the date of service.

**Section 82 –** The process server shall specify and sign the following particulars on both the original and duplicate copies of the notice of service:

- His name and identifying particulars in a clear and legible manner.

- The name of the person upon whom the complaint was served, specifying the person's relationship or capacity with respect to the addressee of the summons.
- The place and date of service, specifying the day, month, and year written out in full words.

**Section 83 –** In all cases where, pursuant to the provisions of this Topic, papers are served upon a person other than the intended addressee, such service shall be valid only if it is established to the satisfaction of the court that the papers came to the attention of the addressee.



100 Park Avenue, 16th Fl
New York, NY 10017
www.consortra.com

STATE of NEW YORK        )
                         )                    ss:
COUNTY of NEW YORK    )

### ***CERTIFICATE OF ACCURACY***

This is to certify that the attached document, "Law on the Procedure of General and Revolutionary Courts (in Civil Matters)" -- originally written in Farsi is to the best of our knowledge and belief, a true, accurate, and complete translation into English.

Dated: 5/26/2026

Heather Cameron
Project Manager
Consortra Translations

Sworn to and signed before ME
This 26th day of May, 2026

Notary Public



JAMES G MAMERA
Notary Public - State of New York
No. 01MA6157195
Qualified in New York County
My Comm. Expires Dec. 4, 2026

Your
legal
translation
partner

New York, NY  |  Washington DC  |  Houston, TX  |  San Francisco, CA  |  London