# EXHIBIT 11

Destinations Served - DHL - United States of America



## DHL AVIATION CARGO    ⌄

Our global network connects cargo to the world. Talk to your local sales representative today to see how we can help you take flight.

**Jump to**

| | |
|---|---|
| Americas | ⤵ |
| Asia Pacific | ⤵ |
| Europe | ⤵ |
| Middle East & Africa | ⤵ |



Single location (gateway)

Cluster (multiple locations, for more information see the listing below)

| | |
|---|---|
| Americas | ⌄ |
| Asia Pacific | ⌄ |
| Europe | ⌄ |
| **Middle East & Africa** | ⌃ |

Case 1:26-cv-02327-MMG    Document 58-11    Filed 06/04/26



| | | |
|---|---|---|
| Algeria | Algiers | ALG |
| Bahrain | Manama | BAH |
| Benin | Cotonou | COO |
| Burkina Faso | Ouagadougou | OUA |
| Cameroon | Douala | DLA |
| Cape Verde | Praia | RAI |
| Congo | Brazzaville | BZV |
| Congo | Kinshasa | FIH |
| Congo | Pointe-Noire | PNR |
| Cote d'Ivoire | Abidjan | ABJ |
| Djibouti | Djibouti | JIB |
| Egypt | Cairo | CAI |
| Equatorial Guinea | Malabo | SSG |
| Eritrea | Asmara | ASM |
| Gabon | Libreville | LBV |
| Gabon | Port Gentil | POG |
| Ghana | Accra | ACC |
| Iraq | Erbil | EBL |
| Israel | Tel Aviv | TLV |
| Jordan | Amman | AMM |
| Kenya | Nairobi | NBO |
| Kuwait | Kuwait City | KWI |
| Lebanon | Beirut | BEY |
| Mauritania | Nouakchott | NKC |
| Morocco | Casablanca | CMN |
| Morocco | Tangier | TNG |



| Nigeria | Port Harcourt | PHC |
|---|---|---|
| Oman | Muscat | MCT |
| Pakistan | Karachi | KHI |
| Pakistan | Lahore | LHE |
| Qatar | Doha | DOH |
| Saudi Arabia | Dammam | DMM |
| Saudi Arabia | Jeddah | JED |
| Saudi Arabia | Riyadh | RUH |
| Senegal | Dakar | DSS |
| Togo | Lome | LFW |
| United Arab Emirates | Abu Dhabi | AUH |
| United Arab Emirates | Dubai | DWC |
| United Arab Emirates | Dubai | DXB |
| United Arab Emirates | Sharjah | SHJ |

Contact your local sales representative to find out which destinations are served from your region.

# Make a Booking

Let us know your requirements.

**Contact us today**