# EXHIBIT 13

m/en-jp/customer-support/faq/sending/what-goods-can-i-send/countries-not-served.html

 **FedEx.**  Shipping ⌄   Tracking ⌄   Support ⌄   Account ⌄          Sign Up/Log In    🔍

Home › Customer Support › FAQ › Sending › What goods can I send? › What countries or regions are not served by FedEx?

< All help topics

**What goods can I send?**

Are there any precautions that should be taken when sending chemicals to the U.S.?

Are there any precautions that should be taken when sending electrical products to the U.S.?

Can FedEx clear Carnet's?

Can I send canned seafood to the U.S.? If so, what preparations are necessary before shipping?

Can I send monetary units?

Can I send personal effects to Australia?

Can I send trading cards with FedEx?

Can I ship e-cigarettes?

Can I ship perishables through FedEx?

Can I ship pharmaceuticals to the U.S.?

Can lighters be shipped by FedEx?

Does FedEx ship alcoholic beverages?

Does FedEx ship hazardous materials?

How do I obtain a prior notice confirmation number from the FDA, which is required when

| Search for ... |  |

# What countries or regions are not served by FedEx?

Currently, FedEx is unable to accept shipments to the following countries and regions:

Myanmar (Burma)
Central African Republic
Union of the Comoros
Cuba
Equatorial Guinea
Falkland Islands
Guinea-Bissau
Iran
Johnston Island
Kiribati
North Korea
Nauru
Niue
Saint Pierre and Miquelon
Sao Tome and Principe Democratic Republic
Sierra Leone
Solomon Islands
Somalia
Saint Helena
Sudan
Syrian Arab Republic
Tajikistan
Tokelau
Turkmenistan