# EXHIBIT 14



 Close Window

## Import/Export

United States to Iran (Islamic Republic of)

Country or Territory Regulations Topics:

**No Service Available**

NOTE: Information provided by UPS is provided AS IS, may not be current, and does not constitute legal advice. In no event shall UPS be liable for any errors in the information, forms or features made available by UPS, or by any third party site linked to from UPS. Selection and completion of proper forms for any given shipment is the sole responsibility of the shipper. All shipments are subject to the UPS Terms and Conditions of Service in effect at the time of shipping for the country or territory of origin.

Close Window