AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

Frederick C. Benson, et al,
*Plaintiff*
v.
Islamic Republic of Iran, et al
*Defendant*

Case No. 26-cv-2327

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs .

Date: 07/02/2026

/s/ Michael J. Gottlieb
*Attorney's signature*

Michael J. Gottlieb - 4424149
*Printed name and bar number*

Willkie Farr & Gallagher LLP
2029 Century Park East
Los Angeles, CA 90067
*Address*

mgottlieb@willkie.com
*E-mail address*

(310) 855-3000
*Telephone number*

(212) 728-8111
*FAX number*