# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel:  212 728 8000
Fax: 212 728 8111

**VIA ECF**

July 10, 2026

Hon. Margaret M. Garnett
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Re:     *Benson, et al. v. Islamic Republic of Iran, et al.*, No. 26-cv-2327 (MMG)

Dear Judge Garnett:

Plaintiffs write to clarify that the "Emergency Motion for Order of Attachment" docketed today (ECF No. 69) is not a new (or pending) motion, but is instead the original motion for attachment was filed and granted while the case was still under seal. *See* ECF No. 22. Plaintiffs understand that although the paper and electronic copies of this document had been on file with the Clerk's Office since Plaintiffs delivered them on March 23, 2026, this document was inadvertently not uploaded to the electronic docket during the unsealing process. Plaintiffs discovered the omission during a recent review of the electronic docket and are grateful to the Clerk's Office for their assistance in resolving the issue.

The only motion currently pending before the Court is Plaintiffs' Motion to Confirm the Order of Attachment, filed May 11, 2026 (ECF Nos. 39-41); *see* ECF No. 61, at 3.

Respectfully submitted,

/s/ Aaron E. Nathan

Michael J. Gottlieb
Willkie Farr & Gallagher LLP
2029 Century Park East
Los Angeles, CA 90067
(310) 855-3000
mgottlieb@willkie.com

Nicholas Reddick (*pro hac vice* forthcoming)
Willkie Farr & Gallagher LLP
333 Bush St.
San Francisco, CA 94104
(415) 858-7400
nreddick@willkie.com

BRUSSELS   CHICAGO   DALLAS   FRANKFURT   HAMBURG   HOUSTON   LONDON   LOS ANGELES
MILAN   MUNICH   NEW YORK   PALO ALTO   PARIS   ROME   SAN FRANCISCO   WASHINGTON

Lee S. Wolosky
Aaron E. Nathan
Willkie Farr & Gallagher LLP
787 Seventh Ave
New York, NY 10019
(212) 728-8000
lwolosky@willkie.com
anathan@willkie.com

*Counsel for Plaintiffs*