UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDERICK C. BENSON, et al.,

                    Plaintiffs,

        v.                                              No. 26-cv-2327 (MMG)

ISLAMIC REPUBLIC OF IRAN, et al.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/16/2026

### ~~[PROPOSED]~~ ORDER CONFIRMING ORDER OF ATTACHMENT

Plaintiffs have moved Pursuant to Federal Rule of Civil Procedure 64 and New York Civil Law and Practice Rule 6211(b) for an order confirming the April 28, 2026 Amended Order of Attachment (the "Amended Order of Attachment") and the March 22, 2026 Order of Attachment as amended by the Amended Order of Attachment (the "March 22 Order of Attachment," and together with the Amended Order of Attachment, the "Order of Attachment").

Upon consideration of Plaintiffs' motion and the supporting papers, it is hereby ORDERED that the motion is granted and the Order of Attachment is confirmed.

SO ORDERED.

Dated:
        New York, New York

                                        _____
                                        Hon. Margaret M. Garnett
                                        United States District Judge

SO ORDERED.  Dated July 16, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE