# Exhibit 2

# Legal

**1- Terms of Service**    2 Privacy Statement    3 Anti-Spam Policy    4    ›

Last updated: February 26th, 2026

**IMPORTANT: These Token Terms of Sale and Service govern the Tether Tokens, Tether Tokens Wallets and the Services (each as defined below). By purchasing or redeeming Tether Tokens, obtaining a Tether Tokens Wallet or accessing or using any of the Services, you acknowledge that you have read, understand, and completely agree to be bound by these Terms. If you do not agree to these Terms, as amended or modified by any subsequent amendment, change or update: (a) do not purchase or redeem Tether Tokens and (b) do not access the Site, access or use a Tether Tokens Wallet or use any of the Services. These Terms may be amended, changed, or updated by Tether at any time and without prior notice to you.**

**Only Persons (as defined below) who meet the requirements of these Terms are permitted to access the Site or use the Services. Any Person who is not eligible that utilizes the Services or who accesses the Site will be in breach of these Terms and may have any Fiat, Digital Tokens (each as defined below), funds, proceeds or other property, confiscated.**

These Terms apply to users of tether.to and app.tether.to (all pages, excluding gold.tether.to and any of its subpages and alloy.tether.to and any of its subpages, at such addresses are sometimes referred to as the "**Site**"). You should read these Terms carefully to determine which provisions apply to you. These Terms will continue to apply to you in respect of all the Services. By purchasing or redeeming a

Tether Token through the Site or transferring Tether Tokens into or from a Tether Tokens Wallet (collectively or individually, the "**Services**"), the user (referred to herein as "**user**," "**you**" or "**your**") agrees to these Terms.

These Terms, together with the Incorporated Materials (as defined below), constitute the entire agreement and understanding with respect to the access or use of any or all of the Services, and any access or use of the Site, between you and Tether International, S.A. de C.V. (formerly Tether International Limited) or any successor provider of the Services (together with any successors or assigns, "**Tether**"). Each of you and Tether are a "**Party**" and, collectively, the "**Parties**."

**NOTICE OF ASSIGNMENT**: Prior to 27 January 2025, these Terms constituted a contract between certain users of the Service ("**Prior TL Users**") and Tether Limited. As of and with effect from 27 January 2025: (1) Tether Limited assigned, granted, conveyed and transferred to Tether all of Tether Limited's right, title and interest in and to these Terms in respect of any Prior TL Users, and Tether has accepted such assignment; (2) Tether has agreed to acquire and perform all of Tether Limited's duties, liabilities and obligations under these Terms; (3) Tether is substituted for Tether Limited as a party to, and is bound by these Terms, and any references to Tether Limited in any prior versions of these Terms are to be read and construed as references to Tether; and (4) all rights of action and remedies vested in Tether Limited pursuant to these Terms shall vest in Tether. By utilising any of the Services on or after 27 January 2025, each Prior TL User irrevocably and unconditionally consents to the foregoing novation and assignment and releases and forever discharges Tether Limited from all further obligations arising under the Terms, whether present or future, actual or contingent.

For users of the Service who were not Prior TL Users, there is no change in counterparty. However, please note that Tether International Limited has redomiciled from the British Virgin Islands to the Republic of El Salvador, and is now named Tether International, S.A. de C.V.

The following documents are incorporated into these Terms by reference: the Risk Disclosure Statement; the Anti-Spam Policy; the Law Enforcement Requests Policy; and the Fee Schedule (the "**Incorporated Materials**"). Also, these Terms should be read in conjunction with the Privacy Statement and the Cookies Notice. In particular, please note that all transactions involving the Tether Tokens may be subject to fees levied by Tether as set out and updated in the Fees Schedule from time to time or as otherwise agreed between you and Tether. In the event of any inconsistency between these Terms, the Incorporated Materials and any other pages, policies,

terms, conditions, licences, limitations, or obligations contained within or on the Site, these Terms shall prevail. The information provided at tether.to/en/transparency and its subpages is provided to the public as part of Tether's continued commitment to transparency and is not a part of these Terms.

**PLEASE REVIEW THE ARBITRATION PROVISION SET FORTH BELOW CAREFULLY, AS IT WILL REQUIRE ALL PERSONS TO RESOLVE DISPUTES ON AN INDIVIDUAL BASIS THROUGH FINAL AND BINDING ARBITRATION AND TO WAIVE ANY RIGHT TO PROCEED AS A REPRESENTATIVE OR CLASS MEMBER IN ANY CLASS OR REPRESENTATIVE PROCEEDING. BY UTILISING THE SERVICES, YOU EXPRESSLY ACKNOWLEDGE THAT YOU HAVE READ AND UNDERSTAND ALL THESE TERMS AND HAVE TAKEN TIME TO CONSIDER THE CONSEQUENCES OF THIS IMPORTANT DECISION**.

The Tether Tokens and Services are not appropriate for Persons who do not possess the appropriate level of knowledge and experience to deal in them. Tether is under no obligation to assess the suitability of the Tether Tokens or Services for users and any comment or statement which may be made by Tether or any Associate as to the suitability of the Services to you should under no circumstances be considered as investment or legal advice and should not be received or relied upon as such. For further information on the risks of holding Tether Tokens and utilising the Services, you can review the Risk Disclosure Statement here.

The access or use of the Site and any of the Services is void where such access or use is prohibited by, would constitute a violation of, or would be subject to penalties under applicable Laws, and shall not be the basis for the assertion or recognition of any interest, right, remedy, power, or privilege.

1. **Interpretation**

    1.1. **Definitions**: In these Terms and all documents incorporated herein by reference, the following words have the following meanings unless otherwise indicated:

    1.1.1. "**Affiliate**" means, in relation to a Person, a direct or indirect subsidiary of that Person, a holding company of that Person, and any other subsidiary of that holding company;

    1.1.2. "**AML**" means anti-money laundering, including, all Laws applicable to the Parties prohibiting money laundering or any acts or attempted acts to conceal or disguise the identity or origin of;

change the form of; or move, transfer, or transport, illicit proceeds, property, funds, Fiat, or Digital Tokens, including the promotion of any unlawful activity such as fraud, tax evasion, embezzlement, insider trading, financial crime, bribery, cyber theft or hack, narcotics trafficking, weapons proliferation, terrorism, or Economic Sanctions violations, which may also require internal controls to detect, prevent, report, and maintain records of suspected money laundering or terrorist financing;

1.1.3.  "**Anti-Corruption**" means all Laws applicable to each Party prohibiting corruption or bribery of Government Officials, kickbacks, inducements, and other related forms of commercial corruption or bribery;

1.1.4.  "**Associates**" means each and every one of Tether's Affiliates and each of its and its respective Affiliates' shareholders, directors, officers, Affiliates, employees, contractors, agents, partners, insurers, and attorneys;

1.1.5.  "**Canadian Person**" means:

1.1.5.1.  a resident of any province or territory of Canada;

1.1.5.2.  any Person established or organised in or under the Laws of Canada or any province or territory of Canada;

1.1.5.3.  any estate of a decedent who was a resident of any province or territory of Canada; or

1.1.5.4.  any Person established or organised outside Canada or any province or territory of Canada, in which any of the Persons described in paragraphs 1.1.5.1 to 1.1.5.3 (and in the case of Person(s) described in 1.1.5.2., provided that such Person(s) are themselves actively carrying on business in Canada), whether singularly or in the aggregate, directly or indirectly (i) holds a 50 percent or greater equity interest by votes or value, (ii) holds a majority of seats or memberships on the board of directors of the entity, or (iii) authorises, establishes, directs, or otherwise controls the actions, policies, personnel decisions, or day-to-day operations of the Person;

1.1.6.  "**Controlling Person**" means any Person who owns more than a 25 percent interest in any Person or Affiliate of that Person;

1.1.7.  "**Copyrights**" has the meaning set out in paragraph 10.2 of these Terms;

1.1.8.  "**CRS**" means the common reporting standard or the Standard for Automatic Exchange of Financial Account Information;

1.1.9.  "**CTF**" means counter-terrorist financing;

1.1.10.  "**Digital Tokens**" means a digital representation of value that functions as (i) a medium of exchange; (ii) a unit of account; (iii) a store of value, and/or (iv) other similar digital representations of rights or assets, typically including blockchain-based assets or rights including sovereign cryptocurrency or virtual currency such as bitcoins, and Tether Tokens;

1.1.11.  "**Digital Tokens Address**" means an alphanumeric identifier that represents a potential destination for a Digital Tokens transfer, which typically is associated with a user's Digital Tokens Wallet;

1.1.12.  "**Digital Tokens Wallet**" means a software application (or other mechanism) that provides a means for holding, storing, and transferring Digital Tokens, including a user's Digital Tokens Address, Digital Tokens balance, and cryptographic keys;

1.1.13.  "**Economic Sanctions**" means financial sanctions, trade embargoes, export or import controls, anti-boycott, and restrictive trade measures enacted, administered, enforced, or penalised by any applicable Laws;

1.1.14.  "**Eligible Contract Participant**" has the meaning set out in Section 1a(18) of the United States Commodity Exchange Act and Rule 1.3 of the United States Commodity Futures Trading Commission, each as amended;

1.1.15.  "**FATCA**" means the United States Foreign Account Tax Compliance Act, as enacted by Title V, Subtitle A of the Hiring Incentives to Restore Employment Act, P.L 111-147 (2010), as amended;

1.1.16.   "**FATF**" means the Financial Action Task Force;

1.1.17.   "**FIA**" means the Financial Investigation Authority of the British Virgin Islands;

1.1.18.   "**Fiat**" means the money or currency of any country or jurisdiction that is:

   1.1.18.1.   designated as legal tender; and,

   1.1.18.2.   circulated, customarily used, and accepted as a medium of exchange in the country or jurisdiction of issuance;

1.1.19.   "**FinCEN**" means the Financial Crimes Enforcement Network of the U.S. Department of the Treasury;

1.1.20.   "**Government**" means any national, federal, state, municipal, local, or foreign branch of government, including any department, agency, subdivision, bureau, commission, court, tribunal, arbitral body, or other governmental, government appointed, or quasi-governmental authority or component exercising executive, legislative, juridical, regulatory, or administrative powers, authority, or functions of or pertaining to a government instrumentality, including any parasternal company, or state-owned (majority or greater) or controlled business enterprise;

1.1.21.   "**Government Approval**" means any authorisation, licence, permit, consent, approval, franchise, concession, lease, ruling, certification, exemption, exception, filing or waiver by or with any Government necessary to conduct the business of either Party or the execution, delivery and performance of any of the Services or any transaction entered into under these Terms;

1.1.22.   "**Government Official**" means an officer or employee of any Government, a director, officer, or employee of any instrumentality of any Government, a candidate for public office, a political party or political party official, an officer or employee of a public international organisation, and any Person who is acting in an official capacity for any of the foregoing, even if such Person is acting in that capacity temporarily and without compensation;

1.1.23. "**Laws**" means all laws, statutes, orders, regulations, rules, treaties, and/or official obligations or requirements enacted, promulgated, issued, ratified, enforced, or administered by any Government that apply to you or the Site;

1.1.24. "**Losses**" means, collectively, any claim, application, loss, injury, delay, accident, cost, business interruption costs, or any other expenses (including attorneys' fees or the costs of any claim or suit), including any incidental, direct, indirect, general, special, punitive, exemplary, or consequential damages, loss of goodwill or business profits, work stoppage, data loss, computer failure or malfunction, or any and all other commercial losses;

1.1.25. "**Marks**" has the meaning set out in paragraph 10.1 of these Terms;

1.1.26. "**OFAC**" means Office of Foreign Assets Control of the U.S. Department of the Treasury;

1.1.27. "**Person**" includes an individual, association, partnership, corporation, company, other body corporate, trust, estate, and any form of organisation, group, or entity (whether or not having separate legal personality);

1.1.28. "**Personal Information**" has the meaning set out in the Privacy Statement;

1.1.29. "**Prohibited Jurisdiction**" means Cuba, the Democratic People's Republic of Korea (North Korea), Iran, Syria, Crimea (a region of Ukraine annexed by the Russian Federation), the self-proclaimed Donetsk People's Republic (a region of Ukraine), the self-proclaimed Luhansk People's Republic (a region of Ukraine), Kherson (a region of Ukraine) and Zaporizhzhia (a region of Ukraine);

1.1.30. "**Prohibited Person**" means any U.S. Person (except for Eligible Contract Participants agreed by Tether, in its sole discretion); any Canadian Person; any Singaporean Person; the Government of Venezuela; any resident of, or Government or Government Official of, or any person in any Prohibited Jurisdiction and any Sanctioned Person;

1.1.31. "**Prohibited Use**" has the meaning set out in paragraph 8 of these Terms;

1.1.32. "**Reserves**" has the meaning set out in paragraph 4.1 of these Terms;

1.1.33. "**Sanctioned Person**" refers to any Person or Digital Tokens Address that is: (i) specifically listed in any Sanctions List; (ii) directly or indirectly owned 50 per cent or more by any Person or group of Persons in the aggregate, or a Digital Tokens Wallet associated with such Person or Persons, referred to in any Sanctions List, or Government or Government Official of any Prohibited Jurisdiction; or (iii) subject to any Government Approval or otherwise sanctioned, restricted or penalised under applicable Economic Sanctions, AML or CTF Laws;

1.1.34. "**Sanctions List**" means the "Specially Designated Nationals and Blocked Persons" ("**SDN**") List and the Non-SDN List, including the "Sectoral Sanctions Identifications List", published by OFAC; the Section 311 Special Measures for Jurisdictions, Financial Institutions, or International Transactions of Primary Money Laundering Concern published by FinCEN; or under Economic Sanctions, AML, or CTF Laws of or by Governments of the United States, the Republic of El Salvador, the British Virgin Islands (including any sanctioned, restricted, or debarred party list under the Laws of the United Kingdom and applicable in the British Virgin Islands), the United Nations, or any other jurisdiction or Government, as applicable to you or to Tether or the Services, as amended, supplemented, or substituted from time to time;

1.1.35. "**Singaporean Person**" means:

1.1.35.1. a resident of Singapore;

1.1.35.2. any Person established or organised in or under the Laws of Singapore;

1.1.35.3. any estate of a decedent who was a resident of Singapore;

1.1.35.4. any fund established or organised outside of Singapore where the Persons that principally provide trading

instructions or make investment decisions for the fund do so from Singapore; or

1.1.35.5. any Person established or organised outside Singapore, in which any of the foregoing, whether singularly or in the aggregate, directly or indirectly (i) holds a 50 per cent or greater equity interest by votes or value, (ii) holds a majority of seats or memberships on the board of directors of the entity, or (iii) authorises, establishes, directs, or otherwise controls the actions, policies, personnel decisions, or day-to-day operations of the Person;

1.1.36. "**Tax Information Exchange Laws**" means Laws relating to the exchange of information relating to taxes between Governments, including FATCA and CRS;

1.1.37. "**Terms**" means these terms and conditions of sale and service, as they may be changed, amended, or updated from time to time, including the following Site policies and pages: the Risk Disclosure Statement; the Anti-Spam Policy; the Law Enforcement Requests Policy; and the Fee Schedule;

1.1.38. "**Territory or Insular Possession of the United States**" means the Commonwealth of Puerto Rico; the U.S. Virgin Islands; Guam; the Commonwealth of the Northern Mariana Islands; and all other territories and possessions of the United States, other than the Indian lands (as that term is defined in the Indian Gaming Regulatory Act);

1.1.39. "**Tether Token**" means the Digital Token referencing a unit of Fiat issued and redeemed by Tether;

1.1.40. "**Tether Tokens Wallet**" means the Digital Tokens Wallet provided to a user by Tether as the means for purchasing and redeeming Tether Tokens in connection with the Services, subject to these Terms;

1.1.41. "**United States**" or "**U.S.**" means the several states of the United States and the District of Columbia;

1.1.42. "**U.S. Account"** means any account that is held by one or more U.S. Persons or non-U.S. entities that have one or more Controlling

Persons who is a U.S. Person.

1.1.43. "**U.S. Citizen or U.S. Resident**" includes any U.S. citizen, U.S. lawful permanent resident, individual who meets the "substantial presence" test described in section 7701(b)(3) of the U.S. Internal Revenue Code of 1986 (as amended), protected individual under section 1324b(a)(3) of the U.S. Immigration and Nationality Act, or individual who holds a passport issued by the United States Government;

1.1.44. "**U.S. Financial Institution**" means any U.S. Person and any of its affiliates, branches, offices, or agents incorporated, organized, or located in the United States or Territory or Insular Possession of the United States that is engaged in the business of: (i) accepting deposits, (ii) making, granting, transferring, holding, or brokering remittances, loans, or credits, or (iii) purchasing or selling foreign exchange, securities, commodity futures or options, or procuring purchases and sellers thereof, whether as principal or agent, and this term applies to affiliates, branches, offices, and agencies of any foreign financial institution that are located in the United States or Territory or Insular Possession of the United States, but not such foreign financial institution's affiliates, branches, offices, or agencies located outside the United States and Territory or Insular Possession of the United States;

1.1.45. "**U.S. Person**" means:

1.1.45.1. a U.S. Citizen or U.S. Resident;

1.1.45.2. a corporation, partnership, or other entity established or organised in or under the Laws of the United States;

1.1.45.3. any estate: (i) of a decedent who was a U.S. Citizen or U.S. Resident at the time of death; (ii) of which any executor or administrator is a U.S. Person (unless this executor or administrator is a professional fiduciary and shares with a non-U.S. Person investment discretion with respect to the assets of an estate that is governed by non-U.S. law); (iii) which is administered under the laws of the United States; and (iv) with assets located in the United States;

1.1.45.4.   any trust if (i) a court within the United States is able to exercise primary supervision over the administration of the trust, and (ii) one or more U.S. Persons have the authority to control all substantial decisions of the trust;

1.1.45.5.   any Person organised or incorporated outside the United States and the Territory or Insular Possession of the United States in which any of the foregoing, whether singularly or in the aggregate, directly or indirectly (i) holds a 50 percent or greater equity interest by votes or value, (ii) holds a majority of seats or memberships on the board of directors of the entity, or (iii) authorises, establishes, directs, or otherwise controls the actions, policies, personnel decisions, or day-to-day operations of the Person; or

1.1.45.6.   any pension plan for the employees, officers or principals of a legal entity described in paragraph 1.1.45.2, unless the pension plan is primarily for foreign employees of such entity;

1.1.46.   "**User Insolvency Event**" means if you are subject to any of the following insolvency events: (i) you stop or suspend payment of any of your debts or are unable to, or admit your inability to, pay your debts as they fall due; (ii) you commence negotiations, or enter into any composition, compromise, assignment or arrangement, with one or more of your creditors with a view to rescheduling any of your indebtedness (because of actual or anticipated financial difficulties); (iii) a moratorium is declared in respect of any of your indebtedness; (iv) any action, proceedings, procedure or step is taken in relation to: (a) a composition, compromise, assignment or arrangement with any of your creditors; or (b) the appointment of a liquidator, receiver, administrative receiver, administrator, compulsory manager or other similar officer in respect of you or any of your assets; (v) the value of your assets is less than your liabilities (taking into account contingent and prospective liabilities); or (vi) any event occurs in relation to you that is analogous to those set out in paragraphs (i) to (v) (inclusive) above in any jurisdiction;

1.1.47. "**User Wallet**" means any Digital Tokens Wallet utilised by a user to transact in or hold Tether Tokens, including a Tether Tokens Wallet;

1.1.48. "**Virus**" means any harmful or surreptitious code with a purpose to, effect of or that could be reasonably be expected to: (i) cause any unplanned interruption of the operation of a website (such as the Site), software or computer system, (ii) unauthorised use of a website (such as the Site), software or computer system, (iii) altering, destroying, or inhibiting the use of a website (such as the Site), software or computer system; or (iv) block access to, or prevent the use or accessibility of a website (such as the Site), software or computer system. Viruses include malware, trojan horses, system monitors/keyloggers, dialers, adware, and adware cookies lockup, time bomb, key lock device program, or disabling code; and

1.1.49. "**you**" or "**your**" means the user.

1.2. **Headings**: The headings and sub-headings in these Terms are for ease of reference only and are not to be taken into account in the construction or interpretation of any provision or provisions to which they refer.

1.3. **Extended Meanings**: Unless otherwise specified in these Terms, words importing the singular include the plural and vice versa and words importing gender include all genders. The word "include," "includes" or "including" will be interpreted on an inclusive basis and be deemed to be followed by the words "without limitation."

1.4. **Governing Law**: These Terms shall be governed by and construed and enforced in accordance with the Laws of the British Virgin Islands, and shall be interpreted in all respects as a British Virgin Islands contract. Any dispute, controversy, claim or action arising from or related to your access or use of the Site or the Services or these Terms likewise shall be governed by the Laws of the British Virgin Islands, exclusive of choice-of-law principles.

2. **Right to Use the Service**: If you (a) have a Tether Tokens Wallet, (b) are not a Prohibited Person, (c) do not operate your Tether Tokens Wallet for the benefit of a Prohibited Person, and (d) consent to and comply with these Terms, Tether grants you the limited right to use the Services. The right to use the Services is a personal, restricted, non-exclusive, non-transferable, non-sublicensable,

revocable, limited licence, and it is subject to the limitations and obligations in these Terms. Nothing in these Terms gives you any licence (other than as set out in this paragraph), right, title, or ownership of, in, or to the Site, any of the Services, the Copyrights or the Marks. Tether may suspend or terminate your access to the Site or any of the Services, freeze any Tether Tokens held by you, or terminate your Tether Token Wallet, as required by applicable Law or where Tether, in its sole discretion, determines it is prudent to do so or where you have violated, breached, or acted in a manner inconsistent with any provision of these Terms or Applicable Law.

3. **Restrictions on Prohibited Persons.** Every Prohibited Person is strictly prohibited from directly or indirectly holding, owning or operating a Tether Tokens Wallet in any way or otherwise transacting on or using the Services.

   3.1. No Tether Tokens Wallet may be operated for and no order or transaction in a Tether Tokens Wallet may be for the financial or other benefit of a Prohibited Person.

   3.2. With respect to any Person organised or incorporated outside the United States and the Territory or Insular Possession of the United States, the prohibitions in paragraphs 3 and 3.1 are governed by the terms of paragraph 1.1.45.5 and will be applied at the entity level.

   3.3. For the avoidance of doubt, U.S. Persons (except for Eligible Contract Participants agreed by Tether, in its sole discretion) are prohibited from directly or indirectly holding, owning or operating a Tether Tokens Wallet or Tether Tokens in any way or otherwise transacting on or using any Tether Tokens, the Site or any Services. In addition, where you are not a U.S. Person, but Tether knows or has reason to know that you make a deposit, withdrawal, or transfer of Fiat or Digital Tokens to, from, or through any U.S. Financial Institution to facilitate the provision of the Services, then you may be prohibited from using the Services, at the sole discretion of Tether.

4. **About Tether Tokens**:

   4.1. **Issuances and Redemptions**. Issuances and redemptions of Tether Tokens may be completed with Tether pursuant to these Terms. Tether Tokens may also be used, kept, or exchanged online wherever parties are willing to accept Tether Tokens. Tether may from time to time make Tether Tokens available for purchase subject to minimum purchase and

other requirements. Where Tether makes Tether Tokens available to purchase through the Site, and subject to compliance with these Terms, the purchase price payable by a user for one Tether Token will be one unit of the Fiat currency to which it is pegged (for the USD₮ Tether Token, 1 USD for 1 USD₮; for the MXN₮ Tether Token, 1 Mexican Peso (MXN) for 1 MXN₮), plus fees, where applicable. Each Tether Token in circulation is 100% backed by an amount of assets ("**Reserves**") equal to the stated value of the Tether Token. Tether Tokens are denominated in a specific Fiat currency. For example, if you purchase 100 USD₮, Reserves valued at US$100.00 back those Tether Tokens. The Reserves are comprised of cash, cash equivalents and other assets and may include loan receivables and other assets from Affiliates. Tether Tokens are backed by Tether's Reserves, including Fiat, but Tether Tokens are not Fiat themselves. Issuances and redemptions of Tether Tokens are administered by Tether. Tether may from time to time make redemptions of Tether Tokens through the Site subject to minimum redemption amounts and other requirements. Subject to compliance with these Terms, the redemption price payable by Tether for one Tether Token will be one unit of the Fiat currency to which it is pegged (for the USD₮ Tether Token, 1 USD for 1 USD₮; for the MXN₮ Tether Token, 1 Mexican Peso (MXN) for 1 MXN₮; and for the CNH₮ Tether Token, 1 offshore Chinese yuan (CNH) for 1 CNH₮) less fees, where applicable. The Fiat currency payable on redemption will be paid to the bank account in your name designated by you via the process specified by Tether. Tether Tokens may be issued on multiple blockchain protocols. In order to cause Tether Tokens to be issued or redeemed by Tether, you must be a verified customer of Tether. The right to purchase Tether Tokens or have Tether Tokens redeemed is a contractual right personal to you. Tether Tokens are not legal tender and are not backed by any Government or protected through any insurance provided by Tether or any of its Affiliates. Tether Tokens are not subject to Federal Deposit Insurance Corporation or Securities Investor Protection Corporation protections, or to analogous protections in other jurisdictions. As previously announced, Tether ceased to redeem: (a) USD₮ pursuant to these Terms on the Omni, Bitcoin Cash SLP, Kusama, EOS, and Algorand blockchains effective as of September 1, 2025; and (b) EUR₮ pursuant to these Terms effective as of November 27, 2025 .

4.2.   **Forks**. Tether Tokens are or may be issued on various decentralised and open source blockchains and protocols. Blockchains and protocols can sometimes experience events called "forks" where an alternative version of a blockchain or protocol is created. Where forks occur, it is possible that multiple versions of a Digital Token available on such blockchain or protocol could be created, for example, one on each fork. Due to the nature of Tether Tokens, if a fork creates two or more Digital Tokens which purport to be a Tether Token, it is only possible for one of those Digital Tokens to be a Tether Token. Where a blockchain or protocol on which Tether Tokens are issued is forked, Tether may elect to suspend the Services temporarily or for an extended period of time on little or no notice. As a result, in the event of a fork only the Digital Tokens on the particular blockchain or protocol that Tether or its Affiliate announces on the Site as being supported by Tether or such Affiliate are Tether Tokens. Any other Digital Tokens resulting from the fork are not Tether Tokens.

4.3.   **Support for Blockchains and Protocols**. Tether is under no obligation to support, or to maintain support for, any particular blockchain or protocol, including any particular blockchain or protocol or any Digital Tokens, including as a result of a fork of a blockchain, the identification of a security issue, community support or otherwise. Tether may determine, in its sole discretion, whether to support a particular fork of a blockchain or protocol or whether to cease support for all versions of a particular blockchain or protocol (whether as a result of a fork, the identification of a security issue, community support or otherwise). Where Tether determines to cease support for a particular blockchain or protocol (whether as a result of a fork, the identification of a security issue, community support or otherwise), you must take any and all actions reasonably necessary to effectuate the migration of your Tether Token to a supported blockchain or protocol identified by Tether. Tether assumes no liability or responsibility whatsoever arising out of or relating to your failure to effectuate such migration of your Tether Token to another blockchain or protocol identified by Tether.

4.4.   **No Liability for Withdrawal of Support**. Tether assumes no liability or responsibility whatsoever for any Losses or other issues that might arise from Tether electing to support or not support a particular blockchain or protocol, any forked version of any particular blockchain or protocol or any Digital Tokens resulting from a fork of a blockchain or protocol.

4.5. **Risk of Wrapped or Bridged Tokens**: It is also possible that a third-party could create a Digital Token which claims to be an alternative version of Tether Tokens, such as by "wrapping" or "bridging" Tether Tokens. These Digital Tokens are not Tether Tokens. They are not sold or issued through the Site or supported by Tether, they cannot be redeemed with Tether or otherwise used with the Site and Tether assumes no liability or responsibility whatsoever for any Losses or other issues that might arise from use of such Digital Tokens.

4.6. **Incurrence of Liability and Passage of Title**: The Parties hereby agree that (i) Tether has obtained authorisation as a Stablecoin Issuer and Digital Assets Service Provider under the El Salvador Regulations for Issuance of Stablecoin Public Offerings and is subject to the regulatory requirements specified by the National Commission of Digital Assets of El Salvador; (ii) each Party incurs liability irrevocably for: (x) the sale and purchase of Tether Tokens through the Site upon the satisfaction of the conditions to purchase through the Site, and, (y) the redemption of Tether Tokens through the Site upon the satisfaction of the conditions to redeem through the Site in each case, such transactions deemed to be located within the Republic of El Salvador; and (iii) title in the Tether Tokens passes from Tether to a verified customer of Tether when Tether initiates transmission of the Tether Tokens to a User Wallet designated by such customer, such initiation deemed to be from the Republic of El Salvador.

5. **Transfer of Tether Tokens; Mechanics**: Your Digital Tokens Address and associated User Wallet are controlled by your private key and your Digital Tokens Address and associated User Wallet, including the ability to access Tether Tokens through the Site, may be stolen or lost and otherwise unrecoverable if the private key is compromised or lost. You accept all consequences of sending Tether Tokens off of, or otherwise interacting with, the Site. Tether Token transactions are not reversible. Once you send Tether Tokens to an address, whether intentionally or by a fraudulent or accidental transaction, you accept the risk that you may lose access to, and any claim on, those Tether Tokens indefinitely or permanently. Further, Tether does not guarantee the security or functionality of third-party software or technology , which may fail or malfunction.

6. **Suspension of Services.** You acknowledge that Tether may delay or suspend your access to the Site or the Services (including in respect of purchases and

redemptions), and through that your ability to interact with the Site or the Services at its sole discretion, including in the event that Tether determines that you have engaged in a Prohibited Use; when Tether suspects that there has been a violation of these Terms; if Tether believes that providing any Service to you (including any purchase or redemption) would be contrary to Law; when Tether is directed to do so by any Government; if your Tether Tokens Wallet or other User Wallet is subject to pending litigation, investigation, or Government proceedings; when Tether believes that someone is attempting to gain unauthorised access to your Tether Tokens Wallet or other account or wallet; or circumstances in which Tether believes that providing any Service to you (including any purchase or redemption) would otherwise expose Tether or any Associate to legal liability or unacceptable risk.

7. **Mandatory Resolution of Disputes Through Arbitration**:

    7.1. **Covered Claims.** Except for excluded claims described below in paragraph 7.2, Tether and you each agree that any dispute, claim or controversy arising out of or relating to (a) these Terms or the existence, breach, termination, enforcement, interpretation or validity thereof, or (b) your Tether Tokens Wallet or the operations and services of the Site or any Services, or (c) your access to or use of the Site or any Services at any time, will be subject to and finally resolved by confidential, binding arbitration on an individual basis and not in a class, representative or consolidated action or proceeding. If you are subject to the Laws of the United States of America, the interpretation and enforceability of this arbitration provision will be governed by the U.S. Federal Arbitration Act, 9 U.S.C. §§ 1 et seq. Arbitration will be conducted through the use of videoconferencing technology (unless both arbitration parties agree that an in-person hearing is appropriate given the nature of the dispute) before a single arbitrator in accordance with the International Institute for Conflict Prevention and Resolution International Non-Administered Arbitration Rules, as amended from time to time (the "**CPR Rules**"). The sole arbitrator selected by the arbitration parties must be a licenced attorney in England and Wales or the British Virgin Islands with at least fifteen (15) years of experience in commercial disputes. If the arbitration parties do not jointly appoint an arbitrator within thirty (30) days of the commencement of the arbitration, any vacancies will be filled by an arbitrator meeting the above qualifications selected by the International Institute for Conflict Prevention and Resolution. Judgment upon the

award rendered by the arbitrator may be entered by any court having jurisdiction thereof. If the arbitral parties do not promptly agree on the seat of arbitration if an in-person hearing is selected, the seat will be London, United Kingdom. The language of the arbitral proceedings will be English. No discovery shall be conducted except by agreement of the parties or after approval by the arbitrator, who shall attempt to minimise the burden of discovery. The arbitrator may award any relief that a court of competent jurisdiction could award, including attorneys' fees when authorised by Laws, and the arbitral decision may be enforced in court. For claims less than U.S.$15,000, Tether will reimburse you for all initiating filing fees. Should you be deemed the losing party, the filing fees reimbursed by Tether will be added to the final arbitrator's costs and fees award. The prevailing party, will be entitled to its costs of the arbitration (including the arbitrator's fees) and its reasonable attorney's fees and costs.

7.2. **Excluded Claims**. The following claims and causes of action will be excluded from arbitration as described in paragraph 7.1: causes of action or claims in which either party seeks injunctive or other equitable relief for the alleged unlawful use of its intellectual property, including without limitation copyrights, trademarks, trade names, trade secrets, or patents or its confidential information or private data. Nothing in this paragraph 7 will prevent Tether from seeking any other form of injunctive relief in any court of competent jurisdiction, whether or not interim relief has also been sought from the arbitrator.

7.3. **Delegation**. The arbitrator will have the power to hear and determine challenges to its jurisdiction, including any objections with respect to the formation, existence, scope, enforceability or validity of the arbitration agreement. This authority extends to jurisdictional challenges with respect to both the subject matter of the dispute and the parties to the arbitration. Further, the arbitrator will have the power to determine the existence, validity, or scope of the contract of which an arbitration clause forms a part. For the purposes of challenges to the jurisdiction of the arbitrator, each clause within this paragraph 7 will be considered as separable from any contract of which it forms a part. Any challenges to the jurisdiction of the arbitrator, except challenges based on the award itself, will be made not later than the notice of defence or, with respect to a counterclaim, the reply to the counterclaim; provided, however, that if a

claim or counterclaim is later added or amended such a challenge may be made not later than the response to such claim or counterclaim as provided under the CPR Rules.

7.4. **Class Action Waiver**. You and Tether expressly intend and agree that: (a) class action and representative action procedures are hereby waived and will not be asserted, nor will they apply, in any arbitration pursuant to these Terms; (b) neither you nor Tether will assert class action or representative action claims against the other in arbitration or otherwise; (c) each of you and Tether will only submit their own, individual claims in arbitration and will not seek to represent the interests of any other person, or consolidate claims with any other person; (d) nothing in these Terms will be interpreted as your or Tether's intent to arbitrate claims on a class or representative basis; and (e) any relief awarded to any one user of the Site or the Services cannot and may not affect any other user of the Site or the Services. No adjudicator may consolidate or join more than one Person's or party's claims and may not otherwise preside over any form of a consolidated, representative, or class proceeding.

7.5. **Confidentiality**. The Parties will maintain the confidential nature of the arbitration proceeding and any award, including the hearing, except as may be necessary to prepare for or conduct the arbitration hearing on the merits, or except as may be necessary in connection with a court application for a preliminary remedy, a judicial challenge to an award or its enforcement, or unless otherwise required by Law or judicial decision.

7.6. **<u>JURY TRIAL WAIVER</u>: TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, THE PARTIES HEREBY IRREVOCABLY AND UNCONDITIONALLY WAIVE ALL RIGHT TO TRIAL BY JURY IN ANY LEGAL ACTION OR PROCEEDING OF ANY KIND WHATSOEVER ARISING OUT OF OR RELATING TO THESE TERMS OR ANY BREACH THEREOF, ANY USE OR ATTEMPTED USE OF THE SITE OR THE SERVICES BY YOU, AND/OR ANY OTHER MATTER INVOLVING THE PARTIES.**

8. **Prohibited Uses**: You may not use the Services to engage in the categories of activity set forth below ("**Prohibited Uses**"). If you are uncertain as to whether your use of the Services involves a Prohibited Uses or have any other questions about how these requirements apply to you, then please contact us by visiting https://cs.tether.to/. By using the Services, you confirm that you will not engage in any of the following Prohibited Uses:

8.1.   use the Site or any Services in order to disguise the origin, ownership, control or nature of illicit proceeds of, or to further, any breach of applicable Laws, or to transact or deal in any contraband;

8.2.   use the Site or any Services if any applicable Laws, including AML Laws, CTF Laws, Anti-Corruption Laws, and Economic Sanctions Laws, prohibit, penalise, sanction, or expose Tether or any of its Associates to liability for any Services furnished or offered to you or your Tether Tokens Wallet(s) under these Terms;

8.3.   use the Site or any of the Services, or any financial services of any U.S. Financial Institution in connection with the Site or any of the Services, whether or not an Affiliate of Tether or any Associate, to facilitate, approve, evade, avoid, violate, attempt to violate, aid or abet the violation of, or circumvent any applicable Laws, including AML Laws, CTF Laws, Anti-Corruption Laws, and Economic Sanctions Laws;

8.4.   use the Site or any Services to evade taxes under the Laws of any applicable jurisdiction;

8.5.   purchase, redeem, or transfer Tether Tokens or otherwise transact on the Site, or use any Services with, anything other than Fiat, funds, a Digital Tokens Address, digital wallet, keys, property, or Digital Tokens that have been legally obtained by you and that belong to you;

8.6.   use the Site or any Services to interfere with or subvert the rights or obligations of Tether or any Associate, any other user of the Site or any other Person;

8.7.   present misleading or inaccurate information to the Site or to Tether or any Associate or take advantage of any technical glitch, malfunction, failure, delay, default, or security breach;

8.8.   use the Site or any Services to engage in conduct that is detrimental to Tether, any Associate, any other user of the Site or the Services or any other Person;

8.9.   falsify any account, Site registration or administration details provided to Tether or any Associate, impersonate another Person or misrepresent your affiliation with a Person;

8.10.   falsify or materially omit any information or provide misleading or inaccurate information requested by Tether or any Associate, including at registration or during the course of administering any Services to you;

8.11.   cause injury to, or attempt to harm, Tether, any Associate or any Person through your access of the Site or any Services;

8.12.   promote discrimination based on race, religion, nationality, disability, sexual orientation, gender or gender identity, or age;

8.13.   have more than one account and more than one Tether Tokens Wallet on the Site, or use any Tether Tokens Wallet on a one-time, 'throwaway' basis; any such additional Tether Tokens Wallets or one time 'throwaway' Tether Tokens Wallet may be terminated or suspended at the absolute discretion of Tether;

8.14.   where you are subject to prohibitions or restrictions as set forth in paragraph 2, access the Site or use any Services utilising any virtual private network, proxy service, or any other third party service, network, or product with the effect of disguising your IP address or location, or access the Site or use any Services from, or being subject to, the jurisdiction of any Prohibited Jurisdiction or Government or Government Official thereof;

8.15.   utilise a Tether Tokens Wallet, any Services or the Site for the financial or other benefit of a Prohibited Person;

8.16.   utilise a User Wallet for the financial or other benefit of any Person in any jurisdiction in which any of the Services or the Site are unlawful; or

8.17.   violate, promote, or cause a violation of, or conspire or attempt to violate these Terms or applicable Laws.

If Tether determines or suspects that you have engaged in any Prohibited Use, Tether may address such Prohibited Use through an appropriate sanction, in its sole and absolute discretion. Such sanction may include making a report to any Government, law enforcement, or other authorities, without providing any notice to you about any such report; freezing or confiscation of any Fiat, funds, property, proceeds, Tether Tokens or any Digital Tokens in any Tether Tokens Wallet or other User Wallet; blacklisting any Digital Tokens Address which holds Tether Tokens; and/or suspending or terminating your access to the Site and

any Services or Fiat, funds, property, proceeds, Tether Tokens or any Digital Tokens in any Tether Tokens Wallet.

Tether may, at its sole and absolute discretion, seize and deliver your property to any applicable Government, law enforcement, or other authorities where circumstances warrant or in accordance with Laws. In addition, should your actions or inaction result in Loss being suffered by Tether or any Associate, you shall pay an amount to Tether and each Associate so as to render Tether and any Associate whole, including the amount of taxes or penalties that might be imposed on Tether or any Associate.

9. **Due Diligence Generally, Anti-Money Laundering and Counter-Terrorist Financing and Sharing of Information**: Tether is committed to providing safe, compliant, and reputable Services and to identify, detect, prevent, and report on money laundering, terrorist financing, and other improper activities under applicable AML Laws, CTF Laws, Anti-Corruption Laws, and Economic Sanctions Laws. Accordingly, Tether insists on a comprehensive and thorough user due diligence process and ongoing analysis and reporting. By agreeing to these Terms and utilising, or seeking to utilise, the Services, you shall affirmatively certify that you are not a Prohibited Person, that you are not utilising any Tether Tokens Wallet for the benefit of a Prohibited Person, and must provide promptly all information requested and necessary to satisfy due diligence requirements and obligations pursuant to applicable Laws and the compliance policies or procedures of Tether or any of its Affiliates. Additionally, Tether or any of its Affiliates may assess whether you are a U.S. Person, whether your account would be regarded as a U.S. Account or whether you have made, will make, or intend to make, a deposit, withdrawal or transfer to, from, or through any Prohibited Jurisdiction or any U.S. Financial Institution, and if applicable, you must provide all information requested and necessary to satisfy due diligence requirements and obligations pursuant to applicable Laws and the compliance policies or procedures of Tether. You agree to provide promptly any documentation, information, or records requested by Tether at any time, including a self-certification permitting the determination of tax residence and status under Tax Information Exchange Laws. Such information may include self-certifications as to Controlling Persons and beneficial ownership of one or more legal entities. Tether expects to retain certain information, documentation, and records on file pursuant to applicable Laws and its contractual relationships, and Tether hereby expressly reserves the

right to keep such information, documentation, and records. Additionally, Tether monitors for and assesses suspicious or sanctionable transactions under applicable AML, CTF, Anti-Corruption, and Economic Sanctions Laws, as well as undertakes mandatory reporting to FinCEN, OFAC, FIA, and international regulators. These undertakings shall apply even when you suspend or terminate your relationship with Tether or abandon your application to have a Tether Token Wallet or transfer all Tether Tokens from your User Wallet. Our policies apply to any and all Digital Tokens, Fiat, and other funds or property being processed on or through the Site or by any of you, your Affiliates, or Tether or any Associate.

Without limitation to the remedies available to Tether pursuant to paragraph 16 (*No Waiver; Available Remedies*), Tether reserves the right to bar transactions from or to, to undertake enhanced due diligence, or to suspend or terminate access to the Site or the administration of Services, or the creation or administration of any Tether Tokens Wallet for or with, any user for any reason (or for no reason) at any time, including the provisions of paragraphs 8 and 11, subject to any limitations imposed by applicable Laws. Without limiting the generality of the foregoing, this includes any transfer, transaction, business, or dealing with a: (i) Sanctioned Person; (ii) Prohibited Jurisdiction or a citizen or resident of, Government or Government Official of, or Person in or subject to jurisdiction of, any Prohibited Jurisdiction; (iii) U.S. Person or any Person acting through any U.S. Financial Institution (except for Eligible Contract Participants agreed by Tether, in its sole discretion); (iv) Canadian Person; (v) Singaporean Person; (vi) Person from or in any jurisdiction that does not meet international AML–CTF standards (including any jurisdiction identified by the FATF as high-risk, non-cooperative, or strategically deficient jurisdictions, or jurisdictions under increased monitoring,); (vii) Person that is or formerly was a Government Official or Politically Exposed Person within the meaning of the FATF's 40 Recommendations; (viii) Person that presents a risk of any exposure to penalties, sanctions, or other liabilities under AML Laws, CTF Laws, Anti-Corruption Laws, Economic Sanctions Laws, tax Laws or any other Laws, in each case, that may apply to you or to Tether or any Associate; (ix) Person that Tether determines is acting in the United States or Territory or Insular Possession of the United States in violation of, causing any other Person, including Tether or any Associate, to violate, attempting or conspiring to violate, or evading or circumventing these Terms or applicable Laws; and (x) Person that fails to meet any user due diligence standards, requests, or requirements of Tether, or otherwise appears to be of high risk, including any

of the foregoing factors. In lieu of refusing registration, access or ongoing administration of your Tether Tokens Wallet or the Services, Tether may, in its sole discretion, perform enhanced due diligence procedures. At all times, you may be subject to enhanced due diligence procedures in your use of the Site and the Services. If you decline to provide requested due diligence information or otherwise do not reply timely or substantively with the documentation or data requested, Tether has the absolute discretion to immediately suspend or terminate any of the Services to you and your use of the Site.

10. **Intellectual Property**:

10.1. The trademarks, service marks, and trade names, including both word marks and design marks (the "**Mark(s)**") are used by Tether under licence. You agree not to appropriate, copy, display, reverse engineer, or use the Marks or other content without express, prior, written permission from Tether or the owner of the Marks, including as a domain name, as social media profile/handle, on a website, in an advertisement or other marketing, as or in connection with a phone number, as or in connection with an email address, in internet search results, in meta data or code, or in any other manner.

10.2. Unless otherwise indicated, all materials on the Site are used by Tether under licence ("**Copyrights**"). You agree not to appropriate, copy, display, or use the Copyrights or other content without express, prior, written permission from Tether or the applicable owner;

10.3. You may link to the Site's homepage or other pages, provided you do so in a way that is fair and legal and does not damage Tether's reputation or take advantage of it, but you must not establish a link in such a way as to suggest any form of association, approval, or endorsement on Tether's part without prior, express, written consent;

10.4. The Site may provide certain social media features that enable you to link, send communications, or display certain content from the Site. You may use these features solely as they are provided by Tether. You may not establish a link from any website that is not owned by you, cause the Site or portions of it to be displayed on or by any other site (for example, framing, deep linking, or in-line linking), or otherwise take any action with respect to the materials on the Site that is inconsistent with any other provision of these Terms;

10.5. You must not register, record, or otherwise control any domains, social media handles/profiles, Marks or other trademark or service mark registrations, trade names or any other intellectual property rights featuring intellectual property owned by Tether or any Associate or its or their licensor(s) directly or through a third party ("**Prohibited Assets**"). If Tether becomes aware that you own or control any Prohibited Assets, the Prohibited Asset(s) will be automatically transferred and assigned to Tether, its nominated Associate or its licensor(s) under these Terms. You agree to execute all instruments and documents and do such additional acts as Tether, its Associate(s) or its licensor(s) may deem necessary or desirable to record and perfect the assignment of rights under this paragraph 10.5. If Tether, its Associate(s) or its licensor(s) are unable for any reason to secure your timely signature to any document it is entitled to under this paragraph 10.5 within fourteen days, you hereby irrevocably designate and appoint Tether, its Associates and its licensor(s) and their duly authorised directors, officers and agents as your attorney-in-fact, with full power of substitution to act for and on your behalf and instead of you to execute and file any such document(s) and to do all other lawfully permitted acts to further the purposes of the foregoing with the same legal force and effect as if executed by you; and

10.6. The Site and Services are protected by copyright, trademark, trade secret and other intellectual property or proprietary rights Laws in various jurisdictions. All rights not expressly granted to you in these Terms are reserved by Tether or its licensor(s). Except as expressly authorised by Tether, you will not (i) license, sublicense, rent, sell, resell, transfer, assign, distribute, or otherwise commercially exploit or make available to any Person all or any part of the Site or Services in any way; (ii) copy, modify, republish, distribute, or make derivative works based upon all or any part of the Site or Services; (iii) "frame" or "mirror" all or any part of the Site or Services on any other server or wireless or internet-based device; or (iv) reverse engineer or access all or any part of the Site or its Services in order to (a) build a competitive product or service, (b) build a product or service using similar ideas, features, functions, or graphics of all or any part of the Site or Services, or (c) copy any ideas, features, functions, or graphics of all or any part of the Site or Services.

Case 1:26-cv-02327-MMG	Document 80-2	Filed 07/16/26	Page 27 of 67

11. **Your Representations and Warranties**: You represent and warrant to Tether on the date of your acceptance or deemed acceptance of these Terms and each day on which you utilise or access the Services, in each case with reference to the facts and circumstances existing at such date, as follows:

11.1.  that, if you are an individual user, you are 18 years of age or older and that you have the capacity to contract under applicable Laws;

11.2.  that, if you are registering to use or using the Site on behalf of a legal entity, (i) such legal entity is duly organised and validly existing under the applicable Laws of the jurisdiction of its organisation; and (ii) you, and any individuals utilizing the Services on behalf of the legal entity are duly authorised by such legal entity to act on its behalf;

11.3.  that you understand the risks associated with using the Services, that you are not prohibited or restricted from accessing the Site or using the Services by paragraph 2 of these Terms, and that you are not otherwise prohibited by applicable Laws from using, or acting for the benefit of another Person that is prohibited or restricted from using, the Site;

11.4.  that you have had the opportunity to seek legal, accounting, taxation and other professional advice regarding these Terms and the Services;

11.5.  that you will not use the Site or any Services in order to conceal or disguise the origin, ownership, control, or nature of proceeds of crime or terrorist financing or corruption related to any Person or Government Official under any applicable Laws, or property subject to Economic Sanctions, frozen assets, or to further, any breach of applicable Laws, including AML Laws or CTF Laws, or to deal in any unlawful Digital Tokens, Fiat, property, funds, or proceeds;

11.6.  that you will not transact on the Site or use any Services with anything other than Fiat, funds, or Digital Tokens that have been legally obtained by you and that belong to you, and that are free and clear of all liens, claims, and encumbrances;

11.7.  that you are currently in compliance with, and must, at your own cost and expense, comply with all Laws that relate to or affect the Services conducted under these Terms, including AML Laws, CTF Laws, Anti-Corruption Laws, Economic Sanctions Laws, Tax Information Exchange Laws or other tax Laws;

11.8.  that you consent to any and all tax and information reporting under AML Laws, CTF Laws, Anti-Corruption Laws, Economic Sanctions Laws, Tax Information Exchange Laws or other tax Laws as Tether may reasonably determine;

11.9.  that neither you nor any of your Affiliates shall use any Digital Tokens, Fiat, property, proceeds or funds subject to the Services directly or indirectly (i) on behalf of or for the benefit of a Prohibited Person or any Person subject to the jurisdiction of a Prohibited Jurisdiction, except where authorised under any Government Approval or not restricted by applicable Laws; (ii) in violation of or as prohibited, restricted, or penalised under applicable Economic Sanctions Laws; or (iii) in any way that would violate, be inconsistent with, penalised under, or cause the omission of filing of any report required under applicable AML Laws, CTF Laws, or Economic Sanctions Laws;

11.10.  that you have not (i) violated; (ii) been fined, debarred, sanctioned, the subject of Economic Sanctions-related restrictions, or otherwise penalised under; (iii) received any oral or written notice from any Government concerning actual or possible violation by you under; or (iv) received any other report that you are the subject or target of sanctions, restrictions, penalties, or enforcement action or investigation under, any applicable Laws, including AML Laws, CTF Laws, Anti-Corruption Laws, or Economic Sanctions Laws;

11.11.  that neither you nor any of your Affiliates is: (i) itself or owned (beneficially or of record) or controlled by a Sanctioned Person; (ii) involved in any transaction, transfer, or conduct, whether or not by using or receiving the Services or the Site, that is likely to result in you or your Affiliates or your or your Affiliate's shareholders, directors, officers, employees, agents, or partners becoming a Sanctioned Person; (iii) residing or domiciled in, or transferring Digital Tokens, Fiat, funds, or property to, from, or through any User Wallet, Digital Tokens Address or engaging in any transaction on the Site from a Prohibited Jurisdiction; (iv) a Government or Government Official of a Prohibited Jurisdiction or (v) otherwise a Prohibited Person;

11.12.  that neither you nor any of your Affiliates or your or your Affiliate's shareholders, directors, officers, employees, agents, or partners has directly or indirectly offered, promised, given, or authorised any

payment, or offered, promised, given, or authorised the giving of anything else of value, including any Digital Tokens or Fiat, to a Government Official or individual employed by another entity in the private sector in violation of any applicable Anti-Corruption Laws;

11.13. that you will not falsify any Site or Services registration or administration details provided to Tether;

11.14. that you will not falsify or materially omit any information or provide misleading or inaccurate information requested by Tether in the course of, directly or indirectly relating to, or arising from your activities on the Site or use of any Services, including at registration or during administration or other due diligence processes, and that if any information provided to Tether becomes incorrect or outdated, including information relating to your ownership, you will promptly provide corrected information to Tether;

11.15. that you shall employ reasonable anti-Virus, anti-malware and other software and techniques to protect you and your Tether Tokens Wallet from being the victim of a hack or of other malicious actions, so as to protect the integrity of your Tether Tokens Wallet and to keep such Tether Tokens Wallet and the access to the Site from your account out of the reach of other Persons;

11.16. that you shall not introduce or transmit any Virus into the Site or Tether and its Affiliates' computer systems;

11.17. that you acknowledge and agree that Fiat, Digital Tokens or other property reflected in your Tether Tokens Wallet are not segregated assets held in your name or for your benefit but reflected only in the books and records of Tether;

11.18. that you acknowledge and agree that any instructions received or undertaken through the Site with your login credentials or from your authorised e-mail address on file with Tether are deemed to be valid, binding, and conclusive regardless of whether there is any error resulting from an instruction made by you or on your behalf, any error resulting, directly or indirectly, from fraud or the duplication of any instruction made by you or on your behalf or the malfunction of any device or compromise of credentials used by you to deliver instructions and that

Tether may act upon those instructions without any liability or responsibility attaching to it;

11.19.  that you will fairly and promptly report all income associated with your activity on the Site pursuant to applicable Laws and pay any and all taxes thereon;

11.20.  that you will determine whether taxes apply to any transactions you initiate or receive and, if so, to report and/or remit the correct tax to the appropriate tax authority;

11.21.  that you are not subject to a User Insolvency Event, and have no reason to believe that you will be subject to a User Insolvency Event in the following six (6) months; and

11.22.  that you will accurately and promptly inform Tether if you know or have reason to know whether any of the foregoing representations or warranties no longer is correct or becomes incorrect.

12.  **No Representations and Warranties by Tether**: Tether makes no representations, warranties, covenants or guarantees to you of any kind and, to the extent permitted by applicable Laws, Tether expressly disclaims all representations, warranties, covenants or guarantees, express, implied or statutory, with respect to the Site and the Services. The Site and the Services are offered strictly on an as-is, where-is basis and, without limiting the generality of the foregoing, are offered without any representation as to merchantability or fitness for any particular purpose. Tether does not guarantee the security or functionality any third-party software or technology. Tether may also provide access to features or services that are identified as "beta" or pre-release. Without limiting the preceding sentences in this paragraph 12, you understand that such services are still in development, may have bugs or errors, may be incomplete, may materially change prior to a full commercial launch, or may never be released commercially. You acknowledge that Tether is relying upon your representations, warranties, acknowledgements, and agreements as a condition to providing the Services, and without your representations, warranties, acknowledgements, and agreements, Tether would not provide you with any Services or recognise you as the holder of Tether Tokens.

13.  **Site Content**. Tether strives to provide accurate and reliable information on its Site. However, such information may not always be complete, correct or up-to-

date. Without limitation, any relevant information document, whitepaper, reserves report, or similar documentation (an "**Information Document**") required to be published by Tether pursuant to applicable Laws only speaks as at the date of such Information Document. Expectations, projections and other forward-looking statements are not guarantees of future performance and actual results and future events could differ materially. Forward-looking statements are subject to risks including those described in the Risk Disclosure Statement and unknown risks and uncertainties. Tether undertakes no obligation to update or revise publicly any statements on the Site or any Information Document, except where required by applicable Law. The Site and the Information Documents do not form part of, and are not incorporated by reference into, these Terms. In the event of any inconsistency between the Site or the Information Documents and these Terms, these Terms shall prevail.

14.  **No Advice**: Tether does not provide any investment, portfolio management, legal, accounting, tax or other advice, or advice on trading techniques, models, algorithms, or any other schemes. All information provided in connection with your access and use of the Services is for informational purposes only and should not be construed as professional advice. You should not take, or refrain from taking any action based on any information contained on the Site or any other information that we make available at any time. Before you make any financial, legal, or other decisions involving the Services, you should seek independent professional advice from an individual who is licensed and qualified in the area for which such advice would be appropriate. These Terms are not intended to, and do not, create or impose any fiduciary duties on us. You further agree that the only duties and obligations that we owe you are those set out expressly in these Terms.

15.  **Limitation of Liability and Release: <u>IMPORTANT</u>:** To the maximum extent permitted by applicable Law, you irrevocably agree and acknowledge that neither Tether nor any Associate assumes any liability or responsibility for and neither Tether nor any Associate shall have any liability or responsibility for any Losses directly or indirectly arising out of or related to:

   15.1.   any breach by you of these Terms;

   15.2.   the Site, and your use of it, except as explicitly provided for in these Terms;

   15.3.   the Services, and your use of any of them, except as explicitly provided for in these Terms;

15.4.   any failure by you or any Affiliate to comply with applicable Laws;

15.5.   any information or materials available through the Site, including any Information Document, whether originating from Tether or any Associate or any other Person;

15.6.   the real or perceived value of any Tether Tokens or other Digital Tokens traded or utilised on the Site, or the price of any Tether Tokens or other Digital Token displayed on the Site at any time;

15.7.   any inaccurate, misleading, or incomplete statement by Tether or any Associate or on the Site regarding your Tether Tokens Wallet or any other User Wallet, whether caused by Tether's negligence or otherwise;

15.8.   any failure, delay, malfunction, interruption, or decision (including any decision by Tether or any Associate to vary or interfere with your rights) by Tether or any Associate in operating the Site or providing any Service;

15.9.   any stolen, lost, or unauthorised use of your Tether Tokens Wallet information, any breach of security or data breach related to your User Wallet information, or any criminal or other third party act affecting Tether or any Associate;

15.10.   Tether electing to support or not support a particular blockchain or protocol, any forked version of any particular blockchain or protocol or any Digital Tokens resulting from a fork of a blockchain or protocol;

15.11.   your failure to effectuate the migration of your Tether Token to another blockchain or protocol identified by Tether;

15.12.   any offer, representation, suggestion, statement, or claim made about Tether, the Site, or any Service by Tether or any Associate;

15.13.   any delay in transferring in or out, or loss of value of Tether Tokens resulting from failure or insolvency of any third party, or from the theft of such assets, or from freezes, seizures or other legal process asserted by a Government;

15.14.   another Person using your Digital Tokens Address or your account on the Site, with or without your knowledge;

15.15.   any claim that any Tether Tokens to which you claim legal or beneficial ownership are legally or beneficially owned by any Person other than

you;

15.16.  any third-party transactions, products or services, whether or not using the Site or any of the Services; and

15.17.  any loss of value of Tether Tokens or loss of Tether Tokens due to the failure or malfunction of third-party software or technology.

**You hereby agree to release Tether and each Associate from liability for any and all such Losses, and you shall indemnify and save and hold Tether and each Associate harmless from and against all such Losses. To the maximum extent permitted by applicable Law, the foregoing limitations of liability, releases and indemnities shall apply whether the alleged liability or Losses are based on contract, negligence, tort, unjust enrichment, strict liability, violation of Law or regulation, or any other basis, even if Tether or the Associates have been advised of or should have known of the possibility of such Losses and damages, and without regard to the success or effectiveness of any other remedies.**

**THERE IS NO GUARANTEE AGAINST LOSSES FROM USING THE SITE, THE SERVICES, YOUR TETHER TOKENS OR A USER WALLET.**

16.  **No Waiver; Available Remedies**: Any failure by Tether or any Associate to exercise any of its rights, powers, or remedies under these Terms, or any delay by Tether or any Associate in doing so, does not constitute a waiver of any such right, power, or remedy. The single or partial exercise of any right, power, or remedy by Tether or any Associate does not prevent any of them from exercising any other rights, powers, or remedies. The remedies of Tether and each Associate are cumulative with and not exclusive of any other remedy conferred by the provisions of these Terms, or by Law or equity. You agree that the remedies to which Tether and each Associate is entitled include: (i) injunctions to prevent breaches of these Terms and to enforce specifically the terms and provisions hereof, and you waive the requirement of any posting of a bond in connection with such remedies; (ii) the right to recover the amount of any Losses by set off against any amounts that Tether would otherwise be obligated to pay you; and (iii) the right to either freeze your Tether Tokens or seize and recover against any of your Tether Tokens, other Digital Tokens, Fiat or other funds, or your interests therein, that are held by Tether or any Associates.

17. **Force Majeure**: Tether is not responsible for damages caused by delay or failure to perform undertakings under these Terms when the delay or failure is due to fires; strikes; floods; bank failures; Digital Token market collapse or fluctuations; power outages or failures; acts of God or the state's enemies; acts of any Government or Government Official; any and all market movements, shifts, or volatility; computer, server, or Internet malfunctions; internet disruptions, viruses, and mechanical power, or communications failures; security breaches or cyberattacks; criminal acts; delays or defaults caused by common carriers; acts or omissions of other Persons; or, any other delays, defaults, failures or interruptions that cannot reasonably be foreseen or provided against or that are otherwise outside Tether's control. In the event of force majeure, Tether is excused from any and all performance obligations under these Terms.

18. **Assignment; Third Party Rights**: These Terms, the Incorporated Materials and any of the rights, duties, and obligations contained or incorporated herein or therein, are not assignable by you without prior written consent of Tether. These Terms, the Incorporated Materials and any of the rights, duties, and obligations contained or incorporated herein or therein, are freely assignable by Tether, in whole or in part, without notice or your consent (for clarity, this assignment right includes the right for Tether to assign any claim, in whole or in part, arising hereunder). Any attempt by you to assign these Terms or any Incorporated Materials without written consent is void. Subject to the foregoing, these Terms and the Incorporated Materials, and any of the rights, duties, and obligations contained or incorporated herein or therein, shall be binding upon and inure to the benefit of the heirs, executors, administrators, personal or legal representatives, successors and assigns of you and of Tether. None of the provisions of these Terms or any Incorporated Materials, or any of the rights, duties, and obligations contained or incorporated herein or therein, are for the benefit of or enforceable by any creditors of you or Tether or any other persons, except such as inure to a successor or assign in accordance herewith and as provided in the following sentence. The Associates of Tether are intended third-party beneficiaries of the rights and privileges expressly stated to apply to the Associates hereunder and shall be entitled to enforce such rights and privileges (including those rights and privileges set out in paragraphs 7, 8, 9, 13 and 15 as if in direct privity under these Terms, subject to the conditions and limitations hereof including those relating to the resolution of disputes. No consent of any Person is required for any modification or amendment to these Terms.

Legal

19. **Severability**: If any provision of these Terms or part thereof, as amended from time to time, is determined to be invalid, void, or unenforceable, in whole or in part, by any court of competent jurisdiction, such invalidity, voidness, or unenforceability attaches only to such provision to the extent of its illegality, unenforceability, invalidity, or voidness, as may be, and everything else in these Terms continues in full force and effect.

20. **Effect of Redemption**: These Terms shall continue to apply notwithstanding the redemption of any Tether Token or the withdrawal of any Tether Token from a Tether Tokens Wallet.

21. **Sharing of Personal Information**: In providing the Services (including processing transfers of Fiat or Tether Tokens as part of the Services), Tether or its Associates may be required to share your user information with other contractual third parties, including financial institutions, or as required under applicable Laws. Further, from time to time, Tether and its Associates receive information requests from Governments, law enforcement agencies and courts around the world. In this context, Tether or any Associate thereof might be ordered to share and/or will provide on a voluntary basis, if this appears reasonable and necessary, your Personal Information with/to law enforcement agencies, the Persons identified by a court and/or a Government. You hereby consent to the sharing of your Personal Information as further detailed in these Terms, the Privacy Statement and, where applicable, the Law Enforcement Requests Policy and grant full permission and authority for Tether and its Associates to share this information with such contractual third parties, or as required under applicable Laws or demanded upon a lawful request by any Government, and release Tether and each Associate from any liability, error, mistake, or negligence related thereto.

22. **Electronic Communications and Acceptance**: You agree and consent to receive electronically all communications, agreements, documents, receipts, notices and disclosures that Tether may provide in connection with these Terms through publication on any part of the Site or to your authorised e-mail address on file with Tether. Such notices shall be deemed effective and received by you on the date on which the notice is published on any part of the Site or on which the e-mail is sent to such authorised e-mail address. These Terms may be accepted electronically, and it is the intention of the Parties that such acceptance shall be deemed to be as valid as an original signature being applied to these Terms.

**The Future of Money** Sign Up

# Legal

Terms of Service    **2- Privacy Statement**    3- Anti-Spam Policy    4    ›

Last updated February 5, 2026

Thank you for visiting Tether.to (the "**Site**"). The Site is operated by Tether International, S.A. de C.V. ("**Tether**", "**we**," "**our**," or "**us**").

This privacy statement ("**Privacy Statement**") sets out the basis on which any Personal Information we collect from you ("**you**", "**your**", or "**customer**"), or that you provide to us, will be processed by us. By "**Personal Information**", we mean any information which, either alone or in combination with other data, enables you to be directly or indirectly identified, for example your name, email address, username, contact details or any unique identifier such as an IP address, device ID or other online identifier.

Capitalized terms that are not defined in this Privacy Statement shall have the meaning ascribed in our Terms of Service (the "**Terms**").

Please read the following carefully to understand what Personal Information we collect, how it is used and the ways it can be shared by us.

The data controller of your Personal Information is Tether International, S.A. de C.V., a company which is registered in El Salvador whose registered office is Condominio Presidente Plaza, Level 12, Office 02, final Avenida la Revolución, Colonia San Benito, San Salvador, El Salvador. Its EU representative is: Rickert Rechtsanwaltsgesellschaft mbH, whose registered office is at Colmantstraße 15, 53115 Bonn, Germany. In the

Legal

United Kingdom, the representative is Rickert Services Ltd UK whose registered office is PO Box 1487 Peterborough PE1 9XX.

## 1. Our Processing of Your Personal information

| Purpose | Personal Information From You | Personal Information From your devices | Legal Basis |
|---|---|---|---|
| Establish and maintain a commercial relationship with you (creation and management of your account with us, including dealing with your request to make account changes) | First name, last name, email address, username, password, country of residence, state/province, time zone | Technical information, including the Internet Protocol (IP) address used to connect your computer or other device to the Internet, browser type and version, time zone setting, browser plug-in types and versions, operating system and platform Information about your visit, including the dates and times you use the Site, length of visits to certain pages, page interaction | You are using us (Performance of a contract) |
| Understand your needs and eligibility for products and services | Contact details | | |

| Purpose | Personal Information From You | Personal Information From your devices | Legal Basis |
|---|---|---|---|
| Deliver our Services to you | Username, email address, Digital Token Wallet addresses, deposit and withdrawals, deposits addresses, balance history, bank statements, bank account numbers, Personal Information posted by you | information (such as scrolling, clicks, and mouse-overs), methods used to browse away from the page, and any phone number used to call the contact phone number provided on our Site IP addresses, logs history | |
| Inform you about trading and financing features, inform you on developments and products | Contact details | N/A | |
| Process billing and collection of any fees | Contact details, email address, Digital Token Wallet addresses, deposit and | N/A | |

| Purpose | Personal Information From You | Personal Information From your devices | Legal Basis |
|---|---|---|---|
| | withdrawals, deposits addresses, balance history, bank statements, bank account numbers, Personal Information posted by you | | |
| Administer the website, system administration and detecting usage patterns (including broad demographic information for aggregated use), provide information about developments and new products, including enhancement to the Site, sending you service announcement | Contact details | IP address, traffic routing data, system configuration information, geolocation data, browser type, access requests and times, URL requested and referral URL. | We think we can (Legitimate interest) |

Legal

| Purpose | Personal Information From You | Personal Information From your devices | Legal Basis |
|---|---|---|---|
| Detection for troubleshooting purposes | N/A | Technical information, including the Internet Protocol (IP) address used to connect your computer or other device to the Internet, browser type and version, time zone setting, browser plug-in types and versions, operating system and platform Information about your visit, including the dates and times you use the Site, length of visits to certain pages, page interaction information (such as scrolling, clicks, and mouse-overs), methods used to browse away from the page, and any phone number used to call the contact | |

| Purpose | Personal Information From You | Personal Information From your devices | Legal Basis |
|---|---|---|---|
| | | phone number provided on our Site | |
| Comply with industry self-regulatory, audit and security requirements, as well as applicable legal obligations arising under the laws of relevant jurisdictions outside the EU | Username, email address, full name and contact details, government ID number (passport or national ID), 2 forms of ID, date of birth, picture signature, skype pseudo and call, bank accounts numbers, proof of residence, utility bill, tax statement, service bill, employment status, employer name and address, certificate of incorporation, business registration, article of association, | N/A | |

| Purpose | Personal Information From You | Personal Information From your devices | Legal Basis |
|---|---|---|---|
| | ownership and control structure, directors, authorized signatories, authorized signature list, board minutes, officer and director list, name of UBO, certificate of good standing. | | |
| Protect the right, property, safety of us, our clients or others | Any of the Personal Information in this table, talking into account necessity and data minimization | N/A | |
| Conduct surveys and get feedback from you | Contact details | N/A | |
| Provide you with news and other matters of general interest | Email Address | IP address, other technical information through cookies and other | You agree to it (Consent) |

| Purpose | Personal Information From You | Personal Information From your devices | Legal Basis |
|---|---|---|---|
| to you as a Tether customer | | tracking technologies (and plug-ins) | |
| Meet our legal and regulatory requirements, including managing risk assessments for cryptocurrency transactions, checking your identity for authentication and KYC purposes and against money laundering and terrorist financing or answering your requests | Username, email address, full name and contact details, 2 forms of ID, gender, date of birth, nationality, name of parents, picture, signature, skype pseudo and call, blockchain addresses, wallet addresses, transactional data, bank accounts numbers, proof of residence, utility bill, tax statement, service bill, employment status, employer name and address, certificate of incorporation, business registration, | Metadata associated with transactions (e.g., patterns of activity that may indicate phishing clusters or address poisoning); Technical information, including the Internet Protocol (IP) address used to connect your computer or other device to the Internet, browser type and version, time zone setting, browser plug-in types and versions, operating system and platform | Compliance with a legal requirement |

| Purpose | Personal Information From You | Personal Information From your devices | Legal Basis |
|---|---|---|---|
| | article of association, ownership and control structure, directors, authorized signatories, authorized signature list, board minutes, officer and director list, name of UBO, certificate of goods standing. | Information about your visit, including the dates and times you use the Site, length of visits to certain pages, page interaction information (such as scrolling, clicks, and mouse-overs), methods used to browse away from the page, and any phone number used to call the contact phone number provided on our Site | |

When we say that we think we can process your data, it is because we considered we have a legitimate interest (for ourselves or of a third party) to do so; it is in the interest of our organization to conduct and manage our business; this includes conducting analytics to improve and optimize the Site and the Services, protecting our interests and enforcing agreements with others, as well as complying with industry self-regulatory requirements.  We might have a legitimate interest to process Personal Information in other contexts. We ensure we balance any potential impact on you and your rights before we process your Personal Information on that basis. You can obtain further information about how we assess our legitimate interests

Case 1:26-cv-02327-MMG     Document 80-2     Filed 07/16/26     Page 46 of 67

against any potential impact on you in respect of specific activities by contacting us. Please also consult the section "Your rights" below.

It is important that the Personal Information we hold about you is accurate and current. Please keep us informed if your Personal Information changes during your relationship with us. You can do so by lodging a customer support ticket. We will endeavor to effect those changes within a reasonable timeframe.

We do not rely on consent as a legal basis for processing your Personal Information other than in relation to our use of cookies (please refer to our Cookies Notice), and when we send third party direct marketing communications to you via email. From time to time, we may share your Personal Information with third parties with your consent.

**Aggregated Data.** We may also aggregate personal and other data captured by us so that the data is no longer capable of identifying an individual. Aggregated data may cover patterns of usage or information and data that you provide to us, and we reserve the right to use this aggregated information for the purposes of improving and enhancing our Services, generating insights, for use in marketing to other users and current and potential partners and otherwise for the purposes of our business. Provided that such aggregated data does not directly or indirectly identify you as an individual, this data is not considered to be Personal Information and is not covered by this Privacy Statement.

**2. Security and Confidentiality**.

Tether is committed to protecting your privacy. Internally, only people with a business need to know Personal Information, or whose duties reasonably require access to it, are granted access to customers' Personal Information. Such individuals will only process your Personal Information on our instructions and are subject to a duty of confidentiality. We audit our personal compliance regularly.

The Site's systems and data are reviewed periodically to ensure that you are getting a quality service and that leading security features are in place. We have put in place procedures to deal with any actual or suspected data breach and will notify you and any applicable regulator of a breach where we are legally required to do so.

Tether takes all reasonable endeavors to protect and safeguard Personal Information. Unfortunately, the transmission of information via the Internet is not completely secure. While we do our utmost to protect your Personal Information, we cannot guarantee the security of your data transmitted to us over email or through the Site;

any transmission is at your own risk. Once we have received your Personal Information, we will use strict procedures and security features to try to prevent unauthorized access, but there are protective measures you should take, as well.  Do not share your Personal Information with others unless you clearly understand the purpose of their request for it and you know with whom you are dealing. Do not keep sensitive Personal Information in your e-mail inbox or on Webmail. If you are asked to assign passwords to connect you to your Personal Information, you should use a secure password and always use two-factor authentication (2FA), where available. You should change your password regularly.

**3. What and with whom we share your Personal Information**

As necessary, we will share your Personal Information with:

a) Any member of our group, which means our direct or indirect subsidiaries, our ultimate holding company and any other subsidiary of that holding company, including their respective shareholders, directors, officers, affiliates, employees, contractors, agents, partners, insurers, and attorneys or representatives.

b) Our service providers, to the extent necessary to supply the Services to you

c) Selected third parties, including analytics and search engine providers that assist us in the improvement and optimization of the Services.

d) Authorities and law enforcement agencies worldwide either when ordered to do so or on a voluntary basis if this appears reasonable and necessary to us (please refer to our Law Enforcement Requests Policy available).

We also disclose your Personal Information to third parties:

a) If Tether or substantially all of its assets are acquired by a third party, in which case Personal Information held by it about its customers will be one of the transferred assets.

b) If we are under a duty to disclose or share your Personal Information in order to comply with any legal obligation, or in order to enforce or apply our Terms of Service and other agreements; or to protect the rights, property, or safety of us, our clients, or others, including to defend ourselves from legal claims.

You can find more information on the actual parties we are sharing your data with here. The list is updated regularly.

Tether reserves the right to share current and historical bids, asks, and market prices; opening and closing range prices; high–low prices; trade prices; estimated and actual trade volumes; settlement prices; and other aggregate data and information related to the digital tokens purchased or redeemed on the Site.

## 4. Transfers

Your Personal Information will be stored in the European Economic Area ("EEA") and may be transferred worldwide.

Personal Information and other data may therefore be exported outside of the jurisdiction in which you reside. Your Personal Information may be processed and stored in a foreign country or countries. Under those circumstances, the governments, courts, law enforcement, or regulatory agencies of that country or those countries may be able to obtain access to your Personal Information through foreign laws. You need to be aware that the privacy standards of those countries may be lower than those of the jurisdiction in which you reside.

EEA customers. We will take all steps reasonably necessary to ensure that your Personal Information is treated securely and in accordance with this Privacy Statement. All data you provide to us is stored on our secure servers. Where we transfer our data outside of the EEA, we ensure that adequate safeguards are in place. That includes, where necessary, taking steps to evaluate the risks raised by the transfers in countries that do not offer an adequate level of protection. Please contact us if you want further information on the specific mechanism used by us when transferring your Personal Information out of the EEA.

## 5. Data Retention

We have data retention and deletion policies designed to retain Personal Information for no longer than necessary for the purposes set out herein or as otherwise required to meet legal or business needs. Because of those retention requirements, we might not be able to honor erasure requests.

## 6. Your rights

All Customers. You may access and verify your Personal Information held by Tether, where consent is the legal basis for processing of your Personal Information and subject to any legal or contractual restrictions, withdraw your consent, in each case, by submitting a written request to privacy@tether.to. Our electronic marketing communications also contain opt-out mechanism and options to update your contact information or change your preferences at any time. We will do our best to honor

your request promptly. For cookies, this is done by setting up the cookies' preferences.

<u>EEA Customers</u>. You have a number of rights in relation to how we process your Personal Information. You may exercise these rights by contacting us (see details below). These include the right to:

a) access the Personal Information that we may hold about you;

b) rectify any inaccurate Personal Information that we may hold about you;

c) have your Personal Information erased in certain circumstances, for example, where it is no longer necessary for us to process your Personal Information to fulfill our processing purposes; or where you have exercised your right to object to the processing;

d) restrict the processing of your Personal Information where, for example, the information is inaccurate or it is no longer necessary for us to process such information or where you have exercised your right to object to our processing;

e) object to the processing of your Personal Information which may be exercised in certain circumstances, for example, where we are processing your Personal Information for direct marketing purposes, or where your own legitimate interests outweigh ours;

f) have your Personal Information ported to a new service provider if you no longer wish to use the Services. You may exercise these rights by contacting us (see details below); and

g) when we rely on your consent to process Personal Information (cookies and newsletter communication), you have the right to withdraw your consent at any time. For cookies, this is done by setting up the cookie's preferences. Please visit our Cookies Notice. For newsletters, you can do so by opting-out using the link provided in the newsletters at any time or by submitting a written request to privacy@tether.to. We will do our best to honor your request promptly.

<u>No fee usually required.</u>

You will not have to pay a fee to access your Personal Information or to exercise any of your other rights. We may charge a reasonable fee if your request is clearly unfounded, repetitive or excessive. Alternatively, we may refuse to comply with your request in these circumstances.

What we may need from you.

We may need to request specific information from you to help us confirm your identity and ensure your right to access your Personal Information (or to exercise any of your other rights). This is a security measure to ensure that Personal Information is not disclosed to any person who has no right to receive it. We may also contact you to ask you for further information in relation to your request to speed up our response.

Time limit to respond.

We try to respond to all legitimate requests within one month. Occasionally it may take us longer than a month if your request is particularly complex or you have made a number of requests. In this case, we will notify you and keep you updated.

## 7. Changes to this Privacy Statement

Any changes we make to our Privacy Statement in the future will be posted on this page and, where material, notified to you by e-mail. Please check back frequently to see any updates or changes to our Privacy Statement.

## 8. Contact

Questions, comments and requests regarding this Privacy Statement should be addressed by email to privacy@tether.to.

EEA customers. Should you have any concerns about how we handle your Personal Information, please contact us in the first instance by opening a customer support ticket or sending an email to privacy@tether.to. Alternatively, you can contact our EU/UK representative, by email to  art-27-rep-tether@rickert.law or art-27-rep-tether@rickert-services.uk. We will do our best to resolve your concern. You can also submit a complaint to the national supervisory authority within your jurisdiction, details of which can be found online.

**Appendix - List of Third-Party Service Providers with whom Personal Information may be shared (1):**

| Party Name and Jurisdiction | Purpose | Data Disclos |
|---|---|---|
| **Cloud providers** | **For storage purposes.** | **User names corporate documentat** |

| Party Name and Jurisdiction | Purpose | Data Disclos |
|---|---|---|
| | | dates of birt identifying documentat corresponde transactiona activity and analysis, financial information |
| Cloudflare, Inc. (US). Cloudflare's privacy policy is available at https://www.cloudflare.com/privacypolicy/ | To provide DNS management, security, and content delivery network (CDN) services, enhancing website performance and accessibility. We also utilize its geolocation identification services to manage access to certain parts of our | IP addresse traffic routin data, systen configuratic information other information about traffic and from ou websites, devices, applications and/or networks. |

| Party Name and Jurisdiction | Purpose | Data Disclos |
|---|---|---|
| | platforms.of tether.to and app.tether.to | |
| Notabene ID GmbH (SWI). Notabene's privacy policy is accessible at https://notabene.id/privacy-policy | Notabene provides a compliance solution that supports transaction-related processes, including counterparty verification and risk assessment management, in line with applicable requirements. | Name, Addr Nationality, Account number, E-m address, Blockchain account address. |
| Legal Counsel | As part of attorney-client relationships, legal counselling and litigations | Any relevan account information the case ma |

| Party Name and Jurisdiction | Purpose | Data Disclos |
|---|---|---|
| Chainalysis, Inc. (US). Chainalysis privacy policy is accessible at https://www.chainalysis.com/privacy-policy/ | Chainalysis uses public blockchain addresses to conduct investigations, compliance, and risk management checks. | Public blockchain addresses. |
| Refinitiv Limited (UK) and its group of companies. Refinitiv's privacy policy is accessible at https://www.refinitiv.com/en/products/world-check-kyc-screening/privacy-statement | As part of the verification process, to check your name against WorldCheck's database of politically exposed persons and heightened risk individuals and organizations, to help to identify and manage financial, regulatory and | Information necessary t conduct the search such your name a date of birth |

| Party Name and Jurisdiction | Purpose | Data Disclos |
|---|---|---|
| | reputational risks. | |
| Twilio Inc. (US) and its group of companies. Twilio's privacy policy is accessible at https://www.twilio.com/legal/privacy | When you use the Site services, to send you 2FA sms or service emails (e.g., when you log in, withdraw, receive a deposit, open a new account or sub-account or confirm pop-ups). | Your email addresses, y IP address a the content the service email. |

[^1]: This list does not include banks to which personal information is transferred for payment purposes in accordance with international banking practice.

# The Future of Money

**Sign Up**

Case 1:26-cv-02327-MMG          Document 80-2          Filed 07/16/26          Page 55 of 67

# Legal

| 1- Terms of Service | 2- Privacy Statement | **3- Anti-Spam Policy** | → ⟩ |
|---|---|---|---|

Last updated: January 3, 2018

International anti-spam legislation and best practices in the industry require informed, opt-in consent to receiving commercial electronic messages; a meaningful unsubscribe option for recipients; and, proper identification of message senders.

Tether needs your consent to communicate with you electronically to establish and maintain a responsible commercial relationship with you; to understand your needs and your eligibility for products and services; to recommend particular products, services, and opportunities to you; to inform you about trading and financing features; to provide information to you about developments and new products, including changes and enhancements to the Site; to develop, enhance, and market products and services, and provide products and services to you; to process billing and collection of any fees; to conduct surveys and get feedback from you; to deliver products and services to you; to provide you with news and other matters of general interest to you as a customer; and, to meet Tether's legal and regulatory requirements.

Legal

**The Future of Money**

Sign Up

**The Future of Money**

# Legal

~~1  Terms of Service~~    ~~2  Privacy Statement~~    ~~3  Anti-Spam Policy~~    4·  >

Last updated: January 3, 2018

From time to time, Tether receives information requests about its customers from law enforcement agencies around the world. This page is here to provide you and law enforcement with information about how these requests are processed.

When Tether is contacted, law enforcement is generally interested in two types of data: information about customers' identities and information about their activities using Tether Tokens. As well, as part of their investigation, law enforcement may be interested in requesting that an address is frozen.

When information requests are received, Tether requires that it be accompanied by appropriate legal process. This can vary from place to place. For example, production orders, search warrants, and subpoenas, but also requests for voluntary disclosure of data may all amount to legal process. Tether reviews each order and request for voluntary disclosure to determine that it has valid legal basis and that any response is narrowly tailored to ensure that only the data to which law enforcement is entitled is provided. Similarly, requests to freeze Tether addresses should be accompanied by appropriate legal process.

Tether also reserves the right to make disclosures to authorities in order to protect itself, any Associates, and its customers.

**Tether welcomes inquiries from law enforcement agencies about its policies and procedures. Please contact Tether at inforequests@tether.to.**

**The Future of Money**    Sign Up

# Legal

1  Terms of Service    2  Privacy Statement    3  Anti-Spam Policy    4  Law Enforcement  ›

*Last updated January 27th 2025*

Thank you for visiting Tether.to (the "**Site**"). The Site is owned and operated by Tether International, S.A. de C.V. ("**Tether**", "**we**," "**our**," or "**us**").

We place small text files called cookies and other tracking technologies (such as scripts) on your device (together "**cookies**"). This cookies notice (the "**Cookies Notice**") explains how cookies are used on the Site and how you can control them. These tracking technologies may be deployed by us but also by other third parties. Cookies may also collect Personal Information (such as your IP address). Take a look at our Privacy Statement to know how we process such Personal Information.

1. **What are cookies?** "Cookies" are small text files placed on your device/terminal. They are used to collect information about how you use websites or applications, as well as information about your computer or device, web browser and operating system and their settings, the pages and content you see during your visit and when and for how long you do so, etc.

   They can be classified in 3 different ways according to: what purpose they serve, how long they endure, and their provenance. You can find more information in the table below.

| Purpose | Duration | Provenance |
|---|---|---|
| **Essential cookies: Essential for the use of the website and its features.** | **Session cookies: Temporary and expire once you close the browser or the session ends.** | **First-party cookies: put in the device directly by the website you are visiting.** |
| **Functional cookies: They allow a website to remember your choices, like language, region, name and password, etc.** | **Persistent cookies: Remain on the hard drive until you or the browser deletes them or until their expiration date.** | **Third-party cookies: placed in the device by a third party like an advertiser.** |

| Purpose | Duration | Provenance |
| --- | --- | --- |
| **Analytical cookies: They collect information about how you use a website to improve website functions.** | | |
| **Marketing cookies: They track your online activity to help advertisers deliver more relevant advertising.** | | |

2. **What types of Cookies We Use and Why?**

We use cookies for different purposes

**a) Strictly necessary cookies**: We use essential and functional cookies that are fundamental for the proper functioning of the website. They ensure that the website operates efficiently and delivers the intended functionality. In addition, they enable us to remember your preferences and settings, such as language and region preferences, so that you get a consistent experience without having to re-select your preferred language or region each time you visit.

List of strictly necessary cookies:

| Name | Domain | Purpose |
| --- | --- | --- |
| **user_preferences** | **tether.to** | **Is used to track your Cookie choices and ensure your choi respected on the website.** |
| **cf_clearance** | **tether.to** | **Clearance Cookie stores the proof of challenge passed. It no longer issue a challenge if present. It is required to read server. More information can be found here https://developers.cloudflare.com/fundamentals/referenc compliances/cloudflare-cookies/ and here https://www.cloudflare.com/privacypolicy/** |
| **__cf_bm** | **tether.to** | **These are set by Cloudfare and are used to identify truste traffic. For instance, they help us detect malicious bots. M information can be found here https://developers.cloudflare.com/fundamentals/referenc compliances/cloudflare-cookies/ and here https://www.cloudflare.com/privacypolicy/** |

| Name | Domain | Purpose |
|---|---|---|
| ga-disable-X-XXXXXXX | tether.to | Used to signal to Google analytics that the user has opted Google Analytics. (X's are dynamic) |
| _tether_sid | app.tether.to | It allows you to stay connected between sessions when us application |
| XSRF-TOKEN | app.tether.to | Is used to ensure the security of submissions you send to website |

**b) Analytical cookies**: We use analytical cookies to measure user interaction with the Site content allowing us to make improvements to enhance their experience. They allow us to record how many people visits our Site, how they navigate within, and what content is popular.

List of analytical cookies:

| Name | Domain | Purpose | Expiry | Ty |
|---|---|---|---|---|
| _ga | tether.to | It is is used to calculate visitor, session, campaign data and keep track of site usage for the Site's analytics report. The cookie stores information anonymously and assign a randomly generated number to identify unique visitors. More information can be found here https://policies.google.com/technologies/cookies?hl=en-US and here https://support.google.com/analytics/answer/181881. | 2 years | H |
| _gid | tether.to | It is set by Google Universal Analytics to store information of how visitors use a website and helps in creating analytics report of how the website is doing. More information can be found here https://policies.google.com/technologies/cookies?hl=en-US, and here https://support.google.com/analytics/answer/181881 | 1 day | H |

Case 1:26-cv-02327-MMG     Document 80-2     Filed 07/16/26     Page 62 of 67

Legal

| Name | Domain | Purpose | Expiry | Ty |
|------|--------|---------|--------|-----|
| **_gat** | **tether.to** | **It is set by Google Universal Analytics to throttle the request rate to limit the collection of data on high traffic sites. More information can be found here and here.** | **1 hour** | H |

This Site does not use marketing cookies.

3. **How can I set up my cookies' preferences?** The website uses strictly necessary cookies by default. When you visit the site for the first time, a cookies banner appears; this banner informs you on the use of cookies. This banner gives you the following options:

a) To only use strictly necessary cookies and opt out analytical cookies.

b) To manage your preferences.

c) To view and read this Cookies Notice.

You can set up or change your cookies' preferences at any time by using our Cookie Settings Banner, accessible at the bottom of the page.

4. **Contact** If you have any queries about the way we use cookies, please contact privacy@tether.to

## The Future of Money          Sign Up

# Legal

‹    e    2  Privacy Statement    3  Anti-Spam Policy    4  Law Enforcement Requests    5  Cookies Notice    **6- Risk**

*Last updated January 27th 2025*

This Tether Token Risk Disclosure Statement ("**Statement**") provides you with a summary of certain risks you should consider when deciding whether to purchase, hold or dispose of Tether Tokens or use the Services offered by Tether (each, as defined in the Tether Token Terms of Service (the "**Terms**")). By purchasing, holding and disposing Tether Tokens or using the Services offered by Tether, you acknowledge that you have read and understand this Statement. You should not purchase, hold or dispose of Tether Tokens or use the Services offered by Tether unless you understand the related risks.

This Statement discusses some of the principal risks of Tether Tokens and the Services, but it does not and cannot describe every risk or consideration associated with Tether Tokens and the Services. This Statement utilizes certain terms that are defined in the Terms. Please consult the Terms for further information regarding those terms.

Risks of purchasing, holding and disposing of Tether Tokens and using the Services include, but are not limited to, the following:

1. **Market Risk**: Secondary Market prices for Tether Tokens can fluctuate and be unpredictable due to a variety of factors outside of Tether's control. Whether the future market price for a Tether Token will move up or down, or even sustain a market value, is unknowable. There is no assurance that Tether Tokens will maintain their long-term value in the future or that the acceptance of Tether Tokens for payments by mainstream and commercial businesses will continue to grow.  A Tether Token may trade at, above or below the unit of Fiat for which such token is redeemable. The market price of Tether Tokens in Secondary Markets could fluctuate in response to conditions in those markets irrespective of the value of the unit of Fiat underlying a Tether Token. The amount of the discount or premium in the market price for Tether Tokens relative to the unit of Fiat for which a Tether Token is redeemable may be affected by the trading activity in Tether Tokens, the ease and costs of redemption, and other factors. Tether cannot control how third parties value Tether Tokens. For purposes of this Statement, the term "**Primary Market**" refers to users purchasing or selling Tether Tokens directly through the Site and "**Secondary Market**" refers to any transaction in Tether Tokens other than with users and transactions taking place in the Primary Market.

2. **Settlement Risk**: Tether may from time to time make Tether Tokens available for purchase subject to minimum purchase and other requirements which are not set forth on the Site. Redemptions of Tether Tokens or exchanges of Tether Tokens for Tether Tokens issued on another protocol may also be subject to requirements imposed by Tether. Tether may amend the Terms at any time, without notice. Transactions and settlement conditions imposed by Tether may not be set forth on the Site at the time of transaction and the period for the settlement of any transaction in Tether Token may depend upon these transaction and settlement conditions. Tether makes no representations or warranties that it will sell or exchange new Tether Tokens on comparable terms or on any terms in the future.

3. **Liquidity and Listing Risk**:

    3.1. Markets for Digital Tokens can have varying degrees of liquidity. Some markets may be quite liquid while others may be thinner or possibly even illiquid. Thin and illiquid Secondary Markets can experience greater volatility in market prices. Tether Tokens may be issued by Tether on multiple blockchains in its sole discretion. Tether Tokens trading on one blockchain may not be readily exchangeable for Tether Tokens trading on a different blockchain. There is never a guarantee that there will be an active Primary Market or Secondary Market for you to purchase or dispose of Tether Tokens.

3.2.  Trading exchanges or markets may list Tether Tokens and may delist them from trading without prior notice or consent by Tether or anyone else. Furthermore, it is possible that any Secondary Market for Tether Tokens could abruptly appear and then vanish. Merchants and other commercial parties who accept Tether Tokens for their goods and services do so at their discretion. They may cease to accept Tether Tokens in the future or value them at less than their redemption value. Tether may cease supporting the availability of Tether Tokens on any particular blockchain.  The use of Tether Tokens in any trading exchange, market or commercial transaction does not require permission from Tether and does not constitute an endorsement by Tether.

4.  **Risk Related to Reserves**: Each Tether Token in circulation is backed by an amount of Reserves equal to the redemption value of the Tether Token. The preparation of transparency disclosures and the valuations of the Reserves may involve uncertainties and judgmental determinations. Independent pricing information about some of the Reserves may not always be available and any assumptions made may include normal trading conditions without a large-scale sale, and valuing certain assets at cost and others at fair value. In some cases, there is limited historical experience upon which to base these estimates and assumptions. Reported information may be adversely affected if assumptions change or if actual circumstances differ from those in the estimates and assumptions. Reserves could be subject to unexpected diminution in value if any of those assumptions prove not to be correct. This may result in delays and other barriers to redemption and sale. For further information on transparency disclosures, please refer to paragraph 16 below.

    4.1.  **No Government Backing**: Tether Tokens are not legal tender and are not issued, backed, or guaranteed by any Government and, consequently, some of the protections that apply to Fiat currencies do not apply to Tether Tokens. For instance, no Government can be expected to bolster the value of Tether Tokens in case of a crash in value.

    4.2.  **No Security**: Your right to request redemption of your Tether Tokens is a contractual right and does not represent security in favour of a holder of Tether Tokens. Post sale, Tether's only obligation is to redeem Tether Tokens through the Site subject to the Terms.

    4.3.  **Liquidity Risk**: Although Tether seeks to ensure that the majority of its Reserves are held in liquid assets, there can be no assurance that the liquidity of the Reserves will always be sufficient to meet redemption requests as and when made. As a consequence, it is possible that the redemption of Tether Tokens may be deferred or suspended in certain circumstances.

    4.4.  **Banking Risk**: Tether relies on financial institutions and intermediaries to hold funds, cash equivalents, and other assets forming part of the Reserves.  Such Reserves held at or through financial institutions or intermediaries may be subject to the risk of loss, theft, insolvency, and governmental and regulatory freezes and seizures.  Furthermore, these parties have their own policies and may change their view and acceptance of Tether which could affect Tether's access to its reserves at any time. Financial institutions or intermediaries may refuse to process funds for Digital Token transactions, process wire transfers to or from Digital Token trading platforms, Digital Token-related companies or service providers, or maintain accounts for persons or entities transacting in Digital Tokens. This may result in delays and other barriers to redemption and sale of your Tether Tokens. You should be aware of these risks at all times.

    4.5.  **Obligations and Reserves Uninsured**: Neither Tether Tokens nor the Reserves are insured by a private company or Government, and are not subject to Federal Deposit Insurance Corporation or Securities Investor Protection Corporation protections, or to analogous protections in other jurisdictions. Accordingly, any loss you may experience as a holder of Tether Tokens would not be offset by any insurance payment.

    4.6.  **Counterparty Risk**: Reserves may include loan receivables owed to Tether and its Affiliates and other assets that depend upon the performance of a counterparty, including Affiliates of Tether. These assets are subject to the risk of default, insolvency, inability to collect, inability to enforce rights over security (if any), illiquidity of any counterparty and possible invalidation of transactions under relevant creditor and insolvency laws. The inability of Tether or its Affiliates to recover funds owed by counterparties will adversely impact the value the Reserves. Tether is not responsible for any loss that any counterparty may cause to you.

5.  **Risk Related to Redemption of Tether Tokens**: Redemption requests must comply with the Terms. The execution of such redemption requests could be  subject to postponement or rejection by Tether under certain circumstances. In addition, Tether will reject a redemption request if it is not in proper form or if the fulfillment of the request might be unlawful. Any such postponement or rejection could adversely affect a redeeming holder of Tether Tokens. Tether reserves the right to delay the redemption or withdrawal of Tether Tokens if such delay is necessitated by the illiquidity or unavailability or loss of any Reserves held by Tether to back the Tether Tokens. Redemption is subject to fees and conditions that may make the exercise

of  your right to redemption impractical or reduce the profit from the exercise of such rights. You should consult your own tax advisors as to the tax consequences of redemption.

6. **Risks of Third Parties**: Once you send Tether Tokens to an address of a third party, you are subject to a risk that access to, and any claim on, those Tether Tokens may be lost permanently if the Tether Tokens are transferred to an address or wallet that the intended recipient does not control, including as a result of: (i) sending Tether Tokens to an incorrect address; or (ii) the intended recipient no longer holding the private keys to that address. Transferring Tether Tokens to any other person or depositing Tether Tokens with any third party in a custodial relationship has attendant risks. These risks include security breaches, risk of contractual breach, and risk of loss. You should carefully consider the risks of allowing third parties to hold your property for any reason.

7. **Risks of Immutable Transactions**: Blockchain transactions are immutable. Once a transaction is completed on the blockchain underlying a Tether Token, the transaction is irreversible, and Tether does not have the ability to reverse or recall any transaction. You bear all responsibility for any loss that might be incurred as a result of sending Tether Tokens to an incorrect or unintended blockchain address. None of Tether or its Affiliates have any obligation to track or verify any Tether Token transactions.

8. **Conflicts of Interest Risk**: From time to time, Tether and its Affiliates may enter into contracts with persons who are related parties. There is a risk that the proximity of the counterparties in related-party transactions may compromise the objectivity and impartiality of decisions relating to the terms of those transactions.

9. **Regulatory Risk in Issuance and Transfer**: The applicable legal regime and legality of transactions involving Tether Tokens may not be clear and may vary under the laws of different jurisdictions. For example, whether and on what basis a Tether Token may constitute property, an asset, a financial instrument or a right of any kind might vary from one jurisdiction to another. Prospective purchasers or holders of Tether Tokens are responsible for knowing and understanding how the laws apply to them or their property, rights or assets in their jurisdiction.

10. **Risks of Regulatory Change and Enforcement Actions**: Regulators continue to assess how Digital Tokens, such as Tether Tokens, should be regulated. Any new regulation could potentially affect or impair Tether's ability to operate and may raise transaction costs, potentially offsetting and/or eliminating many of the key benefits of stablecoins. Changes in the regulatory environment may impact the ability of, or process for, users to acquire and redeem Tether Tokens, and the availability of Secondary Markets. In addition, if Tether fails to comply with changing regulatory regimes, Tether and its Affiliates may be subject to regulatory actions, which may adversely affect Tether and its ability to operate. Tether and its Affiliates have been, are, and may continue to be subject to regulatory and other investigations in various jurisdictions. The outcome of any pending or future regulatory or other investigation could have a materially adverse impact on Tether and its Affiliates and their ability to operate.

11. **Commingling and Redemption Risks**: Any Tether Tokens transferred to Tether to enable redemptions may be commingled with the Tether Tokens of other users of the Site and with the Tether Tokens of Tether and its Affiliates and service providers. Transferring Tether Tokens to Tether exposes you to risks of loss from, among other things, security breaches from cyber attacks that hack and steal Tether Tokens, electronic or technological failures that impede or prevent access, or recordkeeping errors.

12. **Blockchain Network and Protocol Risks**: Tether Tokens may be issued by Tether on multiple blockchains in its sole discretion, but Tether does not own or control the blockchain protocols which govern the operation of the Tether Tokens. In general, the underlying protocols are open source and anyone can use, copy, modify, and distribute them. These blockchain networks and protocols may not have the functionality, security, or availability desired by a user of Tether Tokens. Some of the protocols are subject to consensus-based proof of stake validation methods which may allow, by virtue of their governance systems, changes to the associated blockchain or digital ledger, and the operation of the Tether Tokens on such blockchains may be affected accordingly. Protocols are subject to the possibility that miners and users begin using different versions of the protocol, resulting in a fork. Forks of protocols can create security concerns due to reduced network distribution and questions as to protocol operability. These could impact the operation of Tether Tokens on a forked network. In addition, the growth and development of Tether Tokens and their underlying networks and other cryptographic and algorithmic protocols governing the creation, transfer, and usage of Tether Tokens are subject to a variety of factors that are difficult to evaluate, including that Tether maintains and secures crucial administrative cryptographic keys for the operation of Tether Tokens protocols on public blockchains. Breaches in the custody, control and operations associated with these keys could lead to failures in the operation of Tether Tokens. Protocols are subject to the possibility that miners and users begin using different versions of the protocol, resulting in a fork.  Forks of protocols can create security concerns due to reduced

network distribution and questions as to protocol operability. Where a blockchain or protocol on which Tether Tokens are issued is forked, Tether may elect to suspend Services temporarily or for an extended period of time on little or no notice.

13. **Risk of Account or Transfer Freeze**: Tether may suspend or terminate your access to the Site or any of the Services, freeze any Tether Tokens held by you, or terminate your Tether Token Wallet, as required by applicable Law or where Tether, in its sole discretion, determines it is prudent to do so or where you have violated, breached, or acted in a manner inconsistent with any provision of these Terms or applicable Law. If Tether Tokens are frozen or destroyed, you will not be able to make transfers of those Tether Tokens to or from your wallet. In the event that you attempt to send Tether Tokens to a sanctioned or suspicious blockchain address, Tether may freeze the Tether Tokens. In certain circumstances, Tether may be required to report suspected illegal activity to applicable law enforcement agencies and you may forfeit any rights associated with your Tether Tokens.

14. **No Advice from Tether**: Tether does not provide investment, portfolio management, legal, accounting, tax or other advice, or advice on trading techniques, models, algorithms, or any other schemes. All information provided in connection with your access and use of the Services is for informational purposes only and should not be construed as professional advice. You should not take, or refrain from taking any action based on any information contained on the Site or any other information that we make available at any time. You should not take, or refrain from taking any action based on any information contained on the Site or any other information that we make available at any time. Before you make any financial, legal, or other decisions involving the Services, you should seek independent professional advice from an individual who is licensed and qualified in the area for which such advice would be appropriate.

15. **Cyber Security Threats and Operational Challenges**:  The nature of Digital Tokens may lead to an increased risk of fraud or cyberattack. Tether may experience sophisticated cyberattacks, unexpected surges in activity or other operational or technical difficulties that may cause interruptions in the Services.  You are aware of and accept the risk of cyberattacks and operational challenges. You understand that cyberattacks and operational challenges may lead to delays, including delays in the ability to redeem your Tether Tokens. Tether is not responsible for any loss that might arise from any cyberattacks or operational challenges.

16. **Transparency**: Tether reports information about Tether Tokens and Reserves at tether.to/en/transparency. This information is provided as part of Tether's continued commitment to transparency, it is not a part of the Terms, and should not be relied upon in a decision to utilize the Services or to hold or transact in Tether Tokens. The information provided is based on the information available to Tether, which may be delayed. In addition, the information is not a representation or warranty to any person except as otherwise agreed in writing by Tether.

    16.1. **Limited Accounting Guidance**: There is limited guidance from accounting standards setting bodies on applying complex financial accounting rules to stablecoins. There is also limited precedent in financial reporting by other companies. This creates significant uncertainty in the proper accounting and disclosure for certain assets and transactions. Accounting standards setting bodies may adopt new principles, and precedents may develop, which could have a significant effect on the information reported by Tether. Uncertainties in, or changes to financial accounting standards could result in the need to change accounting methods and may impair Tether's ability to continue to provide transparency disclosures.

    16.2. **Estimates and Assumptions**: The preparation of transparency disclosures requires Tether to make estimates and assumptions that affect the amounts reported. These assumptions include normal trading conditions without a large-scale sale and valuing certain assets at cost and others at fair value. In some cases, there is limited historical experience upon which to base these estimates and assumptions.  Reported information may be adversely affected if assumptions change or if actual circumstances differ from those in the estimates and assumptions.

    16.3. **Timing**: Information contained in the transparency pages is only accurate as of the dates provided, and Tether does not undertake to notify users of the Services or holders of the Tether Tokens of any updates to this information. Accordingly, the information available in the transparency pages at any time may not reflect the Reserves or the Tether Tokens in circulation at the time the information is reviewed.

    16.4. **Limited Information**: The information presented in the transparency pages is subject to the limitations, qualifications and assumptions expressed therein. It does not purport to be financial statements of Tether. The independent accountant's reports issued in respect of Tether's consolidated reserves reports are issued to the Board of Directors and Management of Tether Holdings, S.A. de C.V. and are not for the benefit of users of the Services or holders of Tether Tokens.

17. **Litigation Risk**: As of the date set forth above in this Statement, Tether and its Affiliates are defendants in ongoing civil litigation proceedings, and may be subject to further litigation (including civil and administrative proceedings). There can be no assurance that Tether will not be added as defendants to further litigation, or that the outcome of any such proceedings will be favourable to Tether and its Affiliates. Any such unfavourable outcome or any other legal proceeding in the future could have a material adverse effect on Tether, its Affiliates and the Reserves.

18. **Publicity Risk:** Unfavourable media coverage can negatively affect the value of the Tether Tokens on the Secondary Market. Tether, its Affiliates, and Tether Tokens receive a high degree of media and social media coverage around the world. Unfavourable publicity regarding, for example, liquidity, litigation or regulatory activity, the Reserves, privacy practices, terms of service, the use of Tether Tokens for illicit or objectionable ends, has in the past, and could in the future, adversely affect the Secondary Market price of Tether Tokens.

**The Future of Money**

Sign Up