UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FREDERICK C. BENSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.<br><br>Defendants. | No. 26-cv-2327 (MMG)<br><br>**AFFIDAVIT OF SERVICE** |

I, Aaron E. Nathan, declare pursuant to 28 U.S.C. § 1746:

1. I am a member in good standing of the bars of the State of New York and the District of Columbia. I am admitted to practice in the United States District Court for the Southern District of New York. I am a partner at Willkie Farr & Gallagher LLP and am counsel for Plaintiffs in the above-captioned action. I submit this declaration to provide proof of service of Plaintiffs' Motion for Default Judgment and all documents filed in support of the Motion, including the Clerk's September 22, 2026 Certificate of Default (ECF Nos. 103, 104, 105, 106, 107, 108, collectively, the "Motion for Default Judgment").

2. On September 28, 2026, I caused the Motion for Default Judgment to be served on Defendant John Doe #1 (Owner of Wallet TNiq9AXBp9EjUqhDhrwrfvAA8U3GUQZH81), Defendant John Doe #2 (Owner of Wallet TTiDLWE6fZK8okMJv6ijg42yrH6W2pjSr9), Defendant John Doe #3 (Owner of Wallet TAhwhFv3JpK39Nc2m8W5LPCcoTisutiRfp), Defendant John Doe #4 (Owner of Wallet TJdgB1k6ot3f2nLuZug6D8eD3HavTmzmSK), Defendant John Doe #5 (Owner of Wallet TXGHxdYbGy574z5hBu4LNzq9NzjZQ9bhUf), and Defendant John Doe #6 (Owner of Wallet TFQbqaNbmq2xsVor2NbufLkYZvxFC9wC7k) pursuant to the Court's July 8, 2026 Order (ECF No. 68) by causing a special-purpose token (a "Service Token") to be transmitted to each Defendant's wallet address. The Service Token

contained a hyperlink to a website that Plaintiffs' counsel caused to be created and maintained, whereupon I caused to be published copies of the Motion for Default Judgment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: September 28, 2026
New York, New York

/s/ Aaron E. Nathan