UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDERICK C. BENSON, et al.,

Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN, et al.,

Defendants.

No. 26-cv-2327 (MMG)

**~~[PROPOSED]~~ ORDER**

Upon review of Plaintiffs' letter dated November 20, 2026, it is hereby ordered that in the course of enforcing Plaintiffs' judgment (ECF No. 114) against the USDT stablecoin assets held in Defendants' digital wallets (the "Assets"), the United States Marshals Service is authorized to liquidate such Assets using the same policies, procedures, and methods it uses for the disposal of forfeited assets.

SO ORDERED.

Dated: ____________________
New York, New York

____________________________
Hon. Margaret M. Garnett
United States District Judge

SO ORDERED. Dated November 23, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE